PILLSBURY WINTHROP SHAW PITTMAN LLP
CRAIG A. BARBAROSH (State Bar No. 160224)
craig.barbarosh@pillsburylaw.com
MARK D. HOULE (State Bar No. 194861)
mark.houle@pillsburylaw.com
DAVID TABIBIAN (State Bar No. 251719)
david.tabibian@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5406
Telephone: (213) 488-7100
Facsimile:  (213) 629-1033

Attorneys for Creditor,
Pacific Bell Telephone Company d/b/a AT&T California

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (LOS ANGELES DIVISION)

| In re:<br><br>ConnectTo Communications, Inc.,<br><br>              Debtor. | Case No. 2:10-bk-19227-VZ<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AT&T'S: (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362, AND (2) MOTION TO DISMISS THE BANKRUPTCY CASE WITH A 180-DAY BAR**<br><br>DATE: TBD<br>TIME: TBD<br>PLACE: Courtroom 1368<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012 |
|---|---|

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES TRUSTEE; AND ALL PARTIES IN INTEREST:**

Creditor PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA ("AT&T"), hereby requests that this Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the pleadings identified below, in support of its Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 and its Motion to Dismiss the Bankruptcy Case with a 180-Day Bar, filed against debtor CONNECTTO COMMUNICATIONS ("Debtor").

A court must take judicial notice of adjudicative facts such as court records and pleadings if requested by a party and supplied with the necessary information. *See* Fed. R. Evid. 201(d). Judicial notice is appropriate where the adjudicative fact that is the subject of the request for judicial notice is either (1) generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. *Id.* at 201(b).

The pleadings listed below have been filed with this Court. Accordingly, these documents are the appropriate subject of judicial notice because such documents are capable of accurate and ready determination and are not the subject of reasonable dispute. Based on the foregoing, AT&T respectfully requests that the Court take judicial notice of the following documents:

A.  Attached hereto as Exhibit "A" is a true and correct copy of the "Chapter 11 Voluntary Bankruptcy Petition" filed by Debtor on November 30, 2009, as docket no. 1, in bankruptcy case no. 2:09-bk-43560-VZ.

B.  Attached hereto as Exhibit "B" is a true and correct copy of the "Motion to Convert or Dismiss Case" (without exhibits) filed by the Office of the United States Trustee on December 23, 2009, as docket no. 14, in bankruptcy case no. 2:09-bk-43560-VZ.

C.  Attached hereto as Exhibit "C" is a true and correct copy of the "Order Granting United States Trustee's Motion to Convert Case to Chapter 7" entered by the Court on January 25, 2010, as docket no. 25, in bankruptcy case no. 2:09-bk-43560-VZ.

D.  Attached hereto as Exhibit "D" is a true and correct copy of the "Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 (with supporting declarations), or, in the alternative, for Adequate Assurance of Payment under 11 U.S.C. § 366" (without exhibits) filed by AT&T on January 22, 2010, as docket no. 23, in bankruptcy case no. 2:09-bk-43560-VZ.

E.  Attached hereto as Exhibit "E" is a true and correct copy of the "Notice of Motion and Motion of Debtor to Dismiss Case; Memorandum of Points and Authorities and Declarations of Araksiya Nadjarian and Michael Jay Berger in Support Thereof" filed by Debtor on February 4, 2010, as docket no. 38, in bankruptcy case no. 2:09-bk-43560-VZ.

F.  Attached hereto as Exhibit "F" is a true and correct copy of the "Order Granting Motion to Dismiss Bankruptcy Case" entered by the Court on March 12, 2010, as docket no. 51, in bankruptcy case no. 2:09-bk-43560-VZ.

G.  Attached hereto as Exhibit "G" is a true and correct copy of the "Chapter 11 Voluntary Bankruptcy Petition" filed by Debtor on March 12, 2010, as docket no. 1, in bankruptcy case no. 2:10-bk-19227-VZ.

H.  Attached hereto as Exhibit "H" is a true and correct copy of the "Summary of Schedules" filed by Debtor on March 12, 2010, as docket no. 2, in bankruptcy case no. 2:10-bk-19227-VZ.

Dated: March 17, 2010

PILLSBURY WINTHROP SHAW PITTMAN LLP
CRAIG A. BARBAROSH
MARK D. HOULE
DAVID TABIBIAN

By: _____/s/ Mark D. Houle_____
Mark D. Houle, Esq.
Attorneys for Creditor,
Pacific Bell Telephone Company d/b/a AT&T California