the Long Distance Carriers. Some of the Debtor's customers have already been disconnected by the Long Distance Carriers and Debtor estimates that all pre-paid services will be exhausted, and all long distance service shut off, by approximately February 5, 2010.

6. The Debtor's schedules also incorrectly list East-West Bank ("<u>EWB</u>") as a secured creditor when they are, in fact, unsecured. Additionally, the claim of EWB is actually approximately $250,000.00, as opposed to the $11,086.86 scheduled.

7. I believe, after a discussion of the merits of our company's filing with Michael Jay Berger of the Law Offices of Michael Jay Berger, that the dismissal of this case would be in the best interests of the Debtor's creditors and in the Debtor's own best interests. The Debtor will be able to pay its bills and sustain its business outside of chapter 7; inside chapter 7 the Debtor's business will cease to exist and this will lead to all of the Debtor's customers' service being completely disconnected.

8. From a review of the Petition, it appears as though Prior Counsel forged my signature on the Statement of Financial Affairs and LBR Form 2090-1, as the signatures that appear on those forms are not mine.

9. I specifically agree, on behalf of Debtor, that Debtor will pay any fees and costs as part of any order dismissing this case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on February 1, 2010 at Beverly Hills, California.

ARARSIYA NADJARIAN

9
DEBTOR'S MOTION TO DISMISS

EXHIBIT E  PAGE 57

## DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1. I am an Attorney at Law, licensed to practice before all of the courts in the State of California, and in the United States District Court for the Central District of California. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. Attached hereto as Exhibit "1", and incorporated herein by this reference, is a true and correct copy of the deficiency filing filed by the Law Offices of Yeznik O. Kazandjian ("Prior Counsel"), on behalf of Connect to Communications, debtor herein ("Debtor"), on December 16, 2010.

3. Attached hereto as Exhibit "2", and incorporated herein by this reference, is a true and correct copy of the Docket Report, printed from the Court's Pacer/ECF system on January 31, 2010.

4. After meeting with the Debtor and discussing their assets and liabilities, and subsequently reviewing the schedules, it appears as though there are significant errors in the Debtor's schedules that may understate the Debtor's assets and, without question, grossly understate the Debtor's liabilities.

5. From meeting with the Debtor, it appears as though there may also be additional unsecured creditors; however, my office has not fully investigated the existence or non-existence of such creditors at this time. The Debtor's secured creditors appear to include the $680,000.00 claim of Wilshire State Bank, as well as an improperly scheduled claim of Wells Fargo Bank, which is actually approximately $100,000.00, not $7,461.14 as scheduled.

6. From my discussions with the Debtor and from a review of the schedules, it appears as though the Debtor's assets, although they may be slightly understated on the Debtor's schedules, will not likely exceed the claims of secured creditors. The claims of the Debtor's secured creditors will probably include all of the Debtor's assets as security. Therefore, if this chapter 7 is administered unsecured creditors will likely receive nothing.

7. On January 28, 2010, I spoke with the Chapter 7 Trustee, Howard M. Ehrenberg, of Sulmeyer Kupetz, and discussed our office's intention of filing the instant Motion for an Order Dismissing the Debtor's Bankruptcy Case (the "Motion"). After a brief discussion of the Debtor's situation and the merits of the Motion, Mr. Ehrenberg indicated that the Chapter 7 Trustee would not be opposed to the Motion.

8. As further evidence of the ineffective counsel received from Prior Counsel, the Debtor's petition, despite being a chapter 11, states the chapter as 7 throughout the schedules.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on February ___, 2010 at Beverly Hills, California.

_____
MICHAEL JAY BERGER

| In re: CONNECT TO COMMUNICATIONS | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-43560-VZ |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th floor, Beverly Hills, CA 90212-2929

The foregoing document described "MOTION OF DEBTOR TO DISMISS CASE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF ARAKSIYA NADJARIAN AND MICHAEL JAY BERGER IN SUPPORT THEREOF" will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 04, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___February 04, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 04, 2010 | Cristina Frankian | /s/ Cristina Frankian |
|---|---|---|
| Date | Type Name | Signature |

12
DEBTOR'S MOTION TO DISMISS


EXHIBIT E PAGE 60

## Service List

**Served Via Electronic Notice:**

Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90212
ustpregion16.la.ecf@usdoj.gov
dare.law@usdoj.gov

Howard M. Ehrenberg
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071
ca25@ecfcbis.com
hmehrenberg@ecf.epiqsystems.com
ehrenbergtrustee@sulmeyerlaw.com

Dennis F Fabozzi
lkinney@dfflaw.com

Marshall F Goldberg
mgoldberg@glassgoldberg.com

Mark D Houle
mark.houle@pillsburylaw.com

Clifford P Jung
clifford@jyllp.com

Raffi Khatchadourian
raffi@hemar-rousso.com

David Tabibian
david.tabibian@pillsburylaw.com


**Served Via US Mail:**

Landmark Financial Corp.
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

Wells Fargo Bank
William Schapiro
Credit Management Group
730 2nd Avenue South, Suite 500
Minneapolis, MN 55402-2447

13
DEBTOR'S MOTION TO DISMISS

EXHIBIT E PAGE 61

```
 1    AT&T
      722 N. Broadway, Floor 11
 2    Milwaukee, WI 53202-4303

 3    National City Commercial Capital Company, LLC
      c/o Marshall F. Goldberg
 4    Steven R. Glass
      Glass & Goldberg
 5    21700 Oxnard Street, Suite 430
      Woodland Hills, CA 91367-3606
 6
      East West Bank
 7    135 N. Los Robles Avenue, 7th Floor
      Pasadena, CA 91101-4525
 8
 9    East West Bank
      9300 Flair Drive, 6th Floor
10    El Monte, CA 91731

11    Wilshire State Bank
      3200 Wilshire Blvd.
12    Los Angeles, CA 90010

13
      Pacific Bell Telephone Company
14    AT&T Services Legal Department
      525 Market Street, Room 2018
15    San Francisco, CA 94105-2708

16    12016 Collections Center Drive
      Chicago, IL 60693-0120
17
      Internal Revenue Service
18    Centralized Insolvency Operations
      PO Box 21126
19    Philadelphia, PA 19114-0326

20
      Franchise Tax Board
21    Bankruptcy Unit
      PO Box 2952
22    Sacramento, CA 95812-2952

23
      Los Angeles County Tax Collector
24    225 N. Hill Street
      Los Angeles, CA 90012
25
      Yoran Levy
26    PO Box 260313
      Encino, CA 91426
27

28
```