1   MICHAEL JAY BERGER (State Bar # 100291)
    LAW OFFICES OF MICHAEL JAY BERGER
2   9454 Wilshire Blvd. 6th Floor
    Beverly Hills, CA 90212-2929
3   Telephone:    (310) 271-6223
    Facsimile:     (310) 271-9805
4   michael.berger@bankruptcypower.com

5

6   Attorney for Debtor,
    Connect to Communications

7

8                  UNITED STATES BANKRUPTCY COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                      LOS ANGELES DIVISION

11

12  In re:                              )   CASE NO.:  2:09-bk-43560-VZ
                                        )
13  CONNECT TO COMMUNICATIONS,          )   Chapter 7 (Previous Chapter 11)
                                        )
14           Debtor.                    )   ORDER GRANTING MOTION TO
                                        )   DISMISS BANKRUPTCY CASE
15                                      )
                                        )   Date:  March 2, 2010
16                                      )   Time:  11:00 a.m.
                                        )   Location:  Courtroom 1368
17                                      )             255 E. Temple Street
                                        )             Los Angeles, CA 90012
18                                      )
                                        )
19                                      )
20

21

22

23       **PLEASE TAKE NOTICE THAT** the Motion of Debtor, Connect To Communications

24  ("Debtor"), debtor and debtor-in-possession herein, for an order Dismissing the Bankruptcy Case

25  (the "Motion"), came on for hearing on March 2, 2010 at 11:00 a.m. in Courtroom 1368 of the

26  above-captioned Court, located at 255 E. Temple Street, Los Angeles, California 90012.  No

27

28

FILED & ENTERED

MAR 12 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

CHANGES MADE BY COURT

EXHIBIT F  PAGE 63

1    opposition to the Motion was filed.  The Court, having considered the Motion, waived

2    appearances of counsel and granted the Motion.

3         Based upon the foregoing, **IT IS ORDERED** that the Motion is granted.

4

5

6                                          ####

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                      *Vint P. Zunzolo*

26

27    DATED: March 12, 2010          _____

28                                   United States Bankruptcy Judge

                                        2
                          ORDER DISMISSING BANKRUPTCY CASE

| In re: CONNECT TO COMMUNICATIONS | CHAPTER: 7 |
| Debtor(s). | CASE NUMBER: 2:09-bk-43560-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th floor, Beverly Hills, CA 90212-2929

The foregoing document described "**ORDER DISMISSING BANKRUPTCY CASE**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):

On ____March 10, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

Office of the US Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Howard Ehrenberg
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2010 | Cristina Frankian | /s/ Cristina Frankian |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                        F 9013-3.1

ORDER DISMISSING BANKRUPTCY CASE

**EXHIBIT**  **PAGE** 

| In re:  CONNECT TO COMMUNICATIONS | CHAPTER:7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-43560-VZ |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** Category I. below:  The United States trustee and case trustee (if any) will always be in this category.
**4)** Category II. below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled <u>"ORDER GRANTING MOTION TO DISMISS BANKRUTPCY CASE"</u> was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>March 9, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

&#9746;  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

&#9746;  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

&#9746;  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                  F 9021-1.1

4
ORDER DISMISSING BANKRUPTCY CASE

**EXHIBIT** F **PAGE**

# SERVICE LIST FOR NOTICE OF ENTRY OF ORDER

| Served Electronically<br>Section I | Served by U.S. Mail<br>Section II |
|---|---|
| **Office of the United States Trustee**<br>United States Trustee (LA)<br>725 S. Figueroa St., 26th Floor<br>Los Angeles, CA 90017<br>ustpregion16.la.ecf@usdoj.gov<br>dare.law@usdoj.gov<br><br>Attorney for Debtor<br>Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212-2929<br>michael.berger@bankruptcypower.com<br>cristina.frankian@bankruptcypower.com<br><br>Howard M. Ehrenberg<br>ehrenbergtrustee@sulmeyerlaw.com<br>ca25@ecfcbis.com<br>hmehrenberg@ecf.epiqsystems.com<br><br>Dennis F Fabozzi<br>lkinney@dfflaw.com<br><br>Marshall F Goldberg<br>mgoldberg@glassgoldberg.com<br><br>Mark D Houle<br>mark.houle@pillsburylaw.com<br><br>Clifford P Jung<br>clifford@jyllp.com<br><br>Raffi Khatchadourian<br>raffi@hemar-rousso.com<br><br>David Tabibian<br>david.tabibian@pillsburylaw.com | **Debtor**<br>Connect To Communications<br>555 Riverdale Drive, Suite A<br>Glendale, CA 91204 |

