SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

[Proposed] Attorneys for ConnectTo Communications, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA,

LOS ANGELES DIVISION

| | |
|---|---|
| In Re | Case No. 2:10-bk-19227-VZ |
| **ConnectTo Communications, Inc.** a Nevada corporation, | Chapter 11 |
| Debtor in Possession. | **DEBTOR'S OBJECTION TO PACIFIC BELL TELEPHONE CO.'S APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE:**

ConnectTo Communications Inc., debtor and debtor in possession herein (the "Debtor"), hereby submits its objection to Pacific Bell Telephone Co d/b/a AT&T California's Application for Order Setting Hearing on Shortened Notice (the "Application").

The Debtor has not acted in bad faith in filing another Chapter 11 bankruptcy. The Debtor's initial Chapter 11 bankruptcy counsel was unable to adequately represent the Debtor as a Chapter 11 debtor and debtor in possession. The instant bankruptcy is the Debtor's first true opportunity at a successful reorganization.

Further, there is no need for shortened notice, as the Debtor's first day motions are

1 | scheduled to be heard on March 18, 2010. The Debtor's secured lenders, Wells Fargo Bank,
2 | N.A. and Wilshire State Bank, have agreed to the use of cash collateral, which provides for
3 | monthly post petition payments to AT&T California, on an ongoing basis. Within the Utility
4 | Motion, the Debtor provides payment twice a month to AT&T California during the post petition
5 | period to insure prompt and full payment. Thus, there is no need for a hearing on shortened
6 | notice for either the Motion for Relief from Automatic Stay or the Motion to Dismiss.
7 |     There is a strong possibility of an effective reorganization, and AT&T California's
8 | request for a hearing on shortened notice on its Motion for Relief from the Automatic Stay and
9 | Motion to Dismiss should be denied.

Dated: March 17, 2010                        CLARKSON, GORE & MARSELLA, APLC

By _____
    Scott C. Clarkson
    Eve A. Marsella
    Christine M. Fitzgerald
    [Proposed] Attorneys for ConnectTo
    Communications, Inc.

| In re: | CHAPTER 11 |
|---|---|
| ConnectTo Communications, Inc.<br><br>Debtor(s) and<br>Debtors in Possession | CASE NUMBER: 2:10-bk-19227-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street, Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **DEBTOR'S OBJECTION TO PACIFIC BELL TELEPHONE CO.'S APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 17, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page.

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 17, 2010** I caused the following person(s) and/or entity(ies) to be served by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows within 24 hours after the document is filed. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 17, 2010 | Christine M. Fitzgerald | _/s/ Christine M. Fitzgerald_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br><br>ConnectTo Communications, Inc.<br>Debtor(s) and<br>Debtors in Possession | CHAPTER 11<br><br>CASE NUMBER: 2:10-bk-19227-VZ |
|---|---|

# SERVICE LIST

## SERVED VIA NEF

### Counsel for Pacific Bell Telephone Co. d/b/a AT&T California
Mark D Houle    mark.houle@pillsburylaw.com
David Tabibian    david.tabibian@pillsburylaw.com

### Office of the United States Trustee
Dare Law    dare.law@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

## SERVED VIA PERSONAL DELIVERY

### Judge
Honorable Vincent P. Zurzolo
255 E. Temple Street
Bin outside of Suite 1360
Los Angeles, CA 90012

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**