| In re: | CHAPTER 11 |
|---|---|
| CONNECTTO COMMUNICATIONS, INC. | |
| Debtor(s). | CASE NUMBER 2:10-BK-19227-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406

A true and correct copy of the foregoing document described _____ AT&T'S: STATEMENT OF POSITION AND LIMITED OBJECTION TO (1) EMERGENCY MOTION RE UTILITY PROVIDERS UNDER SECTION 366; AND (2) EMERGENCY MOTION FOR USE OF CASH COLLATERAL AND DECLARATION OF MARK D. HOULE IN SUPPORT OF AT&T'S: STATEMENT OF POSITION AND LIMITED OBJECTION TO (1) EMERGENCY MOTION RE UTILITY PROVIDERS UNDER SECTION 366; AND (2) EMERGENCY MOTION FOR USE OF CASH COLLATERAL _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 17, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Scott C Clarkson    sclarkson@lawcgm.com
Dare Law    dare.law@usdoj.gov
Eve A Marsella    emarsella@lawcgm.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **March 17, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**BY OVERNIGHT MAIL - SEE ATTACHED LIST**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 17, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**PERSONAL DELIVERY TO:**
The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street, Suite 1360, Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 17, 2010 | Helen Moreno | /s/ Helen Moreno |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                           **F 9013-3.1**

| In re: | | CHAPTER 11 |
|---|---|---|
| CONNECTTO COMMUNICATIONS, INC. | Debtor(s). | CASE NUMBER  2:10-BK-19227-VZ |

## PARTIES SERVED BY OVERNIGHT MAIL:

| | | |
|---|---|---|
| **Debtor's Attorney:**<br>Scott C Clarkson, Esq.<br>3424 Carson St Ste 350<br>Torrance, CA  90503-5716 | ConnectTo Communications, Inc.<br>555 Riverdale Dr.<br>Suite A<br>Glendale, CA  91204-1480 | **Counsel for U.S. Trustee:**<br>Dare Law<br>725 S. Figueroa Street, 26th Floor<br>Torrance, CA  90503 |
| | Abraham Setanyan<br>6930 Bluebell Avenue<br>North Hollywood, CA  91605-5129 | Araksiya Nadjarian<br>555 Riverdale Dr.<br>Suite A<br>Glendale, CA  91204-1480 |
| Aram Ter-Matriosyan<br>555 Riverdale Dr.<br>Suite A<br>Glendale, CA  91204-1480 | Arbinet<br>75 Broad Street<br>20th Floor<br>New York, NY  10004-3218 | Arev Keshishyan<br>1334 Ruberta Avenue<br>Glendale, CA  91201-1410 |
| Armen Gevorgyan<br>1343 Dowerwood<br>Glendale, CA  91207-1148 | Arsen Manukyan<br>7713 Westland Avenue<br>North Hollywood, CA  91605-2236 | BillStreaml, LLC<br>PO Box 24092<br>Oklahoma, OK  73124 |
| Billsoft Services<br>10100 West 87th Street<br>Suite 200<br>Overland Park, KS  66212-4628 | Blue Cross of California<br>One WellPoint Way<br>Thousand Oaks, CA  91362-3893 | Brinks<br>Home Security<br>PO Box 660418<br>Dallas, TX  75266-0418 |
| Brinks-Broadview<br>8880 Esters Blvd.<br>Irving, TX  75063-2406 | Broadvox<br>1950 N. Stemmons Freeway<br>Suite 3031<br>Dallas, TX  75207-3182 | Cedar Point<br>16 Route 111<br>Building 3<br>Derry, NH  03038-4142 |
| Cedar Point<br>PO Box 83298<br>Woodburn, MA  1813 | Cedar Point Communications<br>16 Route 111<br>Building 3<br>Derry, NH 03038-4142 | Check-o-matic<br>13 DA Wider Blvd.<br>#101<br>Monroe, NY  10950-6124 |
| Check-o-matic<br>PO Box 2414<br>Monroe, NY  10949-7414 | Check-o-matic<br>PO Box 2141<br>Monroe, NY  10949-7141 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: | | CHAPTER 11 |
|---|---|---|
| CONNECTTO COMMUNICATIONS, INC. | Debtor(s). | CASE NUMBER 2:10-BK-19227-VZ |

