| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without counsel*<br>☐ *Attorney for:*<br><br>**UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re<br><br><br><br><br>Debtor(s). | CHAPTER:<br><br>CASE NO.:<br><br>DATE:<br>TIME:<br>CTRM:<br>FLOOR: |

*AMENDED **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
UNDER 11 U.S.C. § 362 (with supporting declarations)
(MOVANT: _____)
(Personal Property)**

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location:**   ☐ **255 East Temple Street, Los Angeles**   ☐ **411 West Fourth Street, Santa Ana**
      ☐ **21041 Burbank Boulevard, Woodland Hills**   ☐ **1415 State Street, Santa Barbara**
      ☐ **3420 Twelfth Street, Riverside**

3. a. ☐ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

   ☐ at the hearing      ☐ at least _____ court days before the hearing.

   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.

   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                **F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - *Page 2 of* ____   **F 4001-1M.PP**

| In re | (SHORT TITLE) | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NO.: |

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated:

*Print Law Firm Name (if applicable)*

*Print Name of Individual Movant or Attorney for Movant*    *Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - *Page 10 of* ____   F 4001-1M.PP

| In re | (SHORT TITLE) | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NO.: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:



☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.



☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.



☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Pamela L. Breeden
_____   _____
*Date*           *Type Name*                    *Signature*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                    **F 4001-1M.PP**

LIST OF PARTIES TO BE SERVED BY U.S. MAIL:

**Debtor's Attorney:**
Scott C Clarkson, Esq.
3424 Carson St Ste 350
Torrance, CA  90503-5716

ConnectTo Communications, Inc.
555 Riverdale Dr.
Suite A
Glendale, CA  91204-1480

**Counsel for U.S. Trustee:**
Dare Law
725 S. Figueroa Street, 26th Floor
Torrance, CA  90503

AT&T
722 N. Broadway
11th Floor
Milwaukee, WI  53202-4303

Abraham Setanyan
6930 Bluebell Avenue
North Hollywood, CA  91605-5129

Araksiya Nadjarian
555 Riverdale Dr.
Suite A
Glendale, CA  91204-1480

Aram Ter-Matriosyan
555 Riverdale Dr.
Suite A
Glendale, CA  91204-1480

Arbinet
75 Broad Street
20th Floor
New York, NY  10004-3218

Arev Keshishyan
1334 Ruberta Avenue
Glendale, CA  91201-1410

Armen Gevorgyan
1343 Dowerwood
Glendale, CA  91207-1148

Arsen Manukyan
7713 Westland Avenue
North Hollywood, CA  91605-2236

BillStream, LLC
PO Box 24092
Oklahoma, OK  73124

Billsoft Services
10100 West 87th Street
Suite 200
Overland Park, KS  66212-4628

Blue Cross of California
One WellPoint Way
Thousand Oaks, CA  91362-3893

Brinks
Home Security
PO Box 660418
Dallas, TX  75266-0418

Brinks-Broadview
8880 Esters Blvd.
Irving, TX  75063-2406

Broadvox
1950 N. Stemmons Freeway
Suite 3031
Dallas, TX  75207-3182

Cedar Point
16 Route 111
Building 3
Derry, NH  03038-4142

Cedar Point
PO Box 83298
Woodburn, MA  1813

Cedar Point Communications
16 Route 111
Building 3
Derry, NH  03038-4142

Check-o-matic
13 DA Wider Blvd.
#101
Monroe, NY  10950-6124

Check-o-matic
PO Box 2414
Monroe, NY  10949-7414

Check-o-matic
PO Box 2141
Monroe, NY  10949-7141

BillStream, LLC
PO Box 20492
Oklahoma, OK  73124

Special Notice Creditor:
Edward J. Miller, Esq.
Law Offices of Dennis F. Fabozzi
41955 Fourth Street, Suite 300
Temecula, CA  92590

