PILLSBURY WINTHROP SHAW PITTMAN LLP
CRAIG A. BARBAROSH (State Bar No. 160224)
craig.barbarosh@pillsburylaw.com
MARK D. HOULE (State Bar No. 194861)
mark.houle@pillsburylaw.com
DAVID TABIBIAN (State Bar No. 251719)
david.tabibian@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5406
Telephone: (213) 488-7100
Facsimile:  (213) 629-1033

Attorneys for Creditor,
Pacific Bell Telephone Company d/b/a AT&T California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (LOS ANGELES DIVISION)

| | |
|---|---|
| In re:<br><br>ConnectTo Communications, Inc.,<br><br>　　　　　Debtor. | Case No. 2:10-bk-19227-VZ<br><br>Chapter 11<br><br>**AMENDED NOTICE OF MOTION OF AT&T TO DISMISS THE BANKRUPTCY CASE WITH A 180-DAY BAR**<br><br>DATE:　April 20, 2010<br>TIME:　9:30 a.m.<br>PLACE:　Courtroom 1368<br>　　　　　Roybal Federal Building<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, CA 90012 |

601123925v1 　　　　　- 1 -　　　　　AT&T'S AMENDED NOTICE OF MOTION TO
DISMISS BANKRUPTCY CASE
CASE NO.: 2:10-bk-19227-VZ

1  **TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES**
2  **BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES**
3  **TRUSTEE; AND ALL PARTIES IN INTEREST:**

4    PLEASE TAKE NOTICE that on April 20, 2010, at 9:30 a.m., in
5  Courtroom 1368 in the above-entitled Court, Creditor PACIFIC BELL
6  TELEPHONE COMPANY d/b/a AT&T CALIFORNIA ("AT&T") will move
7  the Court for an Order dismissing the chapter 11 bankruptcy case of debtor
8  CONNECTTO COMMUNICATIONS ("Debtor"), pursuant to 11 U.S.C. §
9  1112(b), with a 180-day bar to re-filing ("Motion").

10    This Motion is being heard on REGULAR NOTICE pursuant to Local
11  Bankruptcy Rule 9013-1.  If you wish to oppose this Motion, you must file a
12  written response to this Motion with the Bankruptcy Court and serve a copy of
13  it upon the attorneys for the Movant at the address set forth above no less than
14  fourteen (14) days before the above hearing and appear at the hearing of this
15  Motion.  If you fail to file a written response to the Motion or fail to appear at
16  the hearing, the Court may treat such failure as a waiver of your right to
17  oppose the Motion and may grant the requested relief.

18    The Motion is based upon the moving papers on file in this case, the
19  Memorandum of Points and Authorities in support of the Motion on file in this
20  case, the Declarations of David J. Egan and Mark D. Houle in support of the
21  Motion on file in this case, the Request for Judicial Notice in support of the
22  Motion on file in this case, the pleadings and documents on file in this case,
23  the arguments and representations of counsel, and any such other and further
24  evidence and arguments as may be presented to the Court at or before any
25  hearing or ruling on this Motion.

26
27
28

1  WHEREFORE, AT&T respectfully requests that the Court enter an
2  Order dismissing the above entitled chapter 11 bankruptcy case with a 180-
3  day bar to re-filing, and such other relief as the Court deems just and proper.
4
5  Dated: March 25, 2010         PILLSBURY WINTHROP SHAW PITTMAN LLP
                                 CRAIG A. BARBAROSH
6                                MARK D. HOULE
                                 DAVID TABIBIAN
7
8
                                 By:      /s/ Mark D. Houle
9                                Mark D. Houle, Esq.
10                               Attorneys for Creditor,
                                 Pacific Bell Telephone Company d/b/a AT&T
11                               California
12
13
14
15
16
17
19
20
21
22
23
24
25
26
27
28