| In re:<br>CONNECTTO COMMUNICATIONS, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-BK-19227-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

12255 El Camino Real, Suite 300, San Diego, CA 92130-4088

A true and correct copy of the foregoing document described _____ AMENDED NOTICE OF MOTION TO DISMISS THE BANKRUPTCY CASE WITH A 180-DAY BAR _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 25, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
John H Choi     johnchoi@kpcylaw.com;
Scott C Clarkson  sclarkson@lawcgm.com;
Christine M Fitzgerald     cfitzgerald@lawcgm.com;
Dare Law   dare.law@usdoj.gov;
Eve A Marsella     emarsella@lawcgm.com;
Edward J Miller     emiller@dfflaw.com;
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ **March 25, 2010** _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**BY U.S. MAIL, POSTAGE PREPAID ON THE ATTACHED LIST**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ **March 25, 2010** _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**PERSONAL DELIVERY TO:**
The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street, Suite 1360, Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 25, 2010 | Pamela Breeden | /s/ Pamela Breeden |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9013-3.1**

LIST OF PARTIES TO BE SERVED BY U.S. MAIL:

**Debtor's Attorney:**
Scott C Clarkson, Esq.
3424 Carson St Ste 350
Torrance, CA  90503-5716

ConnectTo Communications, Inc.
555 Riverdale Dr.
Suite A
Glendale, CA  91204-1480

**Counsel for U.S. Trustee:**
Dare Law
725 S. Figueroa Street, 26th Floor
Torrance, CA  90503

AT&T
722 N. Broadway
11th Floor
Milwaukee, WI  53202-4303

Abraham Setanyan
6930 Bluebell Avenue
North Hollywood, CA  91605-5129

Araksiya Nadjarian
555 Riverdale Dr.
Suite A
Glendale, CA  91204-1480

Aram Ter-Matriosyan
555 Riverdale Dr.
Suite A
Glendale, CA  91204-1480

Arbinet
75 Broad Street
20th Floor
New York, NY  10004-3218

Arev Keshishyan
1334 Ruberta Avenue
Glendale, CA  91201-1410

Armen Gevorgyan
1343 Dowerwood
Glendale, CA  91207-1148

Arsen Manukyan
7713 Westland Avenue
North Hollywood, CA  91605-2236

BillStream, LLC
PO Box 24092
Oklahoma, OK  73124

Billsoft Services
10100 West 87th Street
Suite 200
Overland Park, KS  66212-4628

Blue Cross of California
One WellPoint Way
Thousand Oaks, CA  91362-3893

Brinks
Home Security
PO Box 660418
Dallas, TX  75266-0418

Brinks-Broadview
8880 Esters Blvd.
Irving, TX  75063-2406

Broadvox
1950 N. Stemmons Freeway
Suite 3031
Dallas, TX  75207-3182

Cedar Point
16 Route 111
Building 3
Derry, NH  03038-4142

Cedar Point
PO Box 83298
Woodburn, MA  1813

Cedar Point Communications
16 Route 111
Building 3
Derry, NH  03038-4142

Check-o-matic
13 DA Wider Blvd.
#101
Monroe, NY  10950-6124

Check-o-matic
PO Box 2414
Monroe, NY  10949-7414

Check-o-matic
PO Box 2141
Monroe, NY  10949-7141

BillStream, LLC
PO Box 20492
Oklahoma, OK  73124

Special Notice Creditor:
Edward J. Miller, Esq.
Law Offices of Dennis F. Fabozzi
41955 Fourth Street, Suite 300
Temecula, CA  92590

ETHOS
728 Cypress Ave
Hermosa Beach, CA  90254-4646

East West Bank
135 N. Los Robles Ave
7th Floor
Pasadena, CA  91101-4525

| | | |
|---|---|---|
| East West Bank<br>9300 Flair Drive<br>6th Floor<br>El Monte, CA  91731-2851 | Emdeon Business Services<br>3055 Leanon Pike<br>Nashville, TN  37214-2230 | Endeon Business Services<br>PO Box 32752<br>Hartford, CT  6150 |
| Emily Lynn Saiet<br>380 S. Euclid<br>Apt. 106<br>Pasadena, CA  91101-3160 | Equant LLC<br>Yakimanskaya nab., 4<br>Bldg. 4<br>Moscow, Russia  119180 | Ethos Communications Group, Inc.<br>728 Cypress Ave<br>Hermosa Beach, CA  90254-4646 |
| Express Bill/Emdeon Business<br>3055 Lebabon Pike<br>Nashville, TN  37214-2230 | Franchise Tax Board<br>ATTN: Bankruptcy<br>PO Box 2952<br>Sacramento, CA  95812-2952 | Glendale Water & Power<br>City of Glendale<br>PO Box 54162<br>Los Angeles, CA  90054-0162 |
| Global Crossing Tel Cable<br>255 Kenneth Dr.<br>Rochester, NY  14623 | Grachya Oganyan<br>1125 San Rafael Avenue<br>Apt. 5<br>Glendale, CA  91202-2468 | HCI Inc.<br>1806 Orange Tree Lane<br>Suite C<br>Redlands, CA  92374-4575 |
| Helen Planks<br>P.O. Box 94281<br>Glendale, CA  91206 | Hi-Tech Gateway<br>1225 Brand Central Ave<br>Glendale, CA  91201-2425 | Hi-Tech Gateway, Inc.<br>1225 Grand Central St.<br>Glendale, CA  91201-2425 |
| (p)INERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA  19114-0326 | Intec Billing<br>301 Perimeter Ctr. North<br>Suite 200<br>Atlanta, GA  30346-2432 | Karen Mkrtchyan<br>1430 Dixon<br>Apt. 5<br>Glendale, CA  91205-4355 |
| Kristine Torosyan<br>118 B. Palmer Avenue<br>Apt. 18<br>Glendale, CA  91205-3137 | Landmark Financial Corp<br>c/o Irwin Wittlin<br>15910 Ventura Blvd, 11 Fl<br>Encino, CA  91436-2802 | Landmark Financial Corp.<br>5600 Greenwood Plaza Blvd.<br>Suite 350<br>Englewood, CO  80111-2320 |
| Landmark Financial Corporation<br>5600 Greendwood Plaza Blvd.<br>Suite 350<br>Englewood, CO  80111-2320 | Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA  90054-0018 | MM Internet Inc.<br>200 Oceangate<br>Suite 800<br>Long Beach, CA  90802-4341 |
| MPower Communications<br>P.O. Box 60767<br>Los Angeles, CA  90060-0767 | Nat'l City Commercial Capital<br>PO Box 931034<br>Cleveland, OH  44193-0004 | Nat'l City Commercial Capital<br>c/o Marshall F. Goldberg<br>21700 Oxnard St., #430<br>Woodland Hills, CA  91367-3665 |
| Net2Phone, Inc./IDT<br>520 Broad Street<br>Newark, NJ  07102-3195 | Neu Star, Inc.<br>Loudoun Tech Center<br>46000 Center Oak Plaza<br>Sterling, VA  20166-6579 | 01 Communications, Inc.<br>1515 K Street<br>Suite 100<br>Sacramento, CA  95814-4052 |

