Verification of Creditor Mailing List - (Rev. 10/05)                           2003 USBC, Central District of California

**AMENDED**
# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name *SCOTT C. CLARKSON (SBN: 143271)*

Address *3424 Carson Street, #350 Torrance, CA 90503*

Telephone *(310) 542-0111*

[X]   Attorney for Debtor(s)
[ ]   Debtor In Pro Per

---

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br>*In re   ConnectTo Communications, Inc.<br>          dba ConnectTo Communications* | Case No. *2:10-bk-19227-VZ* |
|---|---|
| | Chapter *11* |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __*13*__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: *03/25/2010*                                              */s/ Araksiya Nadjarian*
                                                                Debtor: *ConnectTo Communications, Inc.*

*/s/ SCOTT C. CLARKSON*
Attorney: *SCOTT C. CLARKSON*                                   Joint Debtor:

```
ConnectTo Communications  Inc
555 Riverdale Dr
Suite A
Glendale  CA  91204


SCOTT C  CLARKSON (SBN  143271)
3424 Carson Street  #350
Torrance  CA  90503


Araksiya Nadjarian
555 Riverdale Dr
Suite A
Glendale  CA  91204


Araksiya Nadjarian
555 Riverdale Drive
Suite A
Glendale  CA  91204


Aram Ter-Matriosyan
555 Riverdale Dr
Suite A
Glendale  CA  91204


Arbinet
75 Broad Street
20th Floor
New York  NY  10004


AT&T
722 N  Broadway
11th Floor
Milwaukee  WI  53202


AT&T
Dave Egan
722 N  Broadway  11th Fl
Milwaukee  WI  53202
```

```
AT&T 0277-LWC
c/o Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 1066-S
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 1126
Mark Houle
650 Town Ctr Dr  #700
Costa Mesa  CA  92626


AT&T 1920-LWC
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 2066-S
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 3160-N
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 5066-S
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626


AT&T 7555-RSL
Mark Houle
650 Town Ctr Dr #700
Costa Mesa  CA  92626
```

```
AT&T 7797
Mark Houle
650 Town Ctr Dr #700
Costa Mesa   CA   92626


AT&T 8066-S
Mark Houle
650 Town Ctr Dr #700
Los Angeles   CA   90017


AT&T 8273-LWC
Mark Houle
650 Town Ctr Dr #700
Costa Mesa   CA   92626


AT&T 9160-N
Mark Houle
650 Town Ctr Dr #700
Costa Mesa   CA   92626


AT&T 9972-LWC
Mark Houle
650 Town Ctr Dr  #700
Costa Mesa   CA   92626


AT&T 9972-LWC
Mark Houle
650 Town Ctr Dr #700
Costa Mesa   CA   92626


AT&T Collocation 0332
Mark Houle
650 Town Ctr Dr #700
Costa Mesa   CA   92626


AT&T Collocation 0574
Mark Houle
650 Town Ctr Dr #700
Costa Mesa   CA   92626
```

```
AT&T Collocation 1556
Mark Houle
650 Town Ctr Dr #700
Costa Mesa   CA   92626


AT&T Collocation 8569
Mark Houle
650 Town Ctr Dr #700
Costa Mesa   CA   92626


Billsoft Services
10100 West 87th Street
Suite 200
Overland Park   KS   66212


BillStreaml   LLC
PO box 24092
Oklahoma   OK   73156


Blue Cross of California
One WellPoint Way
Thousand Oaks   CA   91362


Brinks
Home Security
PO Box 660418
Dallas   TX   75266


Brinks-Broadview
8880 Esters Blvd
Irving   TX   75063


Broadvox
1950 N   Stemmons Fwy
Suite 3031
Dallas   TX   75207


Cedar Point
16 Route 111
Building 3
Derry   NH   03038
```

```
Cedar Point
PO Box 83298
Woodburn  MA   1813


Cedar Point Communications
16 Route 111
Building 3
Derry  NH   03038


Check-o-matic
PO box 2141
Monroe  NY   10949


Check-o-matic
PO Box 2414
Monroe  NY   10950


Check-o-matic
13 DA Wider Blvd
#101
Monroe  NY   10950


Craig Barbarosh
725 South Figueroa Street
Suite 2800
Los Angeles  CA   90017


David Tabibian
725 South Figueroa St
Suite 2800
Los Angeles  CA   90017


East West Bank
135 N  Los Robles Ave
7th Floor
Pasadena  CA   91101


East West Bank
9300 Flair Drive
6th Floor
El Monte  CA   91731
```

```
Emdeon Business Services
3055 Leanon Pike
Nashville  TN  37214


Emdeon Business Servies
PO Box 32752
Hartford  CT  6150


Emdeon Business Servies
3055 Lebanon Pike
Nashville  TN  37214


Equant LLC
Yakimanskaya nab   4
Bldg  4
Moscow  Russia  119180


Telepacific Communications
515 S  Flower St
47th Floor
Los Angeles  CA  90071


ETHOS
728 Cypress Ave
Hermosa Beach  CA  90254


Ethos Communications Group  In
728 Cypress Ave
Hermosa Beach  CA  90254


Express Bill/Emdeon Business
3055 Lebabon Pike
Nashville  TN  37214


Franchise Tax Board
ATTN  Bankruptcy
PO Box 2952
Sacramento  CA  95812
```

```
Glendale Water & Power
City of Glendale
PO Box 54162
Los Angeles   CA   90051


Global Crossing Tel Cable
255 Kenneth Dr
Rochester   NY   14623


Hi-Tech Gateway
1225 Brand Central Ave
Glendale   CA    91201


Hi-Tech Gateway   Inc
1225 Grand Central St
