1   **SCOTT C. CLARKSON, ESQ.** SBN 143271
    **EVE A. MARSELLA, ESQ.** SBN 165797
2   **CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
    **CLARKSON, GORE & MARSELLA**
3   **A PROFESSIONAL LAW CORPORATION**
    **3424 Carson Street, Suite 350**
4   **Torrance, California 90503**
    **(310) 542-0111 Telephone**
5   **(310) 214-7254 Facsimile**
6
7   Attorneys for ConnectTo Communications, Inc.

8

9                    **UNITED STATES BANKRUPTCY COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11                       **LOS ANGELES DIVISION**

12  In Re                          | Case No.  2:10-bk-19227-VZ

13  **ConnectTo Communications, Inc.**   | Chapter 11
            **a Nevada corporation,**
14                                  | **STIPULATION ALLOWING PROOF OF**
                                    | **CLAIM FILED BY U.S. COLO, LLC, (CLAIM**
15      Debtor in Possession.       | **NO. 3), AND FIXING THE AMOUNT OF**
                                    | **CLAIM NO. 3**
16
17                                  | Hearing Date:
                                    | Date:  November 30, 2010
18                                  | Time:  10:30 a.m.
                                    | Ctrm:  1368
19

20
            This Stipulation Allowing Proof of Claim filed by U.S. Colo., LLC (Claim No. 3), Fixing
21
    the Amount of Claim No. 3, and Fixing the Cure Amount to Assume the Debtor's Lease with
22
    U.S. Colo., LLC is made and is entered into by and between Chapter 11 Debtor and Debtor in
23
    Possession, ConnectTo Communications, Inc., (the "Debtor") on one hand, and U.S. Colo.,
24
    LLC("U.S. Colo."), on the other hand, who filed Claim No. 3 in the amount of $30,500.00, by
25
    and through their respective undersigned counsel, to allow the claim referenced as Claim No. 3,
26
    and to fix the claim in the amount of $6,000.00 as a general unsecured claim.  This Stipulation is
27
    made with reference to the following facts:
28

1.     The Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on March 12, 2010. The Schedules and Statement of Financial Affairs were filed on March 12, 2010.  An Amended Schedule F was filed on March 26, 2010.

2.     On or around July 1, 2005, the Debtor and U.S. Colo. entered into a License Agreement (the "License Agreement"), for the use of telecom connection opportunities[1].

3.     The Debtor's Amended Schedule F lists U.S. Colo. as a creditor with a disputed claim in the amount of $24,920.00.

4.     This Court established claims bar date of August 1, 2010 by an "Order Granting Motion Setting Deadlines for Filing Proofs of Claim and Interest" entered on May 6, 2010.

5.     U.S. Colo., filed a Proof of Claim on April 19, 2010, in the amount of $30,500.00, claiming a security interest in "Equipment", Claim No. 3.

6.     The Debtor filed a Claim Objection ("Claim Objection") to U.S. Colo.'s, Claim No. 3 on October 29, 2010, with a hearing set for November 30, 2010.

7.     U.S. Colo., filed an Opposition to the Debtor's Claim Objection on November 15, 2010.

8.     The Parties agree that Claim No. 3 shall be allowed and fixed in the amount of $6,000.00.  This amount shall constitute the only pre-petition claim U.S. Colo. possesses against the Debtor, which also represents the cure amount necessary for the Debtor to assume the License Agreement with U.S. Colo.

Now, therefore, it is hereby stipulated and agreed by the Parties that Claim No. 3 shall be allowed and fixed in the amount of $6,000.00 as a general unsecured claim.  This shall constitute the only pre-petition claim U.S. Colo. possesses against the Debtor, and represents the cure amount necessary for the Debtor to assume the License Agreement with U.S. Colo.

**IT IS SO STIPULATED.**

---

[1] The Debtor rents a space from U.S. Colo. where it can easily connect with other telecom professionals.

1

2    Dated: November 23 2010                  **CLARKSON, GORE & MARSELLA, APLC**

3

4                                             By
                                                Scott C. Clarkson
5                                                Eve A. Marsella
                                                Christine M. Fitzgerald
6                                             Counsel to ConnectTo Communications, Inc.,
                                             Chapter 11 Debtor and Debtor in Possession
7

8

9    Dated: November 23, 2010                 **U.S. COLO., LLC**

10

11                                            By: _____
                                                Mark Wray
12                                            Counsel for U.S. Colo, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3     Stipulation Regarding Proof of Claim filed by U.S. Colo,
      LLC (Claim No. 3)

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described as **STIPULATION ALLOWING PROOF OF CLAIM FILED BY U.S. COLO, LLC (CLAIM NO. 3) AND FIXING THE AMOUNT OF CLAIM NO. 3** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 23 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **November 23, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 23, 2010 | Carla Benson | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 **F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST

## SECTION I

**SERVED VIA NEF**

### US TRUSTEE
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Dare Law    dare.law@usdoj.gov

### COUNSEL FOR DEBTOR
Scott C Clarkson    sclarkson@lawcgm.com
Christine M Fitzgerald    cfitzgerald@lawcgm.com
Eve A Marsella    emarsella@lawcgm.com

### COUNSEL FOR AT&T
Mark D Houle    mark.houle@pillsburylaw.com
Daviad Tabibian    david.tabibian@pillsburylaw.com

### COUNSEL FOR WILSHIRE STATE BANK
John H Choi    johnchoi@kpcylaw.com

### COUNSEL FOR LANDMARK FINANCIAL
Edward J. Miller    emiller@dfflaw.com

### OTHERS RECEIVING NEF
Sean Keshishyan    troxelllaw@dslextreme.com

## SECTION II

**Served via Overnight Mail**

### JUDGE
Vincent P. Zurzolo
255 E. Temple St. Suite 1360
Los Angeles, CA 90012

**Served via US Mail**

### DEBTOR
ConnectTo Communications, LLC
555 Riverdale, Suite A
Glendale, CA 91204

### COUNSEL FOR U.S. COLO, LLC
Law Office of Mark Wray
608 Lander St.
Reno, NV 89509

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                     **F 9013-3.1.PROOF.SERVICE**