**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for ConnectTo Communications, Inc.

FILED & ENTERED

DEC 08 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY speters    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>**ConnectTo Communications, Inc.**<br>        **a Nevada corporation,**<br><br>Debtor in Possession. | Case No.  2:10-bk-19227-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO DISALLOW CLAIM OF PNCEF, LLC DBA PNC EQUIPMENT FINANCE FKA NATIONAL CITY COMMERCIAL CAPITAL CO., LLC(CLAIM NO. 17)**<br><br>Date: November 30, 2010<br>Time: 11:00 a.m.<br>Courtroom: 1368 |

The objection to the claim of PNCEF, LLC dba Equipment Finance fka National City Commerical Capital Co., LLC, Claim No. 17, (the "Objection") filed by Chapter 11 Debtor and Debtor-in-Possession, ConnectTo Communications, Inc. (the "Debtor") came on for hearing at the above date, time and place.

The Court, having considered the Objection and all other papers and pleadings on file in this case, hereby

**ORDERS** as follows:

///

1   Order on Motion to Disallow Claim of NCC, Claim No. 17

1  The Debtor's objection to Claim No. 17 of PNCEF, LLC dba Equipment Finance fka
2 National City Commerical Capital Co., LLC, filed in the amount of $374,539.48, is granted.
3 Claim No. 17 is allowed as a general unsecured claim in the amount of $286,846.65, and
4 $87,692.83 disallowed in its entirety..

5 **IT IS SO ORDERED.**

6 ###

DATED: December 8, 2010

_____
United States Bankruptcy Judge

2  Order on Motion to Disallow Claim of NCC, Claim No. 17

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3424 Carson St., Suite 350, Torrance, CA 90503**

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION TO DISALLOW CLAIM OF PNCEF, LLC dba PNC EQIPMENT FINANCE fka NATIONAL CITY COMMERCIAL CAPITAL CO., LLC (CLAIM NO. 17)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Vincent P. Zurzolo
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

☐    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 3, 2010 | Brenda L. Campos | /s/ Brenda L. Campos |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

3    Order on Motion to Disallow Claim of NCC, Claim No. 17

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER GRANTING MOTION TO DISALLOW CLAIM OF PNCEF, LLC dba PNC EQUIPMENT FINANCE fka NATIONAL CITY COMMERCIAL CAPITAL CO., LLC (CLAIM NO. 17)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 3, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached service list**

☒  Service information continued on attached page

4   Order on Motion to Disallow Claim of NCC, Claim No. 17

## Service List

### Section I

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**COUNSEL FOR WILSHIRE STATE BANK**
John H Choi    johnchoi@kpcylaw.com

**US TRUSTEE**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Dare Law    dare.law@usdoj.gov

**OTHERS RECEIVING NEF**
Edward J. Miller   emiller@dfflaw.com
Daviad Tabibian   david.tabibian@pillsburylaw.com

**COUNSEL FOR DEBTOR**
Scott C Clarkson    sclarkson@lawcgm.com
Christine M Fitzgerald    cfitzgerald@lawcgm.com
Eve A Marsella    emarsella@lawcgm.com

**COUNSEL FOR AT&T**
Mark D Houle    mark.houle@pillsburylaw.com

### Section III

**TO BE SERVED BY THE LODGING PARTY VIA U.S. MAIL**

**DEBTOR**
ConnectTo Communications, LLC
555 Riverdale, Suite A
Glendale, CA 91204

**COUNSEL FOR PNCEF, LLC dba PNC EQUIPMENT fka NATIONAL CITY COMMERCIAL CAPITAL CO., LLC**
Lisa M. Moore, Senior Counsel
995 Dalton Ave.
Cincinnati, OH 45203

---

5  Order on Motion to Disallow Claim of NCC, Claim No. 17