**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for ConnectTo Communications, Inc.

FILED & ENTERED

DEC 13 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY speters   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>**ConnectTo Communications, Inc.**<br>**a Nevada corporation,**<br><br>Debtor in Possession. | Case No.  2:10-bk-19227-VZ<br><br>Chapter 11<br><br>**SCHEDULING ORDER REGARDING THE MOTION TO DISALLOW CLAIM OF CALIFORNIA PUBLIC UTILITIES COMMISSION(CLAIM NO. 23)**<br><br>Date: November 30, 2010<br>Time: 11:00 a.m.<br>Courtroom: 1368 |

The hearing on the Motion to Disallow Claim of the California Public Utilities Commission (the "Objection"), was held on November 30, 2010, at 11:00 a.m. in Courtroom 1368. Appearing for the Chapter 11 Debtor and Debtor in Possession, Drayage Express, Corp., (the Debtor") was Christine M. Fitzgerald, Esq., of Clarkson, Gore & Marsella, APLC. Appearing for the California Public Utilities Commission, (the "CPUC") was Peter G. Fairchild, Esq.  No other appearances were made.

The Court having reviewed the pleadings in the case, and noting the representations by counsel to the Court, hereby **ORDERS AS FOLLOWS**:

1. Discovery shall be completed by March 21, 2011.

1    Scheduling Order Regarding Motion to Disallow Claim of
California Public Utilities Commission, Claim No. 23

1    2. Mediation shall be completed by May 2, 2011.

2    3. The Hearing on the Objection is set for May 31, 2011 at 11:00 a.m.

3    4. The parties shall comply with Local Bankruptcy Rule 9013-1.

4    **IT IS SO ORDERED**

5    ###

DATED: December 13, 2010

_____
United States Bankruptcy Judge

2    Scheduling Order Regarding Motion to Disallow Claim of California Public Utilities Commission, Claim No. 23

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3424 Carson St., Suite 350, Torrance, CA 90503**

A true and correct copy of the foregoing document described **SCHEDULING ORDER REGARDING THE MOTION TO DISALLOW CLAIM OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CLAIM NO. 23)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Vincent P. Zurzolo
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

☐   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Claimant No. 23**
Peter Fairchild   peter.fairchild@cpuc.ca.gov

☐   Service information continued on attached page
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 3, 2010 | Brenda L. Campos | /s/  Brenda L. Campos |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3    Scheduling Order Regarding Motion to Disallow Claim of California Public Utilities Commission, Claim No. 23

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **SCHEDULING ORDER REGARDING THE MOTION TO DISALLOW CLAIM OF CALIFORNIA PUBLIC UTILITIES COMMISSION (CLAIM NO. 23)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 3, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

## Service List

**Section I**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**COUNSEL FOR WILSHIRE STATE BANK**
John H Choi    johnchoi@kpcylaw.com

**US TRUSTEE**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Dare Law    dare.law@usdoj.gov

**OTHERS RECEIVING NEF**
Edward J. Miller   emiller@dfflaw.com
Daviad Tabibian   david.tabibian@pillsburylaw.com

**COUNSEL FOR DEBTOR**
Scott C Clarkson    sclarkson@lawcgm.com
Christine M Fitzgerald    cfitzgerald@lawcgm.com
Eve A Marsella    emarsella@lawcgm.com

**COUNSEL FOR AT&T**
Mark D Houle    mark.houle@pillsburylaw.com

**Section III**

**TO BE SERVED BY THE LODGING PARTY VIA U.S. MAIL**

**DEBTOR**
ConnectTo Communications, LLC
555 Riverdale, Suite A
Glendale, CA 91204

**CLAIM NO. 23**
California Public Utilities Commission
Attn: Peter Fairchild
505 Van Ness Ave.
San Francisco, CA 94102