BARRY R. GORE, ESQ. SBN 143278
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A Professional Law Corporation
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone: (310) 542-0111
Facsimile: (310) 214-7254
Attorneys for ConnectTo Communications, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**ConnectTo Communications, Inc.**<br>    **a Nevada corporation,**<br><br>Debtor in Possession. | Case No. 2:10-bk-19227-VZ<br><br>Chapter 11<br><br>**NOTICE OF MOTION TO CONTINUE THE HEARING DATE ON THE DEBTOR'S DISCLOSURE STATEMENT AND PLAN IN LIEU OF NOTICE OF HEARING ON THE DISCLOSURE STATEMENT AND PLAN**<br><br>Date: February 1, 2011<br>Time: 11:00 a.m.<br>Ctrm: 1368<br><br><u>Current Hearing Date for Disclosure Statement:</u><br>Date: February 24, 2011<br>Time: 1:30 p.m.<br>Ctrm: 1368<br><br><u>Proposed Continued Hearing Date for Disclosure Statement:</u><br>Date: July 21, 2011<br>Time: 1:30 p.m.<br>Ctrm: 1368 |

**TO THE HONOROBLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, ALL KNOWN CREDITORS AND PARTIES-IN-INTEREST OF THE ABOVE-REFERENCED DEBTOR:**

---

1     Notice of Motion to Continue Hearing on Disclsoure
Statement and Plan

**PLEASE TAKE NOTICE** that hearing will be held February 1, 2011, at 11:00 a.m. before the Honorable Vincent Zurzolo, United States Bankruptcy Judge, in Courtroom 1368 of the above entitled Court located at 255 East Temple Street, Los Angeles, CA 90012 to consider the Debtor's Notice of Motion and Motion to Continue the Hearing Date on the Disclosure Statement and Plan in Lieu of Notice of Hearing on the Disclosure Statement and Plan (the "Motion").

ConnectoTo Communications, Inc., the Chapter 11 Debtor and Debtor in Possession ("Debtor"), hereby moves the Court for an Order, continuing the hearing date on the Debtor's Disclosure Statement and Plan. The Debtor seeks a continuance of approximately one hundred forty-seven (147) days to July 21, 2010 at 1:30 p.m. or the next earliest date available on the Court's calendar.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1, any party who wishes to oppose the Motion shall, not later than fourteen (14) days from the date of this notice, file with the Clerk of the Court and serve on the Debtor's counsel, in care of Christine M. Fitzgerald, Esq., SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE, A Professional Law Corporation, 3424 Carson Street, Suite 350, Torrance, CA 90503, a brief but complete written statement of all reasons in opposition to the Motion, an answering memorandum of points and authorities and authorities in support thereof and copies of all documentary evidence upon which the responding party intends to rely. Failure to file and serve written opposition to the Motion in the manner set forth above may be deemed to constitute consent to the relief requested in the Motion.

Dated: January 6, 2011

SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A Professional Law Corporation

By: /s/ Christine M. Fitzgerald
Christine M. Fitzgerald
Counsel to ConnectTo Communications
Chapter 11 Debtor and Debtor in Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **NOTICE OF MOTION TO CONTINUE THE HEARING DATE ON THE DEBTOR'S DISCLOSURE STATEMENT AND THE PLAN IN LIEU OF NOTICE OF HEARING ON THE DISCLOSURE STATEMENT AND PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 6, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **January 6, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 6, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 6, 2011 | Brenda L. Campos | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                        F 9013-3.1.PROOF.SERVICE

# SERVICE LIST

## SECTION I

### Served via NEF

**DEBTORS ATTORNEY**
Eve A Marsella    emarsella@lawcgm.com
Scott C Clarkson    sclarkson@lawcgm.com
Christine M Fitzgerald    cfitzgerald@lawcgm.com

**US TRUSTEE**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Dare Law    dare.law@usdoj.gov

**COUNSEL FOR AT&T**
Mark D Houle    mark.houle@pillsburylaw.com
David Tabibian    david.tabibian@pillsburylaw.com

**COUNSEL FOR WILSHIRE STATE BANK**
John H Choi    johnchoi@kpcylaw.com

**COUNSEL FOR WELLS FARGO BANK**
Edward J Miller    emiller@dfflaw.com

## SECTION II

### Served via US Mail

**JUDGE**
Honorable Vincent P. Zurzolo
255 E. Temple St. Suite 1360
Los Angeles, CA 90012

**DEBTOR**
ConnectTo Communications, LLC
555 Riverdale, Suite A
Glendale, CA 91204

**LANDLORD**
Yoram Levy
dba Riverdale Business Center
P.O. Box 260313
Encino, CA 91426

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                 **F 9013-3.1.PROOF.SERVICE**

