1  BARRY R. GORE, ESQ. SBN 143278
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
2  SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A Professional Law Corporation
3  3424 Carson Street, Suite 350
Torrance, California 90503
4  Telephone:  (310) 542-0111
Facsimile:   (310) 214-7254

5

6  [Proposed] Counsel for ConnectTo Communications, Inc.

7

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **LOS ANGELES DIVISION**

11 | In Re | Case No.  2:10-bk-19227-VZ
12 | | Chapter 11
**ConnectTo Communications, Inc.**
13 |        **a Nevada corporation,** | **STIPULATION TO CONTINUE HEARING ON DEBTOR'S DISCLOSURE STATEMENT AND PLAN**
14 | Debtor in Possession. |
15 | | Current Hearing Date:
16 | | Date:  February 24, 2011
Time:  1:30 p.m.
17 | | Ctrm:  1368
18 | | Proposed Continued Hearing Date:
Date:  May 26, 2011
19 | | Time:  11:00 a.m.
Ctrm:  1368
20

21

22       This stipulation ("Stipulation") is entered into by and between Chapter 11 Debtor and

23  Debtor in Possession, ConnectTo Communications, Inc., (the "Debtor") and secured creditor

24  Wells Fargo Bank, N.A. ("WFB"), secured creditor Wilshire State Bank ("WSB"), Debtor's

25  largest unsecured creditor Pacific Bell Telephone Company d/b/a AT&T California ("AT&T"),

26  and the California Public Utilities Commission (the "CPUC"), with reference to the following:

27  ///

28

1. The Debtor, all of its major secured and unsecured creditors have stipulated to a continuance of the Debtor's Disclosure Statement and Plan Hearing.  As more fully set forth below, the Debtor is still resolving its claims with the CPUC, and the Debtor's ability to reorganize hinges on the resolution of the CPUC claims.

2. On March 12, 2010, the Debtor filed a petition for relief under the Title 11 of the United State Code (the "Bankruptcy Code").

3. On May 14, 2010, the Court entered an order approving the Debtor's Motion for Use of WFB's and WSB's Cash Collateral through September 30, 2010.

4. On My 11, 2010, the Court entered an order setting the hearing for the Debtor's Disclsoure Statement and Plan for February 24, 2011 at 1:30 p.m.

5. On November 2, 1010, the Court entered an order approving the Debtor's Motion for Use of WFB's and WSB's Cash Collateral through February 28, 2011.

6. On October 6, 2010, the CPUC filed a proof of claim in the amount of $561,663.00, Claim No. 23.  The Debtor's disputes the CPUC Claim and contends that, instead, it may be owed a reimbursement by the CPUC.  The CPUC's basis for its proof of claim is that the Debtor was overpaid prior reimbursements.  In the normal course of its business, the Debtor submits claims to the CPUC identifying how many Lifeline customers it has.  The CPUC then verifies this information with a third party provider.  The number of Lifeline customers submitted in the Debtor's claims to the CPUC does not match the number of customers from the third party provider.  Accordingly, the Debtor is in the process of providing evidence to the CPUC for each customer to demonstrate that the customer is in fact a Lifeline customer.  The Debtor has over thousands of Lifeline customers and the supporting documentation is very voluminous.

7. On October 29, 2010, the Debtor filed an objection to the claim of the CPUC, Claim No. 23 (the "Claim Objection").  On or around November 30, 2010, the Debtor's Motion to Disallow the CPUC's proof of claim, Claim No. 23 came for hearing and

parties submitted dates to the Court for discovery cutoff, mediation cutoff, and a continued hearing on the claim objection. Pursuant to a scheduling order entered by the Court on December 17, 2010, the Debtor and the CPUC are to complete discovery by March 21, 2011, complete mediation by May 2, 2011, and a hearing on the claim objection is set for May 31, 2011.

8. The CPUC is a governmental agency that regulates among other things, telecommunications providers, and reimbursement to telecommunications providers under the California Lifeline Program ("Lifeline Program")[1], as administered pursuant to General Order 153. General Order 153 is the specific body of law which governs state reimbursements to telecommunication providers who have Lifeline customers.

9. The Debtor's customers are primarily Lifeline customers and a substantial portion of their business is subsidized through federal and state reimbursements. The Claim Objection addresses state reimbursements from the CPUC that span almost two (2) years, from November 2007 to June 2009. The evidence and documents supporting the Debtor's Claim Objection are extremely voluminous involving over thousands of the Debtor's Lifeline customers. Moreover, resolution of all the underlying issues is intricately related to application and interpretation of General Order 153.

