| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Harvey I. Saferstein, Esq. (SBN 49750)<br>Nada I. Shamonki, Esq. (SBN 205359)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.<br>2029 Century Park East, Suite 1370<br>Los Angeles, CA 90067<br>Ph: 310-586-3200; Fax: 310-586-3202<br>Email: hsaferstein@mintz.com; nshamonki@mintz.com<br>*Attorney for* Creditor Universal Service Administrative Company | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>CONNECTTO COMMUNICATIONS, INC.<br><br><br><br>Debtor. | CHAPTER 11<br>CASE NUMBER 2:10-bk-19227 VZ<br>DATE: 4/5/11<br>TIME: 11:00 a.m.<br>COURTROOM: 1360 |
|---|---|

**NOTICE OF MOTION FOR:**

MOTION BY UNIVERSAL SERVICE ADMINISTRATIVE COMPANY FOR ENTRY OF AN ORDER (I) ALLOWING AND DIRECTING IMMEDIATE PAYMENT OF UNVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPELLING COMPLIANCE WITH REPORTING REQUIREMENTS

*(Specify name of Motion)*

1. TO: ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:** April 5, 2011 | **Time:** 11:00 a.m. | **Courtroom:** 1368 | **Floor:** |
|---|---|---|---|
| ☒ **255 East Temple Street, Los Angeles** | | ☐ **411 West Fourth Street, Santa Ana** | |
| ☐ **21041 Burbank Boulevard, Woodland Hills** | | ☐ **1415 State Street, Santa Barbara** | |
| ☐ **3420 Twelfth Street, Riverside** | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 2/28/11

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
*Law Firm Name*

By: /s/ Nada I. Shamonki

Name: Nada I. Shamonki
*Attorney for Movant*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com

Notice of Motion (with Hearing) - *Page 2*                                                                                            **F 9013-1.1**

| In re<br>CONNECTTO COMMUNICATIONS, INC.<br><br>                                                                              Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:10-bk-19227 VZ |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2029 Century Park East, Suite 1370, Los Angeles, CA 90067.


A true and correct copy of the foregoing document described as  NOTICE OF MOTION FOR:
MOTION BY UNIVERSAL SERVICE ADMINISTRATIVE COMPANY FOR ENTRY
OF AN ORDER (I) ALLOWING AND DIRECTING IMMEDIATE PAYMENT OF
UNVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND
(II) COMPELLING COMPLIANCE WITH REPORTING REQUIREMENTS             will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 28, 2011          I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On February 28, 2011          I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chambers, Hon. Vincent P. Zurzolo
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 28, 2011 | Jazmin Leon | /s/ Jazmin Leon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                        **F 9013-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com

Notice of Motion (with Hearing) - *Page 3*                             F 9013-1.1

| In re<br>CONNECTTO COMMUNICATIONS, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:10-bk-19227 VZ |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**VIA NEF:**

Gina M Barbieri on behalf of Creditor Universal Service Administrative Company
gbarbieri@mirickoconnell.com

John H Choi on behalf of Interested Party Courtesy NEF
johnchoi@kpcylaw.com

Scott C Clarkson on behalf of Debtor ConnectTo Communications, Inc.
sclarkson@lawcgm.com

Christine E Devine on behalf of Creditor Universal Service Administrative Company
cdevine@mirickoconnell.com

Christine M Fitzgerald on behalf of Debtor ConnectTo Communications, Inc.
cfitzgerald@scckg.com

Mark D Houle on behalf of Creditor AT&T California
mark.houle@pillsburylaw.com

Sean Keshishyan on behalf of Creditor HI-TECH GATEWAY, INC.
troxelllaw@dslextreme.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Eve A Marsella on behalf of Debtor ConnectTo Communications, Inc.
emarsella@lawcgm.com

Edward J Miller on behalf of Creditor Wells Fargo Bank
emiller@dfflaw.com

Nada I Shamonki on behalf of Creditor Universal Service Administrative Company
nshamonki@mintz.com, docketing@mintz.com

David Tabibian on behalf of Creditor AT&T California
david.tabibian@pillsburylaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Mark Wray on behalf of Creditor U.S. Colo, LLC
mwray@markwraylaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                F 9013-1.1