5

ORDER DISMISSING BANKRUPTCY

**EXHIBIT** ___F___ **PAGE** ___67___

1

2                    **Served by U.S. Mail**
                          **Section III**
3

4  Landmark Financial Corp.
   Hemar, Rousso & Heald, LLP                  Wilshire State Bank
5  15910 Ventura Blvd., 12th Floor              3200 Wilshire Blvd.
   Encino, CA 91436-2802                        Los Angeles, CA 90010
6

7  Wells Fargo Bank                             Pacific Bell Telephone Company
   William Schapiro                             AT&T Services Legal Department
   Credit Management Group                      525 Market Street, Room 2018
8  730 2nd Avenue South, Suite 500              San Francisco, CA 94105-2708
   Minneapolis, MN 55402-2447
9                                               12016 Collections Center Drive
   AT&T                                         Chicago, IL 60693-0120
10 722 N. Broadway, Floor 11
   Milwaukee, WI 53202-4303                     Internal Revenue Service
11                                              Centralized Insolvency Operations
   National City Commercial Capital Company,    PO Box 21126
12 LLC                                          Philadelphia, PA 19114-0326
   c/o Marshall F. Goldberg
13 Steven R. Glass                              Franchise Tax Board
   Glass & Goldberg                             Bankruptcy Unit
14 21700 Oxnard Street, Suite 430               PO Box 2952
   Woodland Hills, CA 91367-3606                Sacramento, CA 95812-2952
15
   East West Bank                               Los Angeles County Tax Collector
16 135 N. Los Robles Avenue, 7th Floor          225 N. Hill Street
   Pasadena, CA 91101-4525                      Los Angeles, CA 90012
17
   East West Bank                               Yoran Levy
18 9300 Flair Drive, 6th Floor                  PO Box 260313
   El Monte, CA 91731                           Encino, CA 91426
19

20

21

22

23

24

25

26

27

28

                              6                    **EXHIBIT** _E_ **PAGE** _68_
                  ORDER DISMISSING BANKRUPTCY CASE

Official Form 1 (1/08)

| United States Bankruptcy Court<br>**CENTRAL** DISTRICT OF **CALIFORNIA** | **Voluntary Petition** |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>**ConnectTo Communications, Inc.,**<br>**a Nevada Corporation** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba ConnectTo Communications** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **56-2460926** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>**555 Riverdale Dr.**<br>**Suite A**<br>**Glendale CA**    ZIPCODE **91204** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIPCODE |
|---|---|

| County of Residence or of the<br>Principal Place of Business:   **Los Angeles** | County of Residence or of the<br>Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**SAME**<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **SAME** | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-599 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

EXHIBIT G PAGE 69

Official Form 1 (1/08)                                                                                    FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ConnectTo Communications, Inc.,** *a Nevada Corporation* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: **CENTRAL DISTRICT OF CAIFORNIA** | Case Number: **2:09-bk-43560-VZ** | Date Filed: **November 30, 2009** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** _____  03/12/2010 <br> Signature of Attorney for Debtor(s)                Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

EXHIBIT __6__    PAGE __10__

Official Form 1 (1/08)                                                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *ConnectTo Communications, Inc.,*<br>*a Nevada Corporation* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (if not represented by attorney)

_____
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed name of Foreign Representative)

03/12/2010
    (Date)

**Signature of Attorney***

X */s/ SCOTT C. CLARKSON (SBN: 143271)*
    Signature of Attorney for Debtor(s)

*SCOTT C. CLARKSON (SBN: 143271)*
    Printed Name of Attorney for Debtor(s)

*Clarkson, Gore & Marsella, APLC*
    Firm Name

*3424 Carson Street, #350*
    Address

*Torrance CA  90503*

*(310) 542-0111*
    Telephone Number

*03/12/2010*
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Araksiya Nadjarian*
    Signature of Authorized Individual