ETHOS
728 Cypress Ave
Hermosa Beach, CA  90254-4646

East West Bank
135 N. Los Robles Ave
7th Floor
Pasadena, CA  91101-4525

East West Bank
9300 Flair Drive
6th Floor
El Monte, CA  91731-2851

Emdeon Business Services
3055 Leanon Pike
Nashville, TN  37214-2230

Endeon Business Services
PO Box 32752
Hartford, CT  6150

Emily Lynn Saiet
380 S. Euclid
Apt. 106
Pasadena, CA  91101-3160

Equant LLC
Yakimanskaya nab., 4
Bldg. 4
Moscow, Russia  119180

Ethos Communications Group, Inc.
728 Cypress Ave
Hermosa Beach, CA  90254-4646

Express Bill/Emdeon Business
3055 Lebabon Pike
Nashville, TN  37214-2230

Franchise Tax Board
ATTN: Bankruptcy
PO Box 2952
Sacramento, CA  95812-2952

Glendale Water & Power
City of Glendale
PO Box 54162
Los Angeles, CA  90054-0162

Global Crossing Tel Cable
255 Kenneth Dr.
Rochester, NY  14623

Grachya Oganyan
1125 San Rafael Avenue
Apt. 5
Glendale, CA  91202-2468

HCI Inc.
1806 Orange Tree Lane
Suite C
Redlands, CA  92374-4575

Helen Planks
P.O. Box 94281
Glendale, CA  91206

Hi-Tech Gateway
1225 Brand Central Ave
Glendale, CA  91201-2425

Hi-Tech Gateway, Inc.
1225 Grand Central St.
Glendale, CA  91201-2425

(p)INERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 21126
PHILADELPHIA PA  19114-0326

Intec Billing
301 Perimeter Ctr. North
Suite 200
Atlanta, GA  30346-2432

Karen Mkrtchyan
1430 Dixon
Apt. 5
Glendale, CA  91205-4355

Kristine Torosyan
118 B. Palmer Avenue
Apt. 18
Glendale, CA  91205-3137

Landmark Financial Corp
c/o Irwin Wittlin
15910 Ventura Blvd, 11 Fl
Encino, CA  91436-2802

Landmark Financial Corp.
5600 Greenwood Plaza Blvd.
Suite 350
Englewood, CO  80111-2320

Landmark Financial Corporation
5600 Greendwood Plaza Blvd.
Suite 350
Englewood, CO  80111-2320

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA  90054-0018

MM Internet Inc.
200 Oceangate
Suite 800
Long Beach, CA  90802-4341

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re: CONNECTTO COMMUNICATIONS, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-BK-19227-VZ |

MPower Communications
P.O. Box 60767
Los Angeles, CA  90060-0767

Nat'l City Commercial Capital
PO Box 931034
Cleveland, OH  44193-0004

Nat'l City Commercial Capital
c/o Marshall F. Goldberg
21700 Oxnard St., #430
Woodland Hills, CA  91367-3665

Net2Phone, Inc./IDT
520 Broad Street
Newark, NJ  07102-3195

Neu Star, Inc.
Loudoun Tech Center
46000 Center Oak Plaza
Sterling, VA  20166-6579