ETHOS
728 Cypress Ave
Hermosa Beach, CA  90254-4646

East West Bank
135 N. Los Robles Ave
7th Floor
Pasadena, CA  91101-4525

East West Bank  
9300 Flair Drive  
6th Floor  
El Monte, CA  91731-2851

Emdeon Business Services  
3055 Leanon Pike  
Nashville, TN  37214-2230

Endeon Business Services  
PO Box 32752  
Hartford, CT  6150

Emily Lynn Saiet  
380 S. Euclid  
Apt. 106  
Pasadena, CA  91101-3160

Equant LLC  
Yakimanskaya nab., 4  
Bldg. 4  
Moscow, Russia  119180

Ethos Communications Group, Inc.  
728 Cypress Ave  
Hermosa Beach, CA  90254-4646

Express Bill/Emdeon Business  
3055 Lebabon Pike  
Nashville, TN  37214-2230

Franchise Tax Board  
ATTN: Bankruptcy  
PO Box 2952  
Sacramento, CA  95812-2952

Glendale Water & Power  
City of Glendale  
PO Box 54162  
Los Angeles, CA  90054-0162

Global Crossing Tel Cable  
255 Kenneth Dr.  
Rochester, NY  14623

Grachya Oganyan  
1125 San Rafael Avenue  
Apt. 5  
Glendale, CA  91202-2468

HCI Inc.  
1806 Orange Tree Lane  
Suite C  
Redlands, CA  92374-4575

Helen Planks  
P.O. Box 94281  
Glendale, CA  91206

Hi-Tech Gateway  
1225 Brand Central Ave  
Glendale, CA  91201-2425

Hi-Tech Gateway, Inc.  
1225 Grand Central St.  
Glendale, CA  91201-2425

(p)INERNAL REVENUE SERVICE  
CENTRALIZED INSOLVENCY  
OPERATIONS  
PO BOX 21126  
PHILADELPHIA PA  19114-0326

Intec Billing  
301 Perimeter Ctr. North  
Suite 200  
Atlanta, GA  30346-2432

Karen Mkrtchyan  
1430 Dixon  
Apt. 5  
Glendale, CA  91205-4355

Kristine Torosyan  
118 B. Palmer Avenue  
Apt. 18  
Glendale, CA  91205-3137

Landmark Financial Corp  
c/o Irwin Wittlin  
15910 Ventura Blvd, 11 F1  
Encino, CA  91436-2802

Landmark Financial Corp.  
5600 Greenwood Plaza Blvd.  
Suite 350  
Englewood, CO  80111-2320

Landmark Financial Corporation  
5600 Greendwood Plaza Blvd.  
Suite 350  
Englewood, CO  80111-2320

Los Angeles County Tax Collector  
PO Box 54018  
Los Angeles, CA  90054-0018

MM Internet Inc.  
200 Oceangate  
Suite 800  
Long Beach, CA  90802-4341

MPower Communications  
P.O. Box 60767  
Los Angeles, CA  90060-0767

Nat'l City Commercial Capital  
PO Box 931034  
Cleveland, OH  44193-0004

Nat'l City Commercial Capital  
c/o Marshall F. Goldberg  
21700 Oxnard St., #430  
Woodland Hills, CA  91367-3665

Net2Phone, Inc./IDT  
520 Broad Street  
Newark, NJ  07102-3195

Neu Star, Inc.  
Loudoun Tech Center  
46000 Center Oak Plaza  
Sterling, VA  20166-6579

01 Communications, Inc.  
1515 K Street  
Suite 100  
Sacramento, CA  95814-4052

Pac-West  
4210 Coronado Ave  
Birmingham, AL  35204

Pac-West  
4210 Coronado Ave  
Stockton, CA  95204-2341

Pac-West  
PO Box 8219  
Stockton, CA  95208-0219

Richard Gilbert Gosselin, Jr.  
2505 N. Keystone Street  
Burbank, CA  91504-2124