Pac-West
4210 Coronado Ave
Birmingham, AL  35204

Pac-West
4210 Coronado Ave
Stockton, CA  95204-2341

Pac-West
PO Box 8219
Stockton, CA  95208-0219

Richard Gilbert Gosselin, Jr.
2505 N. Keystone Street
Burbank, CA  91504-2124

Rocket Internetworking
PO Box 1301
Gardena, CA  90249-0301

Serzhik Torosyan
118 E. Palmer Avenue
Apt. 18
Glendale, CA  91205-3137

Solix
100 S. Jefferson Rd.
Whippany, NJ  07981-1009

Solix
30 Lanidex Plaza West
Parsippany, NJ  07054-2717

Solix
PO Box 685
Parsippany, NJ  07054-0685

Sonic.net, Inc.
2260 Apollo Way
Santa Rosa, CA  95407-9113

State of California
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001

Synchronized Assets/Comsolo LL
23679 Calabases Rd.
#986
Calabasas, CA  91302-1502

Telecom Professionals, Inc.
5909 Northwest Expressway
Suite 101
Oklahoma City, OK  73132-5103

Telepacific Communications
3166 Horseless Carriage Dr
Norco, CA  92860-3612

Telepacific Communications
515 S. Flower St.
4th Floor
Los Angeles, CA  90071-2201

Telepacific Communications
CABS Dept.
PO Box 36430
Las Vegas, NV  89133-6430

The Hartford
One Hartford Plaza
Hartford, CT  06155-0001

U.S. Collocation Services, LLC
601 Wilshire Blvd.
Suite 900
Los Angeles, CA  90017-3207

U.S. Collocation, LLC
601 Wilshire Blvd.
Suite 900
Los Angeles, CA  90017-3207

D.S. Colo., LLC
601 Wilshire Blvd.
#900
Los Angeles, CA  90017-3207

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA  90017-5524

VeriSign, Inc./TNS, Inc.
4501 Intelco Loop SE
Lacey, WA  98503-5941

Verisign
Attn: Jackie Bauer
4501 Inteleco Loop SE
Lacey, WA  98503-5941

Verisign
Jackie Bauer
4501 Intelco Loop SE
Lacey, WA  98503-5941

Verisign
PO Box 849985
Dallas, TX  75284-9985

Verizon 1280
PO Box 9688
Mission Hills, CA  91346-9688

Verizon 34
500 Technology Dr
Suite 870
Weldon Springs, MO  63304-2225

Verizon California
1320 North Court House Rd.
Arlington, VA  22201

Verizon Directories
500 Technology Drive
Suite 870
Saint Charles, MO  63304-2225

Verizon Internet Services, Inc
22001 Loudoun County Parkway
C1-3-502
Ashburn, VA  20147-6105

| | | |
|---|---|---|
| Verizon New York<br>140 West Street<br>27th Floor<br>New York, NY  10007-2141 | Verizon Partner Services<br>600 Hidden Ridge<br>HAE03D40<br>Irving, TX  75038-3809 | Verizon Services, Corp.<br>1320 North Court House Rd.<br>Arlington, VA  22201 |
| Verizon Wireless<br>6929 N. Lakewood Ave.<br>MD5.4317I<br>Tulsa, OK  74117-1823 | Verizon Wireless<br>PO Box 9622<br>Mission Hills, CA  91346-9622 | Wells Fargo Bank<br>MAC T5601-012<br>PO Box 659700<br>San Antonio, TX  78265-9700 |
| Wilshire State Bank<br>Anil Sah<br>3200 Wilshire Blvd, 5th Fl.<br>Los Angeles, CA  90010-1333 | XConnect<br>505 White Plains Road<br>Suite 124<br>Tarrytown, NY  10591-5108 | XO Communications Services, Inc.<br>13865 Sunrise Valley Dr.<br>Herndon, VA  20171-6187 |
| Yoram Levy<br>P.0 Box 260313<br>Encino, CA  91426-0313 | Yoram Levy<br>PO Box 206313<br>Encino, CA  91426 | Zhone Technologies<br>7001 Oakport Street<br>Oakland, CA  94621-1942 |