Glendale   CA   91201


Hi-Tech Gateway   Inc
1225 Brand Central Ave
Glendale   CA   91201


Hi-Tech Gateway   LLC
224 East Olive Ave
Suite 300
Burbank   CA   91502


Intec Billing
301 Perimeter Ctr  North
Suite 200
Atlanta   GA   30346


IRS
PO Box 21126
Philadelphia   PA   19114


Landmark Financial Corp
c/o Irwin Wittlin
15910 Ventura Blvd  11 Fl
Encino   CA   91436
```

```
Landmark Financial Corp
5600 Greenwood Plaza Blvd
Suite 350
Englewood  CO  80111


Landmark Financial Corporation
5600 Greendwood Plaza Blvd
Suite 350
Englewood  CO  80111


Los Angeles County Tax Collect
PO Box 54018
Los Angeles  CA  90054


MM Internet Inc
200 Oceangate
Suite 800
Long Beach  CA  90802


MPower Communications
P O  Box 60767
Los Angeles  CA  90060-0767


Nat'l City Commercial Capital
c/o Marshall F  Goldberg
21700 Oxnard St   #430
Woodland Hills  CA  91367


Nat'l City Commercial Capital
PO Box 931034
Cleveland  OH  44193


Net2Phone  Inc /IDT
520 Broad Street
Newark  NJ  07102


Neu Star  Inc
Loudoun Tech Center
46000 Center Oak Plaza
Sterling  VA  20166
```

```
O1 Communications  Inc
1515 K Street
Suite 100
Sacramento  CA  95814


Pac-West
PO Box 8219
Stockton  CA  95208


Pac-West
4210 Coronado Ave
Birmingham  AL  35204


Pac-West
4210 Coronado Ave
Stockton  CA  95208


Rocket Internetworking
PO Box 1301
Gardena  CA  90249


Solix
100 S  Jefferson Rd
Whippany  NJ  7987


Solix
PO Box 685
Parsippany  NJ  07054


Solix
30 Lanidex Plaza West
Parsippany  NJ  07054


Solix  Inc
100 S  Jefferson Rd
Whippany  NJ  07981


Sonic net  Inc
2260 Apollo Way
Santa Rosa  CA  95407
```

```
State of California
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento   CA   94280


Synchronized Assets/Comsolo LL
23679 Calabases Rd
#986
Calabasas   CA   91302


Telecom Professionals  Inc
5909 Northwest Expressway
Suite 101
Oklahoma City   OK   73132


Telepacific Communications
3166 Horseless Carriage Dr
Norco   CA   92860


Telepacific Communications
CABS Dept
PO Box 36430
Las Vegas   NV   89133


The Hartford
One Hartford Plaza
Hartford   CT   06155


U S  Collocation Services   LLC
601 Wilshire Blvd
Suite 900
Los Angeles   CA   90017


U S  Collocation   LLC
601 Wilshire Blvd
Suite 900
Los Angeles   CA   90017


U S  Colo   LLC
601 Wilshire Blvd
#900
Los Angeles   CA   90017
```

```
Verisign
Attn  Jackie Bauer
4501 Inteleco Loop SE
Lacey  WA  98503


Verisign
Jackie Bauer
4501 Intelco Loop SE
Lacey  WA  98503


Verisign
PO Box 849985
Dallas  TX  75284


VeriSign  Inc /TNS  Inc
4501 Intelco Loop SE
Lacey  WA  98503


Verizon 1280
PO Box 9688
Mission Hills  CA  91346


Verizon 34
500 Technology Drive
Suite 870
Weldon Springs  MO  63304


Verizon 34
500 Technology Dr
Suite 870
Weldon Springs  MO  63304


Verizon California
1320 North Court House Rd
Arlington  VA  22201


Verizon Directories
500 Technology Drive
Suite 870
Saint Charles  MO  63304
```

```
Verizon Interent Services  Inc
22001 Loudoun County Parkway
C1-3-502
Ashburn  VA   20147


Verizon New York
140 West Street
27th Floor
New York  NY   10007


Verizon Partner Services
600 Hidden Ridge
HAE03D40
Irving  TX   75038


Verizon Services  Corp
1320 North Court House Rd
Arlington  VA   22201


Verizon Wireless
6929 N  Lakewood Ave
MD5 4317I
Tulsa  OK   74117


Verizon Wireless
PO Box 9622
Mission Hills  CA   91346


Wells Fargo Bank
MAC T5601-012
PO Box 659700
San Antonio  TX   78286


HCI Inc
1806 Orange Tree Lane
Suite C
Redlands  CA   92375


Wilshire State Bank
Anil Sah
3200 Wilshire Blvd  5th Fl
Los Angeles  CA   90010
```

```
XConnect
505 White Plains Road
Suite 124
Tarrytown  NY  10591


XO Communications Services  In
13865 Sunrise Valley Dr
Herndon  VA  20171


Yoram Levy
PO Box 206313
Encino  CA  91426


Yoram Levy
P O Box 260313
Encino  CA  91426


Zhone Technologies
7001 Oakport Street
Oakland  CA  94621
```

| In re: | CHAPTER 11 |
|---|---|
| ConnectTo Communications, Inc.<br><br>Debtor(s) and<br>Debtors in Possession | CASE NUMBER: 2:10-bk-19227-VZ |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described **AMENDED MASTER MAILING LIST VERIFICATION PURSUANT TO LOCAL RULE 1007-2(d)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 26, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**US TRUSTEE (LA)**
Ustpregion16.la.ecf@usdoj.gov

☐                                                             Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐                                                             Service information continued on attached page.

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 26, 2010 | Brenda L. Campos | /s/ Brenda L. Campos |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                         F 9013-3.1