**Served via US Mail continued**

**TOP 20 CREDITORS**
Araksiya Nadjarian
555 Riverside Dr. Suite A
Glendale, CA 91204

Equant LLC
Yakimanskaya nab., 4
Building 4
Moscow Russia 119180

Global Crossing Tel Cable
Attn: David Gagliardi
225 Kenneth Dr.
Rochester, NY 14623

Cedar Point
Attn: Joseph G. Santiago/Corp. Controller
16 Route 111 Building 3
Derry, NH 03038

Solix
Attn: Thomas Carroll
30 Lanidex Plaza West
P.O. Box 685
Parsippany, NJ 07054

U.S. Collocation, LLC
601 Wilshire Blvd. Suite 900
Los Angeles, CA 90017

Emdeon Business Services
Attn: Bill Roberts
3055 Lebanon Pike
Nashville, TN 37214

Ethos
Attn: Josh Ploude
728 Cypress Ave
Hermosa Beach, CA 90254

Verizon Business
Attn: Natalie Bannister
6929 N. Lakewood Ave. MD5.4317I
Tulsa, OK 74117

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                      F 9013-3.1.PROOF.SERVICE

**Served via US Mail continued**
East West Bank
Attn: Doug Krause Agent for Service of Process
135 N. Los Robles Ave 7th Floor
Pasadena, CA 91101

Verizon Business
Attn: Stephanie Dunn/Bankruptcy Dept.
500 Technology Dr. Suite 870
Weldon Springs, MO 63304

Verizon
William M. Vermette
Assistant General Counsel
22001 Loudoun County Parkway
E1-3-115
Ashburn, VA 20149

Pac-West
Attn: Pauline Wickstrom
4210 Coronado Ave.
Stockton, CA 95204

Billsoft Services
Attn: Joe Wolf
10100 W. 87th St. Suite 200
Overland Park, KS 66212

Rocket Internetworking
Attn: Brian Hinds
P.O. Box 1301
Gardena, CA 90249

MM Internet
Attn: Brian Hinds
200 Oceangate Suite 800
Long Beach, CA 90802

Check-O-Matic
P.O. Box 2141
Monroe, NY 10949

TelePacific Communications
MPower Communicatios
Attn: Erich Everbach
515 S. Flower St. 4th Floor
Los Angeles, CA 90071

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

**Served via US Mail Continued**
Verisign
Attn: Jackie Bauer
4501 Intelco Loop SE
Lacey, WA 98503

HCI Inc.
1806 Orange Tree Lane Suite C
Redlands, CA 92375

**SECURED CREDITORS**
Landmark Financial Corp.
c/o Irwin Wittlin
Hemar Rousso & Heald LLP
15910 Ventura Blvd. 12th Floor
Encino, CA 91436

Nat'l City Commercial Capital
c/o Marshall F. Goldberg
2177 Oxnard St Suite 430
Woodland Hills, CA 91367

Nat'l City Commercial Capital
P.O. Box 931034
Cleveland, OH 44193

**OTHER CREDITORS**
Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

L.A. County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

State of California
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

**Served via US Mail Continued**
Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Arbinet
75 Broad St. 20th Floor
New York, NY 10004

Billstream LLC
P.O. Box 24092
Oklahoma, OK 73156

Blue Cross of California
One Wellpoint Way
Thousand Oaks, Ca 91362

Brinks Home Security
P.O. Box 660418
Dallas, TX 75266

Broadvox
1950 N. Stemmons Fwy #3031
Dallas, TX 75207

Intec Billing
301 Perimeter Ctr. North Suite 200
Atlanta, GA 30346

Net2Phone Inc
520 Broad St
Newark, NJ 07102

Neu Star Inc
Loudoun Tech Ctr
46000 Center Oak Plaza
Sterling, VA 20166

01 Communications
1515 K Street Suite 100
Sacramento, CA 95814

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                          F 9013-3.1.PROOF.SERVICE

**Served via US Mail Continued**
Sonic Net
2260 Apollo Way
Santa Rosa, CA 95407

Synchronized Assets/Comsolo LL
23679 Calabases Rd. #986
Calabasas, CA 91302

Telecom Professionals
5909 Northwest Expressway  Suite 101
Oklahoma City, OK 73132

The Hartford
One Hartford Plaza
Hartford, CT 06155

Xconnect
505 White Plains Road  Suite 124
Tarrytown, NY 10591

XO Communications
13865 Sunrise Valley Dr
Herndon, VA 20171

Zhone Technologies
7001 Oakport St
Oakland, CA 94621

## SECTION III

**Served via E-Mail**

>**Creditor**
>Hi-Tech Gateway
>armen@hi-teck.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 F 9013-3.1.PROOF.SERVICE