10. The CPUC is requesting the Debtor provide evidence of conversion and connection charges, charged to its customers for the applicable time period, in order to receive reimbursement for those charges. The Debtor is in the process of providing copies of all invoices sent to its thousands of customers evidencing the connection and conversion charges were actually billed to the its customers.

11. The Debtor and the CPUC have been in ongoing communication since September 2010 attempting to resolve these issues.

---

[1] The California Lifeline Program is a program designed to provide basic home service to low income customers.

Stipulation to Continue Hearing on Debtor's Disclsoure
Statement and Plan

12. On November 2, 2010, the Debtor and the CPUC met in San Francisco, California to
further discuss and identify the outstanding issues with the Debtor's CPUC Claims.

13. Since the meeting in San Francisco, the Debtor has been working to gather and
prepare the thousands of documents needed to resolve the CPUC's issues with the
Debtor's CPUC Claims.  The Debtor is essentially preparing a forensic accounting for
the two year period to substantiate the reimbursements it received from the CPUC.

14. The Debtor has submitted documentation regarding its basis for reimbursement for
certain time periods to the CPUC for review. The CPUC has provided its review and
analysis of this documentation to the Debtor, and the parties are currently requesting
verification from the third party, as to the number of the Debtor's approved Lifeline
customers.

15. Through recent communication the Debtor and the CPUC have narrowed the issues
and believe they can successfully resolve their claims in the near future.

16. Resolution of the Debtor's CPUC Claims will have a significant impact on the
Debtor's prospects of reorganization.  The Debtor's ability to reorganize hinges on
the result of the resolution of the CPUC Claims.  If the resolution of the CPUC claims
is unfavorable to the Debtor, the Debtor will not be able to reorganize.

17. As the Debtor and the CPUC have not completed their review and analysis of the
CPUC claims it would be premature to prepare and file a disclosure statement and
plan at this time.

18. The Debtor is current on its post petition obligations, and continuing the hearing on
the Disclosure Statement and Plan will not prejudice the Debtor's creditors.  The
Debtor's major secured and unsecured creditors have agreed to the continuance.

19. The parties believe it will be in their best interests, the best interest of the Debtor's
bankruptcy estate, and the interest of judicial economy for the hearing date on the
Debtor's Disclosure Statement and Plan to be continued for approximately ninety
(90) days.

1  ///

2  ///

3      20. In light of the foregoing, the parties further believe that cause exists to continue the

4      hearing on the Disclosure Statement and Plan approximately ninety (90) days to the

5      first available date on the Court's calendar on or after May 26, 2011.

6      **NOW THEREFORE**, in consideration of the foregoing recitals, the Debtor and the

7  CPUC submit to the Court the following stipulation:

8      The Debtor, WFB, WSB, AT&T, and the CPUC hereby stipulate and agree through their

9  respective undersigned counsel to continue the February 24, 2011 hearing on the Debtor's

10 Disclosure Statement and Plan for approximately ninety (90) days to the first available date on

11 the Court's calendar on or after May 26, 2011, and jointly they respectfully request the Court to

12 approve such continuance.

13     **IT IS SO STIPULATED.**

14 Dated: January 26, 2011              SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
15                                       A Professional Law Corporation

16                                       By
17                                          Christine M. Fitzgerald
18                                          [Proposed] Counsel to ConnectTo Communications,
                                            Inc., Chapter 11 Debtor and Debtor in Possession

19

20 Dated: January 24, 2011              WELLS FARGO BANK, N.A.

21                                       By:
22                                          Edward J. Miller
23                                          Attorney for Secured Creditor,
                                            Wells Fargo Bank, N.A.

24

25 Dated: January __, 2011              WILSHIRE STATE BANK

26

27                                       By:
                                            John Choi
28                                          Attorney for Secured Creditor,

                        5    Stipulation to Continue Hearing on Debtor's Disclosure
                             Statement and Plan

1  ///

2  ///

3      20. In light of the foregoing, the parties further believe that cause exists to continue the

4          hearing on the Disclosure Statement and Plan approximately ninety (90) days to the

5          first available date on the Court's calendar on or after May 26, 2011.