American LegalNet, Inc.
www.Forms*Workflow*.com

**VIA U.S. MAIL:**

| | | |
|---|---|---|
| AT&T<br>722 N. Broadway, 11th Floor<br>Milwaukee, WI 53202-4303 | AT&T<br>Dave Egan<br>722 N. Broadway, 11th Floor<br>Milwaukee, WI 53202-4303 | ConnectTo Communications, Inc.<br>555 Riverdale Dr., Suite A<br>Glendale, CA 91204-1480 |
| Abraham Setanyan<br>6930 Bluebell Avenue<br>North Hollywood, CA 91605-5129 | Araksiya Nadjarian<br>555 Riverdale Dr., Suite A<br>Glendale, CA 91204-1480 | Aram Ter-Matriosyan<br>555 Riverdale Dr., Suite A<br>Glendale, CA 91204-1480 |
| Arbinet<br>75 Broad Street, 20th Floor<br>New York, NY 10004-3218 | Arev Keshishyan<br>1334 Ruberta Avenue<br>Glendale, CA 91201-1410 | Armen Gevorgyan<br>1343 Dowerwood<br>Glendale, CA 91207-1148 |
| Billsoft Services<br>10100 West 87th Street, Suite 200<br>Overland Park, KS 66212-4628 | Brinks-Broadview<br>8880 Esters Blvd.<br>Irving, TX 75063-2406 | Cedar Point<br>P.O. Box 83298<br>Woodburn, MA 1813 |
| Check-o-matic<br>P.O. Box 2414<br>Monroe, NY 10949-7414 | Arsen Manukyan<br>7713 Westland Avenue<br>North Hollywood, CA 91605-2236 | Blue Cross of California<br>One WellPoint Way<br>Thousand Oaks, CA 91362-3893 |
| Broadvox<br>1950 N. Stemmons Freeway Suite 3031<br>Dallas, TX 75207-3182 | Cedar Point Communications<br>16 Route 111, Building 3<br>Derry, NH 03038-4142 | Check-o-matic<br>P.O. Box 2141<br>Monroe, NY 10949-7141 |
| BillStream, LLC<br>P.O. Box 24092<br>Oklahoma, OK 73124 | Brinks<br>Home Security<br>P.O. Box 660418<br>Dallas, TX 75266-0418 | Cedar Point<br>16 Route 111, Building 3<br>Derry, NH 03038-4142 |
| Check-o-matic<br>13 DA Wider Blvd., #101<br>Monroe, NY 10950-6124 | Craig Barbarosh<br>725 South Figueroa St. Suite 2800<br>Los Angeles, CA 90017 | ETHOS<br>728 Cypress Ave<br>Hermosa Beach, CA 90254-4646 |
| East West Bank<br>135 N. Los Robles Ave 7th Floor<br>Pasadena, CA 91101-4525 | East West Bank<br>9300 Flair Drive, 6th Floor<br>El Monte, CA 91731-2851 | Emily Lynn Saiet<br>380 S. Euclid, Apt. 106<br>Pasadena, CA 91101-3160 |
| Express Bill/Emdeon Business<br>3055 Lebabon Pike<br>Nashville, TN 37214-2230 | Global Crossing Tel Cable<br>255 Kenneth Dr.<br>Rochester, NY 14623 | Helen Planks<br>P.O. Box 94281<br>Glendale, CA 91206 |

Inernal Revenue Service
Centralized Insolvency Operations
Po Box 21126
Philadelphia, PA 19114-0326

Kristine Torosyan
118 B. Palmer Avenue, Apt. 18
Glendale, CA 91205-3137

Landmark Financial Corporation
5600 Greenwood Plaza Blvd.
Suite 350
Englewood, CO 80111-2320

MPower Communications
P.O. Box 60767
Los Angeles, CA 90060-0767

Net2Phone, Inc./IDT
520 Broad Street
Newark, NJ 07102-3195

Neu Star, Inc.
Loudoun Tech Center
46000 Center Oak Plaza
Sterling, VA 20166-6579

01 Communications, Inc.
1515 K Street, Suite 100
Sacramento, CA 95814-4052

Emdeon Business Services
3055 Leanon Pike
Nashville, TN 37214-2230

Equant LLC
Yakimanskaya nab.
4 Bldg. 4
Moscow, Russia 119180

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Grachya Oganyan
1125 San Rafael Avenue Apt. 5
Glendale, CA 91202-2468

Intec Billing
301 Perimeter Ctr. North Suite 200
Atlanta, GA 30346-2432

Landmark Financial Corp
c/o Irwin Wittlin
15910 Ventura Blvd, 11 Floor
Encino, CA 91436-2802

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Nat'l City Commercial Capital
P.O. Box 931034
Cleveland, OH 44193-0004

Emdeon Business Services
P.O. Box 32752
Hartford, CT 6150

Ethos Communications Group, Inc.
728 Cypress Ave.
Hermosa Beach, CA 90254-4646

Glendale Water &
Power City of Glendale
P.O. Box 54162
Los Angeles, CA 90054-0162