*Araksiya Nadjarian*
    Printed Name of Authorized Individual

*CEO*
    Title of Authorized Individual

*03/12/2010*
    Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

EXHIBIT _G_  PAGE 11

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| SCOTT C. CLARKSON (SBN: 143271)<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, #350<br>Torrance , CA  90503<br>(310) 542-0111         (310) 214-7254<br>☒ *Attorney for:* ConnectTo Communications, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: ConnectTo Communications, Inc., a Nevada Corporation<br>    dba ConnectTo Communications<br><br>                                    Debtor(s). | CASE NO.:<br><br>CHAPTER:   11<br><br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒  Petition, ~~statement of affairs, schedules or lists~~                    Date Filed: 3/12/10
☐  Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____
☒  Other:  miscellaneous bankruptcy papers                                    Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that:  (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

/s/  Araksiya Nadjarian                                   03/12/2010
*Signature of Authorized Signatory of Filing Party*      *Date*

Araksiya Nadjarian
*Printed Name of Authorized Signatory of Filing Party*

CEO
*Title of Authorized Signatory of Filing Party*


## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ SCOTT C. CLARKSON (SBN: 143271)                       03/12/2010
*Signature of Attorney for Filing Party*                 *Date*

SCOTT C. CLARKSON (SBN: 143271)
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

EXHIBIT G PAGE 72

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re *ConnectTo Communications, Inc.*
  *a Nevada Corporation*
  *dba ConnectTo Communications*

Case No.
Chapter  *11*

_____ / Debtor

### STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Araksiya Nadjarian is CEO of ConnectTo Communications, Inc., a Nevada corporation.  On 3/12/10   the following resolution was duly adopted by the Connect to Communications of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Araksiya Nadjarian, CEO of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Araksiya Nadjarian, CEO of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Araksiya Nadjarian, CEO of this corporation, be and hereby is, authorized and directed to employ , Attorney and the law firm of Clarkson, Gore & Marsella, APLC, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Araksiya Nadjarian, CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date    _3/12/10_____

Signature    _/s/ Araksiya Nadjarian_____
Araksiya Nadjarian
CEO

EXHIBIT _G_  PAGE _73_

| | FOR COURT USE ONLY |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, #350<br>Torrance , CA  90503<br>(310) 542-0111           (310) 214-7254<br>☒ *Attorney for:*  ConnectTo Communications, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:  ConnectTo Communications, Inc., a Nevada Corporation | CASE NO.: |
|---|---|
| Debtor(s). | ADV. NO.:<br><br>CHAPTER: 11 |
| Plaintiff(s), | |
| Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Araksiya Nadjarian _____, the undersigned in the above-captioned case, hereby declare
     *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

     ☒  I am the president or other officer or an authorized agent of the debtor corporation

     ☐  I am a party to an adversary proceeding

     ☐  I am a party to a contested matter

     ☐  I am the attorney for the debtor corporation

2. a.  ☐  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

     *[For additional names, attach an addendum to this form.]*

  b.  ☒  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/Araksiya Nadjarian _____    3-12-10
Signature of Attorney or Declarant          Date

Araksiya Nadjarian _____
Printed Name of Attorney or Declarant

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

**EXHIBIT** _G_ **PAGE** 74

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## Los Angeles DIVISION

In re  *ConnectTo Communications, Inc.*                    Case No.
     *a Nevada Corporation*                          Chapter  *11*
        *dba ConnectTo Communications*

_____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with
Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come
within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such
that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one
of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's
parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C.
§112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*AT&T 9972-LWC*<br>*Mark Houle*<br>*650 Town Ctr Dr #700*<br>*Costa Mesa CA  92626* | Phone:  714-436-6843<br>*AT&T 9972-LWC*<br>*Mark Houle*<br>*650 Town Ctr Dr, #700*<br>*Costa Mesa CA  92626* | *Commercial Contract* | D<br>S | $938,005.20 |
| 2<br>*Hi-Tech Gateway*<br>*1225 Brand Central Ave*<br>*Glendale CA  91201* | Phone:  818-480-5759<br>*Hi-Tech Gateway*<br>*1225 Brand Central Ave*<br>*Glendale CA  91201* | *Service provider* | | $ 368,547.00 |
| 3<br>*East West Bank*<br>*9300 Flair Drive*<br>*6th Floor*<br>*El Monte CA  91731* | Phone:  626-768-6000<br>*East West Bank*<br>*9300 Flair Drive*<br>*6th Floor*<br>*El Monte CA  91731* | *Loan* | | $ 200,000.00 |
| 4<br>*Global Crossing Tel Cable*<br>*255 Kenneth Dr.*<br>*Rochester NY  14623* | Phone:  585-255-1062<br>*Global Crossing Tel Cable*<br>*255 Kenneth Dr.*<br>*Rochester NY  14623* | *Telecom Customer* | D<br>S | $ 100,000.00 |
| 5<br>*Cedar Point*<br>*PO Box 83298*<br>*Woodburn MA  1813* | Phone:  603-213-3090<br>*Cedar Point*<br>*16 Route 111*<br>*Building 3*<br>*Derry NH  03038* | *Vendor and Maintenance* | | $ 34,300.00 |