O1 Communications, Inc.
1515 K Street
Suite 100
Sacramento, CA  95814-4052

Pac-West
4210 Coronado Ave
Birmingham, AL  35204

Pac-West
4210 Coronado Ave
Stockton, CA  95204-2341

Pac-West
PO Box 8219
Stockton, CA  95208-0219

Richard Gilbert Gosselin, Jr.
2505 N. Keystone Street
Burbank, CA  91504-2124

Rocket Internetworking
PO Box 1301
Gardena, CA  90249-0301

Serzhik Torosyan
118 E. Palmer Avenue
Apt. 18
Glendale, CA  91205-3137

Solix
100 S. Jefferson Rd.
Whippany, NJ  07981-1009

Solix
30 Lanidex Plaza West
Parsippany, NJ  07054-2717

Solix
PO Box 685
Parsippany, NJ  07054-0685

Sonic.net, Inc.
2260 Apollo Way
Santa Rosa, CA  95407-9113

State of California
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001

Synchronized Assets/Comsolo LL
23679 Calabases Rd.
#986
Calabasas, CA  91302-1502

Telecom Professionals, Inc.
5909 Northwest Expressway
Suite 101
Oklahoma City, OK  73132-5103

Telepacific Communications
3166 Horseless Carriage Dr
Norco, CA  92860-3612

Telepacific Communications
515 S. Flower St.
4th Floor
Los Angeles, CA  90071-2201

Telepacific Communications
CABS Dept.
PO Box 36430
Las Vegas, NV  89133-6430

The Hartford
One Hartford Plaza
Hartford, CT  06155-0001

U.S. Collocation Services, LLC
601 Wilshire Blvd.
Suite 900
Los Angeles, CA  90017-3207

U.S. Collocation, LLC
601 Wilshire Blvd.
Suite 900
Los Angeles, CA  90017-3207

D.S. Colo., LLC
601 Wilshire Blvd.
#900
Los Angeles, CA  90017-3207

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA  90017-5524

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                              **F 9013-3.1**

| In re:                          |            | CHAPTER 11                       |
|---------------------------------|------------|----------------------------------|
| CONNECTTO COMMUNICATIONS, INC.  | Debtor(s). | CASE NUMBER 2:10-BK-19227-VZ     |

VeriSign, Inc./TNS, Inc.
4501 Intelco Loop SE
Lacey, WA  98503-5941

Verisign
Attn: Jackie Bauer
4501 Inteleco Loop SE
Lacey, WA  98503-5941

Verisign
Jackie Bauer
4501 Intelco Loop SE
Lacey, WA  98503-5941

Verisign
PO Box 849985
Dallas, TX  75284-9985

Verizon 1280
PO Box 9688
Mission Hills, CA  91346-9688

Verizon 34
500 Technology Dr
Suite 870
Weldon Springs, MO  63304-2225

Verizon California
1320 North Court House Rd.
Arlington, VA  22201

Verizon Directories
500 Technology Drive
Suite 870
Saint Charles, MO  63304-2225

Verizon Internet Services, Inc
22001 Loudoun County Parkway
C1-3-502
Ashburn, VA  20147-6105

Verizon New York
140 West Street
27th Floor
New York, NY  10007-2141

Verizon Partner Services
600 Hidden Ridge
HAE03D40
Irving, TX  75038-3809

Verizon Services, Corp.
1320 North Court House Rd.
Arlington, VA  22201

Verizon Wireless
6929 N. Lakewood Ave.
MD5.4317I
Tulsa, OK  74117-1823

Verizon Wireless
PO Box 9622
Mission Hills, CA  91346-9622

Wells Fargo Bank
MAC T5601-012
PO Box 659700
San Antonio, TX  78265-9700

Wilshire State Bank
Anil Sah
3200 Wilshire Blvd, 5th Fl.
Los Angeles, CA  90010-1333

XConnect
505 White Plains Road
Suite 124
Tarrytown, NY  10591-5108

XO Communications Services, Inc.
13865 Sunrise Valley Dr.
Herndon, VA  20171-6187

Yoram Levy
P.0 Box 260313
Encino, CA  91426-0313

Yoram Levy
PO Box 206313
Encino, CA  91426

Zhone Technologies
7001 Oakport Street
Oakland, CA  94621-1942

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                  **F 9013-3.1**