Rocket Internetworking  
PO Box 1301  
Gardena, CA  90249-0301

Serzhik Torosyan  
118 E. Palmer Avenue  
Apt. 18  
Glendale, CA  91205-3137

Solix  
100 S. Jefferson Rd.  
Whippany, NJ  07981-1009

Solix  
30 Lanidex Plaza West  
Parsippany, NJ  07054-2717

Solix  
PO Box 685  
Parsippany, NJ  07054-0685

Sonic.net, Inc.  
2260 Apollo Way  
Santa Rosa, CA  95407-9113

State of California  
Bankruptcy Group MIC 92E  
PO Box 826880  
Sacramento, CA  94280-0001

Synchronized Assets/Comsolo LL  
23679 Calabases Rd.  
#986  
Calabasas, CA  91302-1502

Telecom Professionals, Inc.  
5909 Northwest Expressway  
Suite 101  
Oklahoma City, OK  73132-5103

Telepacific Communications  
3166 Horseless Carriage Dr  
Norco, CA  92860-3612

Telepacific Communications  
515 S. Flower St.  
4th Floor  
Los Angeles, CA  90071-2201

Telepacific Communications  
CABS Dept.  
PO Box 36430  
Las Vegas, NV  89133-6430

The Hartford  
One Hartford Plaza  
Hartford, CT  06155-0001

U.S. Collocation Services, LLC  
601 Wilshire Blvd.  
Suite 900  
Los Angeles, CA  90017-3207

U.S. Collocation, LLC  
601 Wilshire Blvd.  
Suite 900  
Los Angeles, CA  90017-3207

D.S. Colo., LLC  
601 Wilshire Blvd.  
#900  
Los Angeles, CA  90017-3207

United States Trustee (LA)  
725 S Figueroa St., 26th Floor  
Los Angeles, CA  90017-5524

VeriSign, Inc./TNS, Inc.  
4501 Intelco Loop SE  
Lacey, WA  98503-5941

Verisign  
Attn: Jackie Bauer  
4501 Inteleco Loop SE  
Lacey, WA  98503-5941

Verisign  
Jackie Bauer  
4501 Intelco Loop SE  
Lacey, WA  98503-5941

Verisign  
PO Box 849985  
Dallas, TX  75284-9985

Verizon 1280  
PO Box 9688  
Mission Hills, CA  91346-9688

Verizon 34  
500 Technology Dr  
Suite 870  
Weldon Springs, MO  63304-2225

Verizon California  
1320 North Court House Rd.  
Arlington, VA  22201

Verizon Directories  
500 Technology Drive  
Suite 870  
Saint Charles, MO  63304-2225

Verizon Internet Services, Inc  
22001 Loudoun County Parkway  
C1-3-502  
Ashburn, VA  20147-6105

Verizon New York
140 West Street
27th Floor
New York, NY  10007-2141

Verizon Partner Services
600 Hidden Ridge
HAE03D40
Irving, TX  75038-3809

Verizon Services, Corp.
1320 North Court House Rd.
Arlington, VA  22201

Verizon Wireless
6929 N. Lakewood Ave.
MD5.4317I
Tulsa, OK  74117-1823

Verizon Wireless
PO Box 9622
Mission Hills, CA  91346-9622

Wells Fargo Bank
MAC T5601-012
PO Box 659700
San Antonio, TX  78265-9700

Wilshire State Bank
Anil Sah
3200 Wilshire Blvd, 5th Fl.
Los Angeles, CA  90010-1333

XConnect
505 White Plains Road
Suite 124
Tarrytown, NY  10591-5108

XO Communications Services, Inc.
13865 Sunrise Valley Dr.
Herndon, VA  20171-6187

Yoram Levy
P.0 Box 260313
Encino, CA  91426-0313

Yoram Levy
PO Box 206313
Encino, CA  91426

Zhone Technologies
7001 Oakport Street
Oakland, CA  94621-1942