6      **NOW THEREFORE**, in consideration of the foregoing recitals, the Debtor and the

7  CPUC submit to the Court the following stipulation:

8      The Debtor, WFB, WSB, AT&T, and the CPUC hereby stipulate and agree through their

9  respective undersigned counsel to continue the February 24, 2011 hearing on the Debtor's

10  Disclosure Statement and Plan for approximately ninety (90) days to the first available date on

11  the Court's calendar on or after May 26, 2011, and jointly they respectfully request the Court to

12  approve such continuance.

13      **IT IS SO STIPULATED.**

14  Dated: January ___, 2011          SMITH I CAMPBELL I CLIFFORD I KEARNEY I GORE

15                                    A Professional Law Corporation

16                                    By:_____

17                                         Christine M. Fitzgerald
                                          [Proposed] Counsel to ConnectTo Communications,
18                                        Inc., Chapter 11 Debtor and Debtor in Possession

19

20  Dated: January ___, 2011          WELLS FARGO BANK, N.A.

21

22                                    By: _____
                                           Edward J. Miller
                                          Attorney for Secured Creditor,
23                                        Wells Fargo Bank, N.A.

24

25  Dated: January 25, 2011           WILSHIRE STATE BANK

26

27                                    By: _____

28                                         John Choi
                                          Attorney for Secured Creditor,

                                    5    Stipulation to Continue Hearing on Debtor's Disclsoure
                                         Statement and Plan

1

2

Wilshire State Bank

3   Dated: January 26, 2011

PACIFIC BELL TELEPHONE COMPANY
D/B/A/ AT&T CALIFORNIA

4

5   By: _____
Mark D. Houle

6   Counsel for Pacific Bell Telephone Company d/b/a/
AT&T California

7

8   Dated: January __, 2011

CALIFORNIA PUBLIC UTILITIES COMMISSION

9

10   By: _____
Peter G. Fairchld

11   Attorney for the California Public Utilities
Commission

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6   Stipulation to Continue Hearing on Debtor's Disclsoure
Statement and Plan

1

2

3   Dated: January ___, 2011

4

5

6

7

8   Dated: January 26, 2011

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wilshire State Bank

PACIFIC BELL TELEPHONE COMPANY
D/B/A/ AT&T CALIFORNIA

By: _____
    Mark D. Houle
    Counsel for Pacific Bell Telephone Company d/b/a/
    AT&T California

CALIFORNIA PUBLIC UTILITIES COMMISSION

By: _____
    Peter G. Fairchld
    Attorney for the California Public Utilities
    Commission

6   Stipulation to Continue Hearing on Debtor's Disclsoure
    Statement and Plan

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE HEARING ON DEBTOR'S DISCLOSURE STATEMENT AND PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 26, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **January 26, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 26, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 26, 2011 | Carla Benson | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                     **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**SECTION I**
**SERVED VIA NEF**

**DEBTORS ATTORNEY**
Eve A Marsella     emarsella@lawcgm.com
Scott C Clarkson     sclarkson@lawcgm.com
Christine M Fitzgerald     cfitzgerald@lawcgm.com

**US TRUSTEE**
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Dare Law     dare.law@usdoj.gov

**COUNSEL FOR AT&T**
Mark D Houle     mark.houle@pillsburylaw.com
David Tabibian     david.tabibian@pillsburylaw.com

**COUNSEL FOR WILSHIRE STATE BANK**
John H Choi     johnchoi@kpcylaw.com

**COUNSEL FOR WELLS FARGO BANK**
Edward J Miller     emiller@dfflaw.com

**SECTION II**
**SERVED VIA US Mail**

**JUDGE**
Honorable Vincent P. Zurzolo
255 E. Temple St. Suite 1360
Los Angeles, CA 90012

**DEBTOR**
ConnectTo Communications, LLC
555 Riverdale, Suite A
Glendale, CA 91204

**LANDLORD**
Yoram Levy
dba Riverdale Business Center
P.O. Box 260313
Encino, CA 91426

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9013-3.1.PROOF.SERVICE**

**SERVED VIA US Mail continued**

**TOP 20 CREDITORS**
Araksiya Nadjarian
555 Riverdale Dr. Suite A
Glendale, CA 91204

Equant LLC
Yakimanskaya nab., 4
Building 4
Moscow Russia 119180

Global Crossing Tel Cable
Attn: David Gagliardi
225 Kenneth Dr.
Rochester, NY 14623