HCI Inc.
1806 Orange Tree Lane Suite C
Redlands, CA 92374-4575

Hi-Tech Gateway, Inc.
1225 Grand Central St.
Glendale, CA 91201-2425

Hi-Tech Gateway LLC
224 East Olive Ave., Suite 300
Burbank, CA 91502

Karen Mkrtchyan
1430 Dixon, Apt. 5
Glendale, CA 91205-4355

MM Internet Inc.
200 Oceangate, Suite 800
Long Beach, CA 90802-4341

Nat'l City Commercial Capital
c/o Marshall F. Goldberg
21700 Oxnard St., #430
Woodland Hills, CA 91367-3665

Pac-West
4210 Coronado Ave
Birmingham, AL 35204

Richard Gilbert Gosselin, Jr.
2505 N. Keystone Street
Burbank, CA 91504-2124

Solix
100 S. Jefferson Rd.
Whippany, NJ 07981-1009

Sonic.net, Inc.
2260 Apollo Way
Santa Rosa, CA 95407-9113

Telecom Professionals, Inc.
5909 Northwest Expressway Suite 101
Oklahoma City, OK 73132-5103

Telepacific Communications
CABS Dept.
P.O. Box 36430
Las Vegas, NV 89133-6430

| | | |
|---|---|---|
| U.S. Collocation, LLC<br>601 Wilshire Blvd., Suite 900<br>Los Angeles, CA 90017-3207 | VeriSign, Inc./TNS, Inc.<br>4501 Intelco Loop SE<br>Lacey, WA 98503-5941 | Verisign<br>P.O. Box 849985<br>Dallas, TX 75284-9985 |
| Rocket Internetworking<br>P.O. Box 1301<br>Gardena, CA 90249-0301 | Solix<br>30 Lanidex Plaza<br>West Parsippany, NJ 07054-2717 | State of California<br>Bankruptcy Group/ MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Telepacific Communications<br>3166 Horseless Carriage Dr.<br>Norco, CA 92860-3612 | The Hartford<br>One Hartford Plaza<br>Hartford, CT 06155-0001 | U.S. Colo., LLC<br>601 Wilshire Blvd., #900<br>Los Angeles, CA 90017-3207 |
| Verisign<br>Attn: Jackie Bauer<br>4501 Inteleco Loop SE<br>Lacey, WA 98503-5941 | Verizon 1280<br>P.O. Box 9688<br>Mission Hills, CA 91346-9688 | Pac-West<br>P.O. Box 8219<br>Stockton, CA 95208-0219 |
| Serzhik Torosyan<br>118 E. Palmer Avenue, Apt. 18<br>Glendale, CA 91205-3137 | Solix<br>P.O. Box 685<br>Parsippany, NJ 07054-0685 | Synchronized Assets/Comsolo LL<br>23679 Calabases Rd. #986<br>Calabasas, CA 91302-1502 |
| Telepacific Communications<br>515 S. Flower St., 4th Floor<br>Los Angeles, CA 90071-2201 | U.S. Collocation Services, LLC<br>601 Wilshire Blvd., Suite 900<br>Los Angeles, CA 90017-3207 | United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 |
| Verizon 34<br>500 Technology Dr., Suite 870<br>Weldon Springs, MO 63304-2225 | Verizon California<br>1320 North Court House Rd.<br>Arlington, VA 22201 | Verizon New York<br>140 West Street, 27th Floor<br>New York, NY 10007-2141 |
| Verizon Wireless<br>6929 N. Lakewood Ave. MD5.4317I<br>Tulsa, OK 74117 | Wilshire State Bank<br>Anil Sah<br>3200 Wilshire Blvd, 5th Fl.<br>Los Angeles, CA 90010-1333 | Yoram Levy<br>P.O. Box 260313<br>Encino, CA 91426-0313 |
| Verizon Directories<br>500 Technology Drive, Suite 870<br>Saint Charles, MO 63304-2225 | Verizon Partner Services<br>600 Hidden Ridge<br>HAE03D40<br>Irving, TX 75038-3809 | Verizon Wireless<br>P.O. Box 9622<br>Mission Hills, CA 91346-9622 |
| XConnect<br>505 White Plains Road, Suite 124<br>Tarrytown, NY 10591-5108 | Verizon Internet Services, Inc.<br>22001 Loudoun County Parkway<br>C1-3-502<br>Ashburn, VA 20147-6105 | Verizon Services, Corp.<br>1320 North Court House Rd.<br>Arlington, VA 22201 |

Wells Fargo Bank
MAC T5601-012
P.O. Box 659700
San Antonio, TX 78265-9700

XO Communications Services, Inc.
13865 Sunrise Valley Dr.
Herndon, VA 20171-6187

Zhone Technologies
7001 Oakport Street
Oakland, CA 94621-1942