EXHIBIT _6_ PAGE _75_

B4 (Official Form 4) (1/07)

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>HCI Inc.<br>1806 Orange Tree Lane<br>Suite C<br>Redlands CA  92375 | Phone: 909-793-0200<br>HCI Inc.<br>1806 Orange Tree Lane<br>Suite C<br>Redlands CA  92375 | vendor | D | $ 30,000.00 |
| 7<br>U.S. Collocation, LLC<br>601 Wilshire Blvd.<br>Suite 900<br>Los Angeles CA  90017 | Phone: 213-944-1100<br>U.S. Collocation Services, LLC<br>601 Wilshire Blvd.<br>Suite 900<br>Los Angeles CA  90017 | Collocation Services | D<br>S | $ 24,920.00 |
| 8<br>Equant LLC<br>Yakimanskaya nab., 4<br>Bldg. 4<br>Moscow Russia  119180 | Phone: 7-495-777-0800<br>Equant LLC<br>Yakimanskaya nab., 4<br>Bldg. 4<br>Moscow Russia  119180 | Long Distance Provider | D | $ 24,052.29 |
| 9<br>Solix<br>100 S. Jefferson Rd.<br>Whippany NJ  7987 | Phone: 973-581-5248<br>Solix<br>PO Box 685<br>Parsippany NJ  07054 | Telecom Provider | D | $ 22,936.86 |
| 10<br>Emdeon Business Servies<br>PO Box 32752<br>Hartford CT  6150 | Phone: 615-932-3000<br>Emdeon Business Servies<br>3055 Lebanon Pike<br>Nashville TN  37214 | Printing and Mailing | D | $ 20,518.92 |
| 11<br>ETHOS<br>728 Cypress Ave<br>Hermosa Beach CA  90254 | Phone: 310-500-5674<br>ETHOS<br>728 Cypress Ave<br>Hermosa Beach CA  90254 | Consulting Services | D | $ 17,000.00 |
| 12<br>Verisign<br>PO Box 849985<br>Dallas TX  75284 | Phone: 360-9233491<br>Verisign<br>Attn: Jackie Bauer<br>4501 Inteleco Loop SE<br>Lacey WA  98503 | Telecom Provider | D | $ 12,147.83 |

B4 (Official Form 4) (12/07)

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Verizon 34<br>500 Technology Drive<br>Suite 870<br>Weldon Springs MO   63304 | Phone: 636-793-6164<br>Verizon 34<br>500 Technology Dr<br>Suite 870<br>Weldon Springs MO   63304 | Telecom Provider | D | $12,404.50 |
| 14<br>Pac-West<br>PO Box 8219<br>Stockton CA   95208 | Phone: 209-926-3186<br>Pac-West<br>4210 Coronado Ave<br>Stockton CA   95208 | Telecom Provider | D | $ 8,350.81 |
| 15<br>Billsoft Services<br>10100 West 87th Street<br>Suite 200<br>Overland Park KS   66212 | Phone: 913-859-9674<br>Billsoft Services<br>10100 West 87th Street<br>Suite 200<br>Overland Park KS   66212 | Software | D | $ 5,600.00 |
| 16<br>Rocket Internetworking<br>PO Box 1301<br>Gardena CA   90249 | Phone: 562-422-3695<br>Rocket Internetworking<br>PO Box 1301<br>Gardena CA   90249 | Telcom | D | $ 3,590.72 |
| 17<br>Check-o-matic<br>13 DA Wider Blvd.<br>#101<br>Monroe NY   10950 | Phone: 845-781-7675<br>Check-o-matic<br>PO Box 2414<br>Monroe NY   10950 | Printing Service | D | $ 1,350.00 |
| 18<br>Telepacific Communications<br>CABS Dept.<br>PO Box 36430<br>Las Vegas NV   89133 | Phone: 213-213-3000<br>Telepacific Communications<br>515 S. Flower St.<br>4th Floor<br>Los Angeles CA   90071 | Telecom Provider | D | $ 821.77 |
| 19<br>MM Internet Inc.<br>200 Oceangate<br>Suite 800<br>Long Beach CA   90802 | Phone: 562-427-0344<br>MM Internet Inc.<br>200 Oceangate<br>Suite 800<br>Long Beach CA   90802 | Telecom Provider | D | $ 753.99 |