Cedar Point
Attn: Joseph G. Santiago/Corp. Controller
16 Route 111 Building 3
Derry, NH 03038

Solix/Attn: Thomas Carroll
30 Lanidex Plaza West
P.O. Box 685
Parsippany, NJ 07054

U.S. Collocation, LLC
601 Wilshire Blvd. Suite 900
Los Angeles, CA 90017

Emdeon Business Services
Attn: Bill Roberts
3055 Lebanon Pike
Nashville, TN 37214

Ethos
Attn: Josh Ploude
728 Cypress Ave
Hermosa Beach, CA 90254

Verizon Business
Attn: Natalie Bannister
6929 N. Lakewood Ave.  MD5.43171
Tulsa, OK 74117

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9013-3.1.PROOF.SERVICE**

**SERVED VIA US Mail continued**

East West Bank
Attn: Doug Krause Agent for Service of Process
135 N. Los Robles Ave 7th Floor
Pasadena, CA 91101

Verizon Business
Attn: Stephanie Dunn/Bankruptcy Dept.
500 Technology Dr. Suite 870
Weldon Springs, MO 63304

Verizon
William M. Vermette
Assistant General Counsel
22001 Loudoun County Parkway
E1-3-115
Ashburn, VA  20149

Pac-West
Attn: Pauline Wickstrom
4210 Coronado Ave.
Stockton, CA 95204

Billsoft Services
Attn: Joe Wolf
10100 W. 87th St.  Suite 200
Overland Park, KS 66212

Rocket Internetworking
Attn: Brian Hinds
P.O. Box 1301
Gardena, CA 90249

MM Internet
Attn: Brian Hinds
200 Oceangate Suite 800
Long Beach, CA 90802

Check-O-Matic
P.O. Box 2141
Monroe, NY 10949

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                  **F 9013-3.1.PROOF.SERVICE**

**Served via US Mail Continued**
TelePacific Communications
MPower Communicatios
Attn: Erich Everbach
515 S. Flower St. 4th Floor
Los Angeles, CA 90071

Verisign
Attn: Jackie Bauer
4501 Intelco Loop SE
Lacey, WA 98503

HCI Inc.
1806 Orange Tree Lane Suite C
Redlands, CA 92375

**SECURED CREDITORS**
Landmark Financial Corp.
c/o Irwin Wittlin
Hemar Rousso & Heald LLP
15910 Ventura Blvd. 12th Floor
Encino, CA 91436

Nat'l City Commercial Capital
c/o Marshall F. Goldberg
2177 Oxnard St Suite 430
Woodland Hills, CA 91367

Nat'l City Commercial Capital
P.O. Box 931034
Cleveland, OH 44193

**OTHER CREDITORS**
Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

L.A. County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                    **F 9013-3.1.PROOF.SERVICE**

**SERVED VIA  US Mail Continued**
State of California
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036

California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Arbinet
75 Broad St. 20th Floor
New York, NY  10004

Billstream LLC
P.O. Box 24092
Oklahoma, OK 73156

Blue Cross of California
One Wellpoint Way
Thousand Oaks, Ca   91362

Brinks Home Security
P.O. Box 660418
Dallas, TX 75266

Broadvox
1950 N. Stemmons Fwy #3031
Dallas, TX 75207

Intec Billing
301 Perimeter Ctr. North Suite 200
Atlanta, GA 30346

Net2Phone Inc
520 Broad St
Newark, NJ 07102

Neu Star Inc
Loudoun Tech Ctr
46000 Center Oak Plaza
Sterling, VA 20166

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

**SERVED VIA US Mail Continued**
01 Communications
1515 K Street Suite 100
Sacramento, CA 95814

Sonic Net
2260 Apollo Way
Santa Rosa, CA 95407

Synchronized Assets/Comsolo LL
23679 Calabases Rd. #986
Calabasas, CA 91302

Telecom Professionals
5909 Northwest Expressway Suite 101
Oklahoma City, OK 73132

The Hartford
One Hartford Plaza
Hartford, CT 06155

Xconnect
505 White Plains Road Suite 124
Tarrytown, NY 10591

XO Communications
13865 Sunrise Valley Dr
Herndon, VA 20171

Zhone Technologies
7001 Oakport St
Oakland, CA 94621

## SECTION III

### Served via E-Mail

### Creditor
Hi-Tech Gateway
armen@hi-teck.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                          **F 9013-3.1.PROOF.SERVICE**