EXHIBIT  6  PAGE  77

Case 2:10-bk-19227-VZ    Doc 25-4    Filed 03/17/10    Entered 03/17/10 18:31:02    Desc
Case 2:10-bk-19227-VZ    Doc to Request for Judicial Notice) Page 19:46:38    Desc
Exhibit G thru O    Main Document    Page 10 of 32

B4 (Official Form 4) (12/07)

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| *20*<br>*MPower Communications*<br>*P.O. Box 60767*<br>*Los Angeles CA  90060-0767* | Phone: *707-307-6530*<br>*MPower Communications*<br>*P.O. Box 60767*<br>*Los Angeles CA  90060-0767* | *Communication service* | D | *$ 741.70* |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Araksiya Nadjarian* _____, *CEO* _____ of the *Corporation* ____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: **3-12-10**

Signature  */s/ Araksiya Nadjarian* _____

Name:  *Araksiya Nadjarian*

Title:  *CEO*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re *ConnectTo Communications, Inc.,*
*a Nevada Corporation*
*dba ConnectTo Communications*

Case No.
Chapter  *11*

_____/ Debtor

Attorney for Debtor:  *SCOTT C. CLARKSON (SBN: 143271)*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *Araksiya Nadjarian*<br>*555 Riverdale Drive*<br>*Suite A*<br>*Glendale CA 91204* | *100* | *100% Owner* |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Page *1* of *2*

**EXHIBIT** G **PAGE** 19

Case 2:10-bk-19227-VZ    Doc 25-4    Filed 03/17/10    Entered 03/17/10 18:31:02    Desc
Case 2:10-bk-19227-VZ    Doc to Request for Judicial Notice 03/17/10 13:46:03    Desc
Exhibit G thru O    Request for Judicial Notice    Page 18 of 32
Main Document    Page 12 of 32

LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Araksiya Nadjarian*                    , *CEO*                    of the *corporation*                    named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: _____

Signature: */s/ Araksiya Nadjarian* _____

Name: *Araksiya Nadjarian*

Title: *CEO*

EXHIBIT G PAGE 80

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson (SBN 143271)<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br><br>310-542-0111 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:  ConnectTo Communications, Inc. | CHAPTER 11<br><br>CASE NUMBER |
|---|---|
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
    555 Riverdale Ave., Suite A
    Glendale, CA 91204

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
    555 Riverdale Ave., Suite A
    Glendale, CA 91204

3.  Disclose the current business address(es) for all corporate officers:
    Araksiya Nadjarian (CEO) and Aram Ter-Martirosyan (CIO_
    555 Riverdale Ave., Suite A
    Glendale, CA 91204

4.  Disclose the current business address(es) where the Debtor's books and records are located:
    555 Riverdale Ave., Suite A
    Glendale, CA 91204

---

*Rev. 12/99* This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.      **VEN-C**

EXHIBIT 6   PAGE 81

**VEN-C**

| In re ConnectTo Communications, Inc. | CHAPTER 11   11 |
|---|---|
| Debtor. | CASE NUMBER |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

555 Riverdale Ave., Suite A
Glendale, CA 91204

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: Araksiya Nadjarian

555 Riverdale Ave., Suite A
Glendale, CA 91204

8.  Total number of attached pages of supporting documentation: 0

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 12 day of March , 2010 , at Glendale , California.

Araksiya Nadjarian
*Type Name of Officer*

CEO
*Position or Title of Officer*

/S/Araksiya Nadjarian
*Signature of Declarant*

Araksiya Nadjarian

EXHIBIT 6 PAGE 82

CDC Local Rule 1015-2 (Rev. 6/98) West Group, Rochester, NY

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which the debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *None*

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *None*

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   Case Number: *2:09-bk-43560-VZ*
   Title: *In re Connect to Communications*
   Date: *November 30, 2009*
   Nature: *CHAPTER 11*
   Judge: *Vincent P. Zurzolo*
   Court: *CENTRAL DISTRICT OF CAIFORNIA*
   Disposition: *DISMISSED*
   Real Property included on Schedule A:          *None*

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *None*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Glendale**                          ,California.    **/s/ Araksiya Nadjarian**

Dated **3-12-10**                              Debtor: *ConnectTo Communications, Inc.*
                                        *Araksiya Nadjarian, CEO*

**EXHIBIT** _G_ **PAGE** 83

Form B203 Disclosure of Compensation of Attorney for Debtor (12/94)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re *ConnectTo Communications, Inc., a Nevada Corporation*     Case No.
  *dba ConnectTo Communications*                                 Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named
    debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed
    to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *60,000.00*

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ _____ *60,000.00*

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____ Unknown

2.  The source of the compensation paid to me was:
    ☒  Debtor      ☐   Other (specify)

3.  The source of compensation to be paid to me is:
    ☒  Debtor      ☐   Other (specify)

4.  ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
        associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or
        associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the
        compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a
        petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing
        thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed].
        *General Chapter 11 representation as required.*

EXHIBIT G PAGE 84

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (12/94)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   *None*

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/12/2010                                    /s/ Scott C. Clarkson
Date                                          Signature of Attorney


Clarkson, Gore & Marsella, APLC
Name of Law Firm

EXHIBIT _G_ PAGE_85_

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name  _SCOTT C. CLARKSON (SBN: 143271)_

Address  _3424 Carson Street, #350 Torrance, CA 90503_

Telephone _(310) 542-0111_

[X]     Attorney for Debtor(s)
[ ]     Debtor In Pro Per

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years:<br>_In re  ConnectTo Communications, Inc._<br>_dba ConnectTo Communications_ | Case No.<br><br>Chapter _11_ |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _14_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _03/12/2010_

_/s/ Araksiya Nadjarian_
Debtor: _ConnectTo Communications, Inc._

_/s/ SCOTT C. CLARKSON (SBN: 143271)_
Attorney: _SCOTT C. CLARKSON (SBN: 143._

Joint Debtor:

EXHIBIT __6__ PAGE __84__

ConnectTo Communications  Inc
555 Riverdale Dr
Suite A
Glendale  CA  91204


SCOTT  C  CLARKSON (SBN  143271)
3424 Carson Street  #350
Torrance  CA  90503


Abraham Setanyan
6930 Bluebell Avenue
North Hollywood  CA  91605


Araksiya Nadjarian
555 Riverdale Dr
Suite A
Glendale  CA  91204


Araksiya Nadjarian
555 Riverdale Drive
Suite A
Glendale  CA  91204


Aram Ter-Matriosyan
555 Riverdale Dr
Suite A
Glendale  CA  91204


Arbinet
75 Broad Street
20th Floor
New York  NY  10004


Arev Keshishyan
1334 Ruberta Avenue
Glendale  CA  91201


Armen Gevorgyan
1343 Dowerwood
Glendale  CA  91207


EXHIBIT *G* PAGE 87

Arsen Manukyan
7713 Westland Avenue
North Hollywood  CA  91605


AT&T
Dave Egan
722 N  Broadway  11th Fl
Milwaukee  WI  53202


AT&T
722 N  Broadway
11th Floor
Milwaukee  WI  53202


AT&T 0277-LWC
c/o Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 1066-S
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 1126
Mark Houle
650 Town Ctr Dr  #700
Costa Mesa  CA  92626


AT&T 1920-LWC
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 2066-S
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626

AT&T 3160-N
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 5066-S
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 7555-RSL
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 7797
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 8066-S
Mark Houle
650 Town Ctr Dr #700
Los Angeles  CA  90017


AT&T 8273-LWC
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 9160-N
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 9972-LWC
Mark Houle
650 Town Ctr Dr  #700
Costa Mesa  CA  92626

AT&T 9972-LWC
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T Collocation 0332
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T Collocation 0574
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T Collocation 1556
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T Collocation 8569
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


Billsoft Services
10100 West 87th Street
Suite 200
Overland Park  KS  66212


BillStreaml  LLC
PO box 24092
Oklahoma  OK  73156


Blue Cross of California
One WellPoint Way
Thousand Oaks  CA  91362


Brinks
Home Security
PO Box 660418
Dallas  TX  75266


**EXHIBIT** G **PAGE** 90

```
Brinks-Broadview
8880 Esters Blvd
Irving  TX  75063


Broadvox
1950 N  Stemmons Fwy
Suite 3031
Dallas  TX  75207


Cedar Point
PO Box 83298
Woodburn  MA  1813


Cedar Point
16 Route 111
Building 3
Derry  NH  03038


Cedar Point Communications
16 Route 111
Building 3
Derry  NH  03038


Check-o-matic
PO Box 2414
Monroe  NY  10950


Check-o-matic
PO box 2141
Monroe  NY  10949


Check-o-matic
13 DA Wider Blvd
#101
Monroe  NY  10950


Craig Barbarosh
725 South Figueroa Street
Suite 2800
Los Angeles  CA  90017
```

**EXHIBIT** _G_ **PAGE** _11_

David Tabibian
725 South Figueroa St
Suite 2800
Los Angeles  CA  90017


East West Bank
135 N  Los Robles Ave
7th Floor
Pasadena  CA  91101


East West Bank
9300 Flair Drive
6th Floor
El Monte  CA   91731


Emdeon Business Services
3055 Leanon Pike
Nashville  TN  37214


Emdeon Business Servies
PO Box 32752
Hartford  CT  6150


Emdeon Business Servies
3055 Lebanon Pike
Nashville  TN  37214


Emily Lynn Saiet
380 S  Euclid
Apt  106
Pasadena  CA  91101


Equant LLC
Yakimanskaya nab   4
Bldg  4
Moscow  Russia  119180


ETHOS
728 Cypress Ave
Hermosa Beach  CA  90254


**EXHIBIT** _G_ **PAGE** _92_

Ethos Communications Group  In
728 Cypress Ave
Hermosa Beach  CA  90254


Express Bill/Emdeon Business
3055 Lebabon Pike
Nashville  TN  37214


Franchise Tax Board
ATTN  Bankruptcy
PO Box 2952
Sacramento  CA  95812


Glendale Water & Power
City of Glendale
PO Box 54162
Los Angeles  CA  90051


Global Crossing Tel Cable
255 Kenneth Dr
Rochester  NY  14623


Grachya Oganyan
1125 San Rafael Avenue
Apt  5
Glendale  CA  91202


Helen Planks
P O  Box 94281
Glendale  CA  91206


Hi-Tech Gateway
1225 Brand Central Ave
Glendale CA  91201


Hi-Tech Gateway  Inc
1225 Grand Central St
Glendale  CA  91201


EXHIBIT _G_ PAGE _93_

Intec Billing
301 Perimeter Ctr  North
Suite 200
Atlanta  GA  30346


IRS
PO Box 21126
Philadelphia  PA  19114


Karen Mkrtchyan
1430 Dixon
Apt  5
Glendale  CA  91205


Kristine Torosyan
118 E  Palmer Avenue
Apt  18
Glendale  CA  91205


Landmark Financial Corp
c/o Irwin Wittlin
15910 Ventura Blvd  11 Fl
Encino  CA  91436


Landmark Financial Corp
5600 Greenwood Plaza Blvd
Suite 350
Englewood  CO  80111


Landmark Financial Corporation
5600 Greendwood Plaza Blvd
Suite 350
Englewood  CO  80111


Los Angeles County Tax Collect
PO Box 54018
Los Angeles  CA  90054


MM Internet Inc
200 Oceangate
Suite 800
Long Beach  CA  90802


**EXHIBIT** G **PAGE** 94

MPower Communications
P O  Box 60767
Los Angeles  CA  90060-0767


Nat'l City Commercial Capital
c/o Marshall F  Goldberg
21700 Oxnard St   #430
Woodland Hills  CA  91367


Nat'l City Commercial Capital
PO Box 931034
Cleveland  OH  44193


Net2Phone  Inc /IDT
520 Broad Street
Newark  NJ  07102


Neu Star  Inc
Loudoun Tech Center
46000 Center Oak Plaza
Sterling  VA  20166


O1 Communications  Inc
1515 K Street
Suite 100
Sacramento  CA  95814


Pac-West
PO Box 8219
Stockton  CA  95208


Pac-West
4210 Coronado Ave
Birmingham  AL  35204


Pac-West
4210 Coronado Ave
Stockton  CA  95208

EXHIBIT 6   PAGE 95

Richard Gilbert Gosselin  Jr
2505 N  Keystone Street
Burbank  CA  91504


Rocket Internetworking
PO Box 1301
Gardena  CA  90249


Serzhik Torosyan
118 E  Palmer Avenue
Apt  18
Glendale  CA  91205


Solix
30 Lanidex Plaza West
Parsippany  NJ  07054


Solix
100 S  Jefferson Rd
Whippany  NJ  7987


Solix
PO Box 685
Parsippany  NJ  07054


Solix  Inc
100 S  Jefferson Rd
Whippany  NJ  07981


Sonic net  Inc
2260 Apollo Way
Santa Rosa  CA  95407


State of California
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento  CA  94280


**EXHIBIT** _6_ **PAGE** _96_

Synchronized Assets/Comsolo LL
23679 Calabases Rd
#986
Calabasas  CA  91302


Telecom Professionals  Inc
5909 Northwest Expressway
Suite 101
Oklahoma City  OK  73132


Telepacific Communications
3166 Horseless Carriage Dr
Norco  CA  92860


Telepacific Communications
CABS Dept
PO Box 36430
Las Vegas  NV  89133


Telepacific Communications
515 S  Flower St
4th Floor
Los Angeles  CA  90071


The Hartford
One Hartford Plaza
Hartford  CT  06155


U S  Collocation Services  LLC
601 Wilshire Blvd
Suite 900
Los Angeles  CA  90017


U S  Collocation  LLC
601 Wilshire Blvd
Suite 900
Los Angeles  CA  90017


U S  Colo  LLC
601 Wilshire Blvd
#900
Los Angeles  CA  90017


**EXHIBIT __6__ PAGE __91__**

Verisign
Attn  Jackie Bauer
4501 Inteleco Loop SE
Lacey  WA  98503


Verisign
PO Box 849985
Dallas  TX  75284


Verisign
Jackie Bauer
4501 Intelco Loop SE
Lacey  WA  98503


VeriSign  Inc /TNS  Inc
4501 Intelco Loop SE
Lacey  WA  98503


Verizon 1280
PO Box 9688
Mission Hills  CA  91346


Verizon 34
500 Technology Dr
Suite 870
Weldon Springs  MO  63304


Verizon 34
500 Technology Drive
Suite 870
Weldon Springs  MO  63304


Verizon California
1320 North Court House Rd
Arlington  VA  22201


Verizon Directories
500 Technology Drive
Suite 870
Saint Charles  MO  63304


**EXHIBIT** _G_ **PAGE** _98_

Verizon Interent Services  Inc
22001 Loudoun County Parkway
C1-3-502
Ashburn  VA   20147


Verizon New York
140 West Street
27th Floor
New York  NY  10007


Verizon Partner Services
600 Hidden Ridge
HAE03D40
Irving  TX   75038


Verizon Services  Corp
1320 North Court House Rd
Arlington  VA  22201


Verizon Wireless
PO Box 9622
Mission Hills  CA  91346


Verizon Wireless
6929 N  Lakewood Ave
MD5 4317I
Tulsa  OK   74117


Wells Fargo Bank
MAC T5601-012
PO Box 659700
San Antonio  TX   78286


HCI Inc
1806 Orange Tree Lane
Suite C
Redlands  CA   92375


Wilshire State Bank
Anil Sah
3200 Wilshire Blvd  5th Fl
Los Angeles  CA   90010

XConnect
505 White Plains Road
Suite 124
Tarrytown  NY  10591


XO Communications Services  In
13865 Sunrise Valley Dr
Herndon  VA  20171


Yoram Levy
P O Box 260313
Encino  CA  91426


Yoram Levy
PO Box 206313
Encino  CA  91426


Zhone Technologies
7001 Oakport Street
Oakland  CA  94621

EXHIBIT___G___PAGE___100