Barry R. Gore, Esq. (SBN 143278)
Christine M. Fitzgerald, Esq. (SBN 259014)
Smith | Campbell | Clifford | Kearney | Gore
A Professional Law Corporation
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone: (310) 542-0111
Facsimile: (310) 214-7254

Counsel for ConnectTo Communications, Inc.
Chapter 11 Debtor and Debtor In Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA,

## LOS ANGELES DIVISION

| In Re | Case No.  2:10-bk-19227-VZ |
|---|---|
| **CONNECTTO COMMUNICATIONS, INC.,** | Chapter 11 |
| Debtor and Debtor in Possession. | **DEBTOR'S OPPOSITION TO MOTION BY THE UNIVERSAL SERVICE ADMINISTRATIVE COMPANY FOR ENTRY OF AN ORDER: (I) ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPELLING COMPLIANCE WITH REPORTING REQUIREMENTS; DECLARATIONS IN SUPPORT THEREOF** |
|  | DATE:   April 5, 2011<br>TIME:   11:00 a.m.<br>CTRM:  1368<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

ConnectTo Communications, Inc., Chapter 11 Debtor and Debtor in Possession ("Debtor" or "ConnectTo") hereby opposes (the "Opposition") the Motion by the Universal Service Administrative Company for Entry of an Order: (I) Allowing and Directing the Immediate Payment of Universal Service Fees Accrued and Accruing Post-Petition and (II) Compelling Compliance with Reporting Requirements (the "Motion").

///

# I.

## **INTRODUCTION**

As more fully set forth below, the Debtor objects to the Motion based on the following grounds: (1) the Debtor has now filed all necessary past due reports; (2) USAC has failed to- and cannot- meet its burden that its proposed administrative claim is an actual expense of preserving the estate because the amount set forth in the Motion is only an estimate; and (3) USAC is not entitled to immediate payment of any administrative claim because the Debtor's current assets are insufficient to pay secured claims and all administrative claims.

First, the Debtor only became aware that it was not in compliance with USAC's various reporting requirements through USAC's Motion.  Upon receipt of USAC's Motion alleging the Debtor's noncompliance, the Debtor promptly filed the necessary reports.  Second, USAC has not met its burden to demonstrate that its proposed administrative claim is an actual and necessary expense of preserving the estate.  The amount of the administrative claim that USAC seeks to have allowed is only an estimate based on historical revenue and not the Debtor's actual revenue for 2010.  The Debtor's 2011 Annual Report (which covers 2010) will reflect the Debtor's actual revenue for 2010 and will allow the parties to determine whether any post petition amount is owed to USAC and ascertain what that amount may be, if any.  Third, immediate payment of USAC's estimated administrative claim is improper because: (a) the Debtor has insufficient assets to pay secured claims; (b) the Debtor has insufficient assets to pay all administrative claims; and (c) if payments are made they should be pro-rated and paid in the ordinary course, in three equal amounts on July 2011, August 2011, and September 2011 pursuant to USAC's general procedures.

///

///

///

///

///

**II.**

**FACTS**

<u>General Background</u>

On March 12, 2010 (the "Petition Date"), the Debtor filed a voluntary Chapter 11 petition under Title 11 of the United State Code (the "Bankruptcy Code").  The Debtor incorporated in the state of Nevada on May 19, 2004, and is registered to do business in the state of California. The Debtor is a telecommunications company and services approximately 20,000 customers by reselling local telecommunications service purchased in bulk from AT&T, and from Verizon. The Debtor also provides long distance and ISP services to its customers.  Approximately 80% of the Debtor's customers are low income families and individuals.  The services the Debtor provides to its low income customers are significantly subsidized by the CPUC.  As a result of the failure of the CPUC to timely provide the subsidies, the Debtor fell behind on its payment to AT&T.

The Debtor filed a voluntary Chapter 11 bankruptcy petition on November 30, 2009, Case No.: 2:09-bk-43560-VZ.  This case was converted to a Chapter 7 on January 25, 2010, and was dismissed on March 12, 2010.  The Debtor was forced to re-file immediately with the imminent danger of AT&T disconnecting its services.

<u>Reporting Requirements</u>

The Debtor's quarterly reports with USAC provide an estimate for the Debtor's anticipated revenue for that quarter.  The Debtor's 2011 Annual Report reflects the Debtor's actual revenue for 2010.  Pursuant to USAC's procedures, "True-Up" credits or adjustments are paid in three equal amounts in July, August and September of the subsequent year (in this case July, August and September 2011).  The Debtor inadvertently did not file its last quarterly reports and annual report with USAC for 2010 and the first quarter of 2011.  USAC's Motion alerted the Debtor of its noncompliance, and the Debtor immediately filed its 2010 Annual Report and quarterly reports for November 2010 and February 2011.  Attached hereto as **Exhibit "A"** is a true and correct copy of the Debtor's 2010 Annual Report and attached hereto as

1   **Exhibit "B"** is a true and correct copy of each of the Debtor's quarterly reports for November

2   2010 and February 2011.  The Debtor will file its 2011 Annual Report[1] (for 2010) shortly, which

3   is due on April 1, 2011.

4   <u>The Audit and Subsequent Appeal</u>

5   On or around July 30, 2010, USAC performed an audit of Debtor examining the Toll

6   Limitation Charges.  On or around January 21, 2011, USAC provided the results of the audit to

7   the Debtor, and based on the results of the audit requested that the Debtor file amended Forms

8   497 for the period of April 2010 to December 2010.  On or around January 31, 2011, the Debtor

9   sent USAC a notice of appeal regarding the results of USAC's audit.  Attached hereto as **Exhibit**

10   **"C"** is a true and correct copy of the notice of appeal and e-mail correspondence between the

11   Debtor and USAC regarding the appeal.  Thus, the amounts owed for the periods at issue are in

12   dispute.

13                 **III.**

14           **ARGUMENT**

15   A.    **<u>The Debtor is in Compliance with All of USAC's Reporting Requirements</u>**

16   USAC's Motion requests entry of an order requiring the Debtor to file its 2010 Annual

17   Report (which covers 2009).  On or around March 18, 2011, the Debtor filed its 2010 Annual

18   Report.  See **Exhibit "A."**  USAC's Motion requests entry of an order requiring the Debtor to

19   file quarterly reports for May 2010, August 2010, November 2010, and February 2011.  On or

20   around March 18, 2011, the Debtor filed its quarterly November 2010 and February 2011

21   reports.  See **Exhibit "B."**  The Debtor will file its 2011 Annual Report[2] shortly, which will

22   excuse the need to file its May 2010 and August 2010 quarterly reports.  Please find attached

23   hereto as **Exhibit "D"** e-mail correspondence between USAC's counsel and the Debtor's

24   counsel which excuses the need to file the May 2010 and August 2010 quarterly reports if the

25   2011 Annual Report is filed.

26

27   [1] If the Debtor timely files its 2011 Annual Report, it will not need to file its quarterly reports for
May 2010 and August 2010.

28   [2] The 2011 Annual Report is due April 1, 2011

1    USAC's motion also requests entry of an order requiring the Debtor to file amended

2    Form 497, for the time period of April 2010 to December 2010 in order to reflect a different Toll

3    Limitation Charge.  This request stems from the results of an audit performed by USAC on or

4    around July 30, 2010.  On or around January 31, 2011, the Debtor sent USAC a notice of appeal

5    contesting the results of the audit. See **Exhibit "C."**  The request for the Debtor's amended

6    reports should be suspended until the Debtor's appeal is completed because if the Debtor is

7    successful on its appeal, it will not need to file amended Forms 497 for April 2010 to December

8    2010.

9    As requested by USAC, the Debtor has filed its 2010 Annual Report, November 2010

10   quarterly report, and February 2011 quarterly report.  The Debtor will file its 2011 Annual

11   Report shortly, which will also satisfy its obligation to file its May 2010 and August 2010

12   quarterly reports.  The Debtor has appealed USAC's audit, and if its appeal is successful, the

13   Debtor may not need to file the requested amended Forms 497 for the period of April 2010 to

14   December 2010.  Therefore, the Debtor is in compliance with all of USAC's reporting

15   requirements.

16   **B.**    **USAC should not be allowed an Administrative Claim in the amount of**

17   **$58,009.72 because the claimant has not met its burden of proof that the proposed expense**

18   **is an actual expense necessary to preserve the estate.**

19   The claimant has not met its burden of proving that its claim should be allowed as an

20   administrative priority expense.  The claimant bears the burden of demonstrating entitlement to

21   an administrative expense claim by a preoronderance of the evidence.  *In re Hanna*, 168 B.R.

22   386 (9th Cir. BAP 1994); *In re DAK Indus., Inc.*, 66 F.3d 1091 (9th Cir. 1995).  The Bankruptcy

23   Code provides that **actual** and necessary costs and expenses of preserving the estate shall be

24   allowed administrative claims.  11 U.S.C. § 503 (**emphasis added**).  A heavy burden of proof is

25   placed on the party making the administrative claim and the terms "actual" and "necessary" must

26   be narrowly construed to preserve the estate.  *In re D.W.G.K. Restaurants, Inc.* 84 B.R. 684

27   (Bankr. S.D. Cal. 1988).

28

1    As USAC acknowledges in the Motion, USAC's proposed administrative claim is only

2  an estimate based on historical revenue and data.  Motion page 5, lines 2-4 and page7, lines 8-9.

3  As further set forth in the Motion, the Annual Reports filed are a "True-Up" for the previous year

4  and provide the Debtor's actual revenue figures.  Because the Debtor's 2011 Annual Report has

5  not yet been filed and is not due until April 1, 2011, USAC does not have any of the Debtor's

6  actual revenue figures for its calculation of its proposed administrative claim.  Because USAC's

7  proposed administrative claim is only an estimate from historical revenue and not based on any

8  of the Debtor's actual revenue, USAC has failed to meet its burden of showing that its

9  administrative claim is an **actual** and necessary cost and expense of preserving the Debtor's

10  estate.  *See* 11 U.S.C. § 503(b) (**emphasis added**).  Thus, USAC's request for an allowance of an

11  administrative claim in the amount of $58,009.72 in the Motion should be denied.

12    **C.    Even if USAC held an administrative claim, USAC is not entitled to**

13  **immediate payment because the Debtor's assets are insufficient to pay all secured claims**

14  **and administrative claims.**

15    Even if USAC had an administrative claim (which it does not), it is not entitled to

16  immediate and full payment.  The time of payment of administrative expenses is within the

17  discretion of the Bankruptcy Court.  *In re Standards Furniture Co.*, 3B.R. 527 (Bankr. S.D. Cal.

18  1980) and *In re American Resources Management Corp.*, 51 B.R. 713 (Bankr. D.C. Utah 1985).

19  Administrative claimants under 11 U.S.C. §503(b) are not entitled to immediate or current

20  payments solely because of their status as administrative claimants.  *In re Grant Broadcasting of*

21  *Philadelphia, Inc.*, 71 B.R. 891 (Bankrs. E.D. Pa. 1987), *see also In re LTV Steel Co.*, 288 B.R.

22  775 (Bankr. N.D. Ohio 2002) (Movants' request for immediate payment of administrative

23  expense was denied because the Bankruptcy Code did not provide for immediate payment and

24  ordering immediate payment would have contradicted need for pro-rata distribution to all

25  claimants).  Courts generally refuse immediate payment of an administrative claim unless

26  sufficient assets exist to pay all secured claims and all administrative claims.  *In re Flag-staff*

27  *Foodservice Corp.*, 739 F.2d 739 (2nd Cir. 1984); *In re Colortex Indus, Inc.*, 19 F.3d 1371 (11th

28

1  Cir. 1994); and *see also In re Hen House Interstate, Inc.*, 177 F.3d 719 (8th Cir. 1999).  All

2  administrative expenses under §503(b) are entitled to equal treatment, and when there are

3  insufficient assets to pay all claimants in full, the Court may order payment of administrative

4  claims on a pro-rata basis.  *In re Barron*, 73 B.R. 812 (Bankr. S.D. Cal. 1987) and *In re Lazar*,

5  83 F.3d 812 (9th Cir. 1996).

6        USAC's Motion requests immediate and full payment of its estimated administrative

7  claim.  However, the Debtor currently owes its secured creditors approximately $919,000.00.

8  The Debtor estimates that it has approximately $420,000.00 in assets (including current accounts

9  receivables).  Accordingly, the Debtor's assets are currently insufficient to pay all of its secured

10  creditors and administrative claimants, and the Court should not order immediate payment of any

11  administrative claim.  Further, if the Court determines that USAC holds an allowed

12  administrative claim, the amount of the payment should be pro-rated among all administrative

13  claimants because the Debtor's assets are insufficient to pay all administrative claims in full.

14    **D.    Any payment of an administrative claim should be made per USAC's**

15  **procedure that Annual True-Up credits or adjustments appear in three equal amounts.**

16        Even if an administrative claim were owed to USAC, the timing of the payment should

17  follow USAC's "True-Up" procedure.  As set forth above, USAC's Motion requests immediate

18  payment of its proposed administrative claim.  However, USAC's procedure provides that

19  Annual True-Up credits or adjustments appear in three equal amounts on the July, August and

20  September invoices of the subsequent year.  Motion page 2, lines 19-21.  Thus, after review and

21  analysis of the Debtor's 2011 report, the True-Up credits or adjustments should be paid (or

22  credited) in three equal amounts on the July, August and September invoices of 2011, instead of

23  immediately.

24  ///

25  ///

26  ///

27  ///

28

**V.**

**CONCLUSION**

Wherefore, Debtor respectfully requests that the Court deny the Motion in its entirety because the Debtor has complied with all of the necessary filing requirements, USAC has failed to meet its burden of demonstrating that it has an administrative expense claim, and even if USAC is allowed an administrative expense claim, it should not be paid immediately for the reasons set forth above.

Dated: March 22, 2011

SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A Professional Law Corporation

By *Christine M. Fitzgerald*
Christine M. Fitzgerald
Proposed Counsel to ConnectTo Communications, Inc.,
Chapter 11 Debtor and Debtor in Possession

# DECLARATION OF ARAKSIYA NADJARIAN

I, Araksiya Nadjarian, declare as follows:

1. I am the President of ConnectTo Communications, Inc., (the "Debtor"). I have direct supervisory responsibilities over the financial affairs and operations of the Debtor. I have reviewed the appropriate books and records of the Debtor which are maintained and obtained in the ordinary course of business, and have personal knowledge of the matters set forth herein because of that review or because of direct personal knowledge. If called upon as a witness in this case, I would and could testify competently thereto.

2. On March 12, 2010 (the "Petition Date"), the Debtor filed a voluntary Chapter 11 petition under Title 11 of the United State Code (the "Bankruptcy Code"). The Debtor incorporated in the state of Nevada on May 19, 2004, and is registered to do business in the state of California. The Debtor is a telecommunications company and services approximately 20,000 customers by reselling local telecommunications service purchased in bulk from AT&T, and from Verizon. The Debtor also provides long distance and ISP services to its customers. Approximately 80% of the Debtor's customers are low income families and individuals. The services the Debtor provides to its low income customers are significantly subsidized by the CPUC. As a result of the failure of the CPUC to timely provide the subsidies, the Debtor fell behind on its payment to AT&T.

3. The Debtor filed a voluntary Chapter 11 bankruptcy petition on November 30, 2009, Case No.: 2:09-bk-43560-VZ. This case was converted to a Chapter 7 on January 25, 2010, and was dismissed on March 12, 2010. The Debtor was forced to re-file immediately with the imminent danger of AT&T disconnecting its services.

4. The Debtor's quarterly reports with USAC provide an estimate for the Debtor's anticipated revenue for that quarter. The Debtor's 2011 Annual Report reflects the Debtor's actual revenue for 2010. Pursuant to USAC's procedures, "True-Up" credits or adjustments are paid in three equal amounts in July, August and September of the subsequent year (in this case July, August and September 2011). The Debtor inadvertently did not file its last quarterly

1    reports and annual report with USAC for 2010 and the first quarter of 2011. USAC's Motion

2    alerted the Debtor of its noncompliance, and the Debtor immediately filed its 2010 Annual

3    Report and quarterly reports for November 2010 and February 2011. Attached hereto as **Exhibit**

4    **"A"** is a true and correct copy of the Debtor's 2010 Annual Report and attached hereto as

5    **Exhibit "B"** is a true and correct copy of each of the Debtor's quarterly reports for November

6    2010 and February 2011. The Debtor will file its 2011 Annual Report[3] (for 2010) shortly, which

7    is due on April 1, 2011.

8         5.   On or around July 30, 2010, USAC performed an audit of the Debtor examining the Toll

9    Limitation Charges. On or around January 21, 2011, USAC provided the results of the audit to

10   the Debtor, and based on the results of the audit requested that the Debtor file amended Forms

11   497 for the period of April 2010 to December 2010. On or around January 31, 2011, the Debtor

12   sent USAC a notice of appeal regarding the results of USAC's audit. Attached hereto as **Exhibit**

13   **"C"** is a true and correct copy of the notice of appeal and e-mail correspondence between the

14   Debtor and USAC regarding the appeal. Thus, the amounts owed for the periods at issue are in

15   dispute.

16        I declare under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct and that this Declaration is executed on March 22, 2011, at

18   Glendale, California.

19

20                       Araksiya Nadjarian

21

22

23

24

25

26

27

___

[3] If the Debtor timely files its 2011 Annual Report, it will not need to file its quarterly reports for
28   May 2010 and August 2010.

1

## DECLARATION OF CHRISTINE M. FITZGERALD, ESQ.

2    I, Christine M. Fitzgerald, do hereby declare as follows:

3        1.        I am an attorney of the law firm of Smith Campbell Clifford Kearney Gore, A

4    Professional Law Corporation, counsel to Chapter 11 Debtor and Debtor in Possession,

5    ConnectTo Communications, Inc.  I have personal knowledge of the foregoing facts and if called

6    upon to testify to the following facts, I would and could competently testify thereto.

7        2.        On or around March 11, 2011, I received an e-mail from Gina Barbieri, USAC's

8    counsel, indicated if the Debtor's 2011 Annual Report was filed it would not need to file the

9    other past due quarterly reports for August 2010 and May 2010.  A true and correct copy of the

10   e-mail is attached hereto as **Exhibit "D."**

11       I declare under penalty of perjury under the laws of the United States of America that the

12   foregoing is true and correct and that this Declaration is executed on March 22, 2011, at

13   Torrance, California.

14

15                                                      Christine M. Fitzgerald

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "A"

**2010 FCC Form 499-A  Telecommunications Reporting Worksheet (Reporting Calendar 2009 Revenues)**

Approval by OMB
3060-0855

>>> Please read instructions before completing. <<<
Annual Filing -- due April 1, 2010

**Block 1: Contributor Identification Information**

During the year, filers must refile Blocks 1, 2 and 6  if there are any changes in Lines 104 or 112.  See Instructions.

101  Filer 499 ID  [If you don't know your number, contact the administrator at (888) 641-8722.
If you are a new filer, write "new" in this block and a Filer 499 ID will be assigned to you.]

826243

102  Legal name of reporting entity

CONNECTTO COMMUNICATIONS, INC.

103  IRS employer identification number  [Enter 9 digit number]

56-2460926

104  Name telecommunications provider is doing business as

CONNECTTO COMMUNICATIONS, INC.

105  Telecommunications activities of filer  [Select up to 5 boxes that best describe the reporting entity.  Enter numbers starting with "1" to show the order of importance -- see directions.]

| ☐ Audio Bridging (teleconferencing) Provider | ☐ CAP/CLEC | ☐ Cellular/PCS/SMR (wireless telephony incl. by resale) | ☐ Coaxial Cable |
| ☐ Incumbent LEC | ☐ Interexchange Carrier (IXC) | ☐1☐ Local Reseller | ☐ Operator Service Provider (OSP) |
| ☐ Paging & Messaging  ☐ Payphone Service Provider | ☐ Prepaid Card | ☐ Private Service Provider | ☐ Satellite Service Provider |
| ☐ Shared-Tenant Service Provider / Building LEC | ☐ SMR (dispatch) | ☐2☐ Toll Reseller | ☐ Wireless Data |
| ☐ Interconnected VoIP | ☐ Other Local | ☐ Other Mobile | ☐ Other Toll |

If Other Local, Other Mobile or Other Toll is checked,
describe carrier type / services provided: ———▶

106.1  Holding company name  (All affiliated companies must show the same name on this line.)

106.2  Holding company IRS employer identification number  [Enter 9 digit number]

107  FCC Registration Number (FRN)  [ https://fjallfoss.fcc.gov/coresWeb/publicHome.do ]
[For assistance, contact the CORES help desk at 877-480-3201 or CORES@fcc.gov]  [Enter 10 digit number]

0013-9216-14

108  Management company  [If filer is managed by another entity]

109  Complete mailing address of reporting entity
corporate headquarters

Street 1  555 RIVERDALE DR., STE A
Street 2
City  GLENDALE    State  CA    Zip (postal code)  91204    Country if not USA

Note: this address will be used for the ITSP FCC regulatory
fee billings unless the appropriate box is checked on Line 208.

110  Complete business address for customer inquiries and
complaints

check if same address as Line 109  ☒

Street 1
Street 2
Street 3
City    State    Zip (postal code)    Country if not USA

111  Telephone number for customer complaints and inquiries  [Toll-free number if available]

( 800 )- 804-4603    ext-

112  List all trade names used in the past 3 years in providing telecommunications.  Include all names by which you are known by customers.

| a | | g | |
| b | | h | |
| c | | i | |
| d | | j | |
| e | | k | |
| f | | l | |

Use an additional sheet if necessary.  Each reporting entity must provide all names used for telecommunications activities.

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C, § 1001

Save time, avoid problems -- file electronically at    http://forms.universalservice.org

FCC Form 499-A
February 2010

Page 2

## 2010 FCC Form 499-A Telecommunications Reporting Worksheet (Reporting Calendar 2009 Revenues)

### Block 2-A: Regulatory Contact Information

201 Filer 499 ID [from Line 101]    826243

202 Legal name of reporting entity [from Line 102]    CONNECTTO COMMUNICATIONS, INC.

203 Person who completed this Worksheet    First name Judith    MI A    Last Riley

204 Telephone number of this person    ( 405 ) 755 - 8177    ext - 14

205 Fax number of this person    ( 405 ) 755 - 8377

206 Email of this person   || Required if available -- not for public release ||    jriley@telecompliance.net

207 Corporate office, attn. name, and mailing
address to which future Telecommunications
Reporting Worksheets should be sent

Office    Attn First name    MI    Last
Email [required if available, not for public release]    Phone ( ) -    ext-    Fax ( ) -
Street1
Street2
Street3
City    State    Zip (postal code)    Country if not USA

check if same name as Line 203  [X]
check if same address as Line 109  [X]

208 Billing address and billing contact person:
[Plan administrators will send bills for contributions to this
address. Please attach a written request for alternative
billing arrangements. ]

Company    Attn First name    MI    Last
Email [required if available, not for public release]    Phone ( ) -    ext-    Fax ( ) -
Street1
Street2
Street3
City    State    Zip (postal code)    Country if not USA

check if name and address same as Line 207  [X]
check to use Line 208 information for FCC ITSP regulatory fee bill  [X]

### Block 2-B: Agent for Service of Process

All carriers and providers of interconnected VoIP must complete Lines 209 through 213. During the year, carriers
and providers of interconnected VoIP must refile Blocks 1, 2 and 6 if there are any changes in this section. See instructions.

209 D.C. Agent for Service of Process per 47 U.S.C. § 413    Company CT CORPORATION

210 Telephone number of D.C. agent    ( 202 ) 572 - 3100

211 Fax number of D.C. agent    ( 202 ) 572 - 9600

212 Email of D.C. agent  || Required if available ||    anusha.putty@wolterskluwer.com

213 Complete business address of D.C. agent
or hand service of documents
check to use Line 213 information for FCC ITSP regulatory fee bill
[If both Line 208 and Line 213 are checked, Line 208 will be used.]

Street1 1015 15th Street NW, Suite 1000
Street2
Street3
City Washington    State DC    Zip 20005

214 Local/alternate Agent for Service of Process (optional)    Company    Attn First name    MI    Last

215 Telephone number of local/alternate agent    ( ) -    ext -

216 Fax number of local/alternate agent    ( ) -

217 Email of local/alternate agent  || Required if available ||

218 Complete business address of local/alternate
agent for hand service of documents
check to use Line 218 information for FCC ITSP regulatory fee bill
[If both Line 208 and Line 218 are checked, Line 208 will be used.]

Street1
Street2
Street3
City    State    Zip (postal code)    Country if not USA

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C, § 1001

*Save time, avoid problems -- file electronically at*    http://forms.universalservice.org

FCC Form 499-A
February 2010

Page 3

# 2010 FCC Form 499-A  Telecommunications Reporting Worksheet  (Reporting Calendar 2009 Revenues)

## Block 2-C:  FCC Registration and Contact Information

Filers must refile Blocks 1, 2 and 6
if there are any changes in this section.  See Instructions.

**219** Filer 499 ID [from Line 101]

826243

**220** Legal name of reporting entity  [from Line 102]

CONNECTTO COMMUNICATIONS, INC.

**221** Chief Executive Officer (or, highest ranking company officer
if the filing entity does not have a chief executive officer)

First ARAKSIYA    MI    Last NADJARIAN

**222** Business address of individual named on Line 221

check if same as Line 109 [X]

| Street 1 | |
| Street 2 | |
| Street 3 | |
| City | State | Zip (postal code) | Country if not USA |

**223** Second ranking company officer, such as Chairman
(Must be someone other than the individual listed on Line 221)

First ARAM    MI    Last TER-MARTISOSYAN

**224** Business address of individual named on Line 223

check if same as Line 109 [X]

| Street 1 | |
| Street 2 | |
| Street 3 | |
| City | State | Zip (postal code) | Country if not USA |

**225** Third ranking company officer, such as President or Secretary
(Must be someone other than individuals listed on
Lines 221 or 223)

First    MI    Last

**226** Business address of individual named on Line 225

check if same as Line 109 [ ]

| Street 1 | |
| Street 2 | |
| Street 3 | |
| City | State | Zip (postal code) | Country if not USA |

**227** Indicate jurisdictions in which the filing entity provides service.  Include jurisdictions in which service was provided in the past 15 months
and jurisdictions in which service is likely to be provided in the next 12 months.

| | | | |
|---|---|---|---|
| [ ] Alabama | [ ] Guam | [ ] Massachusetts | [X] New York | [ ] Tennessee |
| [ ] Alaska | [ ] Hawaii | [ ] Michigan | [ ] North Carolina | [ ] Texas |
| [ ] American Samoa | [ ] Idaho | [ ] Midway Atoll | [ ] North Dakota | [ ] Utah |
| [ ] Arizona | [ ] Illinois | [ ] Minnesota | [ ] Northern Mariana Islands | [ ] U.S. Virgin Islands |
| [ ] Arkansas | [ ] Indiana | [ ] Mississippi | [ ] Ohio | [ ] Vermont |
| [X] California | [ ] Iowa | [ ] Missouri | [ ] Oklahoma | [ ] Virginia |
| [ ] Colorado | [ ] Johnston Atoll | [ ] Montana | [ ] Oregon | [ ] Wake Island |
| [ ] Connecticut | [ ] Kansas | [ ] Nebraska | [ ] Pennsylvania | [ ] Washington |
| [ ] Delaware | [ ] Kentucky | [ ] Nevada | [ ] Puerto Rico | [ ] West Virginia |
| [ ] District of Columbia | [ ] Louisiana | [ ] New Hampshire | [ ] Rhode Island | [ ] Wisconsin |
| [ ] Florida | [ ] Maine | [ ] New Jersey | [ ] South Carolina | [ ] Wyoming |
| [ ] Georgia | [ ] Maryland | [ ] New Mexico | [ ] South Dakota | |

**228** Year and month filer first provided (or expects to provide) telecommunications in the U.S.  [ ] Check if prior to 1/1/1999, otherwise  Year 2 0 0 7   Month

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

*Save time, avoid problems -- file electronically at*    http://forms.universalservice.org

FCC Form 499-A
February 2010

# 2010 FCC Form 499-A Telecommunications Reporting Worksheet (Reporting Calendar 2009 Revenues)

Page 4

## Block 3: Carrier's Revenue Information

| 301 | Filer 499 ID [from Line 101] | 826243 |
|---|---|---|
| 302 | Legal name of reporting entity [from Line 102] | CONNECTTO COMMUNICATIONS, INC. |

Report billed revenues for January 1 through December 31, 2009. Do not report any negative numbers. Dollar amounts may be rounded to the nearest thousand dollars. However, report all amounts as whole dollars.

See instructions regarding percent interstate & international.

### Revenues from Services Provided for Resale as Telecommunications by Other Contributors to Federal Universal Service Support Mechanisms

| | | Total Revenues | If breakouts are not book amounts, enter whole percentage estimates | | Breakouts | |
|---|---|---|---|---|---|---|
| | | | Interstate | International | Interstate Revenues | International Revenues |
| | | (a) | (b) | (c) | (d) | (e) |
| *Fixed local service* | | | | | | |
| 303.1 | Provided as unbundled network elements (UNEs) | | | | | |
| 303.2 | Provided under other arrangements | | | | | |
| | Per-minute charges for originating or terminating calls | | | | | |
| 304.1 | Provided under state or federal access tariff | 453,522 | | | 453,522 | |
| 304.2 | Provided as unbundled network elements or other contract arrangement | | | | | |
| | *Local private line & special access service* | | | | | |
| 305.1 | Provided to other contributors for resale as telecommunications | | | | | |
| 305.2 | Provided to other contributors for resale as interconnected VoIP | | | | | |
| 306 | Payphone compensation from toll carriers | | | | | |
| 307 | Other local telecommunications service revenues | | | | | |
| 308 | Universal service support revenues received from Federal or state sources | 776,061 | | | 434,655 | |
| *Mobile services (including wireless telephony, paging & messaging, and other mobile services)* | | | | | | |
| 309 | Monthly, activation, and message charges except toll | | | | | |
| *Toll services* | | | | | | |
| 310 | Operator and toll calls with alternative billing arrangements (credit card, collect, international call-back, etc.) | | | | | |
| 311 | Ordinary long distance (direct-dialed MTS, customer toll-free (800/888 etc.) service, "10-10" calls, associated monthly account maintenance, PICC pass-through, and other switched services not reported above) | | | | | |
| 312 | Long distance private line services | | | | | |
| 313 | Satellite services | | | | | |
| 314 | All other long distance services | | | | | |
| 315 | Total revenues provided for resale [Lines 303 through 314] | 1,229,583 | | | 888,177 | |

Note: As stated in the instructions, for all revenues reported on this page, you must retain the Filer 499 ID and contact information for the associated customers. You must verify that each of these customers was a direct contributor to the federal universal service support mechanism for calendar year 2009 and that the customer is purchasing service for resale as telecommunications. These records must be made available to the administrator or the FCC upon request. The FCC website contains information on federal universal service contributors. (See instructions.)

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

*Save time, avoid problems -- file electronically at*    http://fjforms.universalservice.org

**2010 FCC Form 499-A  Telecommunications Reporting Worksheet (Reporting Calendar 2009 Revenues)**

Page 5

**Block 4-A: End-User and Non-Telecommunications Revenue Information**

| 401 | Filer 499 ID  [from Line 101] | 826243 |
| 402 | Legal name of reporting entity  [from Line 102] | CONNECTTO COMMUNICATIONS, INC. |

Report billed revenues for January 1 through December 31, 2009.
Do not report any negative numbers. Dollar amounts may be rounded to
the nearest thousand dollars. However, report all amounts as whole dollars.
See instructions regarding percent interstate & international.

| | | Total Revenues | If breakouts are not book amounts, enter whole percentage estimates | | Breakouts | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Interstate | International | Interstate Revenues | International Revenues |
| | | (a) | (b) | (c) | (d) | (e) |
| **Revenues from All Other Sources (end-user telecom. & non-telecom.)** | | | | | | |
| 403 | Surcharges or other amounts on bills identified as recovering State or Federal universal service contributions | 3,633 | | | 3,633 | |
| *Fixed local services* | | | | | | |
| | Monthly service, local calling, connection charges, vertical features, and other local exchange service charges except for federally tariffed subscriber line charges and PICC charges | | | | | |
| *traditional circuit switched* | | | | | | |
| 404.1 | Provided at a flat rate including interstate toll service — local portion | | | | | |
| 404.2 | Provided at a flat rate including interstate toll service — toll portion | | | | | |
| 404.3 | Provided without interstate toll included  (see instructions) | 832,954 | | | | |
| *interconnected VoIP* | | | | | | |
| 404.4 | Offered in conjunction with a broadband connection | | | | | |
| 404.5 | Offered independent of a broadband connection | | | | | |
| 405 | Tariffed subscriber line charges and PICC charges levied by a local exchange carrier on a no-PIC customer | 240,159 | | | 240,159 | |
| 406 | Local private line & special access service [Includes the transmission portion of wireline broadband Internet access provided on a common carrier basis.] | | | | | |
| 407 | Payphone coin revenues (local and long distance) | | | | | |
| 408 | Other local telecommunications service revenues | | | | | |
| *Mobile services (including wireless telephony, paging & messaging, and other mobile services)* | | | | | | |
| 409 | Monthly and activation charges | | | | | |
| 410 | Message charges including roaming and air-time charges for toll calls, but excluding separately stated toll charges | | | | | |

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

*Save time, avoid problems -- file electronically at*    **http://forms.universalservice.org**

FCC Form 499-A
February 2010

**2010 FCC Form 499-A   Telecommunications   Reporting Worksheet   (Reporting Calendar 2009 Revenues)**

Block 4-A: Continued

Page 6

| | Total Revenues (a) | If breakouts are not book amounts, enter whole percentage estimates | | Breakouts | |
| --- | --- | --- | --- | --- | --- |
| | | Interstate | International | Interstate Revenues (d) | International Revenues (e) |
| **Toll services** | | | | | |
| 411 Prepaid calling card (including card sales to customers and non-carrier distributors) reported at face value of cards | | | | | |
| 412 International calls that both originate and terminate in foreign points | | 0% | 100% | | |
| 413 Operator and toll calls with alternative billing arrangements (credit card, collect, international call-back, etc.) other than revenues reported on Line 412 | | | | | |
| 414.1 Ordinary long distance (direct-dialed MTS, customer toll-free (800/888 etc.) service, "10-10" calls, associated monthly account maintenance, PICC pass-through, and other switched services not reported above) | 1,017,024 | | | 111,873 | 437,320 |
| 414.2 All, other than interconnected VoIP, including, but not limited to, itemized toll on wireline and wireless bills | | | | | |
| 414.3 All Interconnected VoIP long distance, including, but not limited to, itemized toll | | | | | |
| 415 Long distance private line services | | | | | |
| 416 Satellite services | | | | | |
| 417 All other long distance services | | | | | |
| Revenues other than U.S. telecommunications revenues, including information services, inside wiring maintenance, billing and collection customer premises equipment, published directory, dark fiber, Internet access, cable TV program transmission, foreign carrier operators, and non-telecommunications revenues. (See instructions.) | | | | | |
| 418.1 bundled with circuit switched local exchange service | | | | | |
| 418.2 bundled with interconnected VoIP local exchange service | | | | | |
| 418.3 other | 5,938 | | | | |

Block 4-B: Total Revenue and Uncollectible Revenue Information

| | Total Revenues (a) | Interstate | International | Interstate Revenues (d) | International Revenues (e) |
| --- | --- | --- | --- | --- | --- |
| 419 Gross billed revenues from all sources (incl. reseller & non-telecom.) [Lines 303 through 314 plus Lines 403 through 418] | 3,329,291 | | | 1,243,842 | |
| 420 Gross universal service contribution base amounts [Lines 403 through 411 Lines 413 through 417]  See Figure 4 in instructions. | 2,093,770 | | | 355,665 | 437,320 |
| 421 Uncollectible revenue/bad debt expense associated with gross billed revenues amounts shown on Line 419 [See Instructions Page 26] | | | | | |
| 422 Uncollectible revenue/bad debt expense associated with universal service contribution base amounts shown on Line 420 | | | | | |
| 423 Net universal service contribution base revenues [Line 420 minus line 422] | 2,093,770 | | | 355,665 | 437,320 |

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

Save time, avoid problems -- File electronically at    http://forms.universalservice.org

FCC Form 499-A
February 2010

**2010 FCC Form 499-A Telecommunications Reporting Worksheet (Reporting Calendar 2009 Revenues)**    Page 7

**Block 5: Additional Revenue Breakouts**

| | | | Block 3 Carrier's Carrier (a) | Block 4 End-User Telecom. (b) |
|---|---|---|---|---|
| 501 | Filer 499 ID [from Line 101] | 826243 | | |
| 502 | Legal name of reporting entity [from Line 102] | CONNECTTO COMMUNICATIONS, INC. | | |

Filers that report revenues in Block 3 and Block 4 must provide the percentages requested in Lines 503 through 510.
See page 27 of instructions for limited exceptions.

Percentage of revenues reported in Block 3 and Block 4 billed in each region of the country. Round or estimate to nearest whole percentage. Enter 0 if no service was provided in the region.

| | | | | |
|---|---|---|---|---|
| 503 | Southeast: | Alabama, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Puerto Rico, South Carolina, Tennessee, and U.S. Virgin Islands | % | % |
| 504 | Western: | Alaska, Arizona, Colorado, Idaho, Iowa, Minnesota, Montana, Nebraska, New Mexico, North Dakota, Oregon, South Dakota, Utah, Washington, and Wyoming | % | % |
| 505 | West Coast: | California, Hawaii, Nevada, American Samoa, Guam, Johnston Atoll, Midway Atoll, Northern Mariana Islands, and Wake Island. | 100 | 100 |
| 506 | Mid-Atlantic: | Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania, Virginia, and West Virginia | % | % |
| 507 | Mid-West: | Illinois, Indiana, Michigan, Ohio, and Wisconsin | % | % |
| 508 | Northeast: | Connecticut, Maine, Massachusetts, New Hampshire, New York, Rhode Island, and Vermont | % | % |
| 509 | Southwest: | Arkansas, Kansas, Missouri, Oklahoma, and Texas | % | % |
| 510 | Total | [Percentages must add to 0 or 100.100] | 100% | 100% |

| | | (a) Total Revenues | (b) Interstate and International |
|---|---|---|---|
| 511 | Revenues from resellers that do not contribute to Universal Service support mechanisms are included in Block 4-B, Line 420 but may be excluded from a filer's TRS, NANPA, LNP, and FCC interstate telephone service provider regulatory fee contribution bases. To have these amounts excluded, the filer has the option of identifying such revenues below. As stated in the instructions, you must have in your records the FCC Filer 499 ID for each customer whose revenues are included on Line 511. (See instructions.) | | |
| | Revenues from resellers that do not contribute to Universal Service | $ | $ |

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

*Save time, avoid problems -- file electronically at*    http://forms.universalservice.org

FCC Form 499-A
February 2010

Page 8

# 2010 FCC Form 499-A  Telecommunications  Reporting  Worksheet  (Reporting Calendar 2009 Revenues)

## Block 6: CERTIFICATION: to be signed by an officer of the filer

601 Filer 499 ID  [from Line 101]

826243

602 Legal name of reporting entity  [from Line 102]

CONNECTTO COMMUNICATIONS, INC.

Section IV of the instructions provides information on which types of reporting entities are required to file for which purposes. Any entity claiming
to be exempt from one or more contribution requirements should so certify below and attach an explanation. [The Universal Service Administrator
will determine which entities meet the *de minimis* threshold based on information provided in Block 4, even if you fail to so certify, below.]

603 I certify that the reporting entity is exempt from contributing to:        Universal Service ☐    TRS ☐    NANPA ☐    LNP Administration ☐

Provide explanation below:

604 Please indicate whether the reporting entity is        State or Local Government Entity ☐        I.R.C. § 501 or State Tax Exempt (see instructions) ☐    ☒

605 I certify that the revenue data contained herein are privileged and confidential and that public disclosure of such information would likely cause substantial harm to the competitive
position of the company. I request nondisclosure of the revenue information contained herein pursuant to Sections 0.459, 52.17, 54.711 and 64.604 of the Commission's Rules.

I certify that I am an officer of the above-named reporting entity as defined on page 33 of the instructions, that I have examined the foregoing report and,
to the best of my knowledge, information and belief, all statements of fact contained in this Worksheet are true and that said Worksheet is an accurate
statement of the affairs of the above-named company for the previous calendar year.  In addition, I swear, under penalty of perjury, that all
requested identification registration information has been provided and is accurate.  If the above-named reporting entity is filing on a
consolidated basis, I certify that this filing incorporates all of the revenues for the consolidated entities for the entire year and that
the filer adhered to and continues to meet the conditions set forth in Section II-B of the instructions.

606 Signature

607 Printed name of officer        First ARAM        MI        Last TER-MARTIROSYAN

608 Position with reporting entity        CIO

609 Business telephone number of officer        ( 818 ) - 546-4601        ext -

610 Email of officer   || Required if available -- not for public release ||        aram@connectto.com

611 Date        3/25/10

612 Check those that apply:    ☒ Original April 1 filing for year    ☐ New filer, registration only    ☐ Revised filing with updated registration    ☐ Revised filing with updated revenue data

Do not mail checks with this form.  Send this form to:  Form 499 Data Collection Agent c/o USAC  2000 L Street, N.W. Suite 200 Washington DC, 20036
For additional information regarding this worksheet contact:  Telecommunications Reporting Worksheet Information: (888) 641-8722 or via email:  Form499@universalservice.org

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

*Save time, avoid problems -- file electronically at*        http://forms.universalservice.org        FCC Form 499-A
February 2010

EXHIBIT "B"

**FCC Form 499-Q  Telecommunications Reporting Worksheet**
Quarterly Filing for Universal Service Contributors       >>> Please read instructions before completing <<<

Approval by OMB
3060-0855

| Block 1: | Contributor Identification Information | | 101 | Filer 499 ID | 826243 |
|---|---|---|---|---|---|

| 102 | Legal name of reporting entity | CONNECTTO COMMUNICATIONS, INC. |
|---|---|---|
| 103 | IRS employer identification number | 56-2460926 |
| 104 | Name telecommunications provider is doing business as | CONNECTTO COMMUNICATIONS, INC. |
| 105 | Holding company [All affiliated companies should show same name here.] | |
| 106 | FCC Registration Number (FRN) | 0013-9216-14 |
| 107 | Complete mailing address of reporting entity's corporate headquarters | 555 RIVERDALE DR., STE A
GLENDALE, CA 91204 |

**Block 2:   Contact Information**

| 108 | Person who completed this worksheet | First ARAM | MI R | Last TER-MARTIROSYAN |
|---|---|---|---|---|
| 109 | Telephone number of this person | | ( 818 ) 546 - 4601 | |
| 110 | Fax number of this person | | ( 818 ) 546 - 4601 | |
| 111 | Email of this person | ARAM@CONNECTTO.COM | | |
| 112 | Billing address and billing contact person:
[Bills for Universal Service contributions will be sent to this address.] | ARAM TER-MARTIROSYAN
555 RIVERDALE DR., STE A
GLENDALE, CA 91204 | | |

**Block 3:   Contributor Historical and Projected Revenue Information**

| 113 | Year of historical revenue information | 2010 |
|---|---|---|

| 114 | Indicate which quarterly filing this represents | [X] February 1 | Historical revenues for
October 1 - December 31 (prior year) | Projected revenues for
April 1 - June 30 |
|---|---|---|---|---|
| | | ☐ May 1 | January 1 - March 31 | July 1 - September 30 |
| | | ☐ August 1 | April 1 - June 30 | October 1 - December 31 |
| | | ☐ November 1 | July 1 - September 30 | January 1 - March 31 (following calendar year) |

Historical billed revenues with no allowance or deductions for uncollectibles. See instructions.

| | | Total Revenues (a) | Interstate Revenues (b) | International Revenues (c) |
|---|---|---|---|---|
| 115 | Telecommunications provided to other universal service contributors for resale as telecommunications or as interconnected VoIP | | | |
| 116 | End-user telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | 394,402 | 14,745 | 32,461 |
| 117 | All other goods and services | 319,255 | Column (b) and (c) not requested | |
| 118 | Gross-billed revenues from all sources   [sum of above] | 713,657 | for Lines 117 and 118 | |
| 119 | Projected gross-billed end-user interstate and international telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | | 15,000 | 35,000 |
| 120 | Projected collected end-user interstate and international telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | | 15,000 | 35,000 |

**Block 4:   CERTIFICATION: to be signed by an officer of the reporting entity**

| 121 | I certify that the revenue data contained herein are privileged and confidential and that public disclosure of such information would likely cause substantial harm to the competitive position of the company.  I request nondisclosure of the revenue information contained herein pursuant to sections 0.459, 52.17, 54.711 and 64.604 of the Commission's Rules. | [X] |
|---|---|---|

I certify that I am an officer of the above-named reporting entity, that I have examined the foregoing report and to the best of my knowledge, information and belief, all statements of fact contained in this Worksheet are true, that said Worksheet is an accurate statement of the affairs of the above-named company for the quarter and that the projections of gross-billed revenue represent a good-faith estimate based on company procedures and policies.

| 122 | Signature | |
|---|---|---|
| 123 | Printed name of officer | First ARAM   MI   Last TER-MARTIROSYAN |
| 124 | Position with reporting entity | CIO |
| 125 | Email of officer   [Required if available] | aram@connectto.com |
| 126 | Date | 02/15/11 |
| 127 | This filing is: | [X] Original filing   ☐ Revised filing [revisions due within 45 days of original filing deadline] |

Do not mail checks with this form.  Send this form to:  Form 499 Data Collection Agent c/o USAC 2000 L Street, N.W. Suite 200 Washington DC, 20036
For additional information regarding this worksheet contact:  Telecommunications Reporting Worksheet Info:  (888) 641-8722 or via e-mail:  Form499@universalservice.org

PERSONS WILLFULLY MAKING FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. §1001

*Save time, avoid problems – file electronically at*     http://forms.universalservice.org

FCC Form 499-Q
February 2010

## 2010 FCC Form 499-A   Telecommunications Reporting Worksheet (Reporting Calendar 2009 Revenues)

Page 8

**Block 6: CERTIFICATION: to be signed by an officer of the filer**

**601** Filer 499 ID [from Line 101]

826243

**602** Legal name of reporting entity [from Line 102]

CONNECTTO COMMUNICATIONS, INC.

Section IV of the instructions provides information on which types of reporting entities are required to file for which purposes. Any entity claiming to be exempt from one or more contribution requirements should so certify below and attach an explanation. [The Universal Service Administrator will determine which entities meet the *de minimis* threshold based on information provided in Block 4, even if you fail to so certify, below.]

**603** I certify that the reporting entity is exempt from contributing to:   Universal Service ☐   TRS ☐   NANPA ☐   LNP Administration ☐

Provide explanation below:

**604** Please indicate whether the reporting entity is   State or Local Government Entity ☐   I.R.C. § 501 or State Tax Exempt (see instructions) ☐

**605** I certify that the revenue data contained herein are privileged and confidential and that public disclosure of such information would likely cause substantial harm to the competitive position of the company. I request nondisclosure of the revenue information contained herein pursuant to Sections 0.459, 52.17, 54.711 and 64.604 of the Commission's Rules.   ☒

I certify that I am an officer of the above-named reporting entity as defined on page 33 of the instructions, that I have examined the foregoing report and, to the best of my knowledge, information and belief, all statements of fact contained in this Worksheet are true and that said Worksheet is an accurate statement of the affairs of the above-named company for the previous calendar year. In addition, I swear, under penalty of perjury, that all requested identification registration information has been provided and is accurate. If the above-named reporting entity is filing on a consolidated basis, I certify that this filing incorporates all of the revenues for the consolidated entities for the entire year and that the filer adhered to and continues to meet the conditions set forth in Section II-B of the instructions.

**606** Signature

**607** Printed name of officer   First ARAM   M   Last TER-MARTIROSYAN

**608** Position with reporting entity   CIO

**609** Business telephone number of officer   ( 818 ) - 546 - 4601   ext -

**610** Email of officer  || Required if available -- not for public release ||   aram@connectto.com

**611** Date   02/15/11

**612** Check those that apply:   ☒ Original April 1 filing for year ☐   New filer, registration only ☐   Revised filing with updated registration ☐   Revised filing with updated revenue data ☐

Do not mail checks with this form. Send this form to: **Form 499 Data Collection Agent c/o USAC** 2000 L Street, N.W., Suite 200 Washington DC, 20036
For additional information regarding this worksheet contact: **Telecommunications Reporting Worksheet Information:** (888) 641-8722 or via email: Form499@universalservice.org

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

*Save time, avoid problems -- file electronically at*   **http://forms.universalservice.org**

FCC Form 499-A
February 2010

**FCC Form 499-Q  Telecommunications  Reporting  Worksheet**
Quarterly Filing for Universal Service Contributors   >>> Please read instructions before completing <<<

Approval by OMB
3060-0855

**Block 1:   Contributor Identification Information**

| | | 101 | Filer 499 ID | 826243 |

| 102 | Legal name of reporting entity | CONNECTTO COMMUNICATIONS, INC. |
|---|---|---|
| 103 | IRS employer identification number | 56-2460926 |
| 104 | Name telecommunications provider is doing business as | CONNECTTO COMMUNICATIONS, INC. |
| 105 | Holding company [All affiliated companies should show same name here.] | |
| 106 | FCC Registration Number (FRN) | 0013-9216-14 |
| 107 | Complete mailing address of reporting entity's corporate headquarters | 555 RIVERDALE DR., STE A   GLENDALE, CA 91204 |

**Block 2:   Contact Information**

| 108 | Person who completed this worksheet | First ARAM   MI R   Last TER-MARTIROSYAN |
|---|---|---|
| 109 | Telephone number of this person | ( 818 ) 546 - 4601 |
| 110 | Fax number of this person | ( 818 ) 546 - 4601 |
| 111 | Email of this person | ARAM@CONNECTTO.COM |
| 112 | Billing address and billing contact person: [Bills for Universal Service contributions will be sent to this address.] | ARAM TER-MARTIROSYAN   555 RIVERDALE DR., STE A   GLENDALE, CA 91204 |

**Block 3:   Contributor Historical and Projected Revenue Information**

| 113 | Year of historical revenue information | 2010 |
|---|---|---|

| 114 | Indicate which quarterly filing this represents | Filing due | Historical revenues for | Projected revenues for |
|---|---|---|---|---|
| | | ☐ February 1 | October 1 - December 31 (prior year) | April 1 - June 30 |
| | | ☐ May 1 | January 1 - March 31 | July 1 - September 30 |
| | | ☐ August 1 | April 1 - June 30 | October 1 - December 31 |
| | | ☒ November 1 | July 1 - September 30 | January 1 - March 31 (following calendar year) |

Historical billed revenues with no allowance or deductions for uncollectibles. See instructions.

| | | Total Revenues (a) | Interstate Revenues (b) | International Revenues (c) |
|---|---|---|---|---|
| 115 | Telecommunications provided to other universal service contributors for resale as telecommunications or as interconnected VoIP | | | |
| 116 | End-user telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | 541,524 | 19,203 | 41,368 |
| 117 | All other goods and services | 364,060 | Column (b) and (c) not requested |  |
| 118 | Gross-billed revenues from all sources   [sum of above] | 910,983 | for Lines 117 and 118 | |
| 119 | Projected gross-billed end-user interstate and international telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | | 20,000 | 40,000 |
| 120 | Projected collected end-user interstate and international telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | | 20,000 | 40,000 |

**Block 4:   CERTIFICATION: to be signed by an officer of the reporting entity**

| 121 | I certify that the revenue data contained herein are privileged and confidential and that public disclosure of such information would likely cause substantial harm to the competitive position of the company. I request nondisclosure of the revenue information contained herein pursuant to sections 0.459, 52.17, 54.711 and 64.604 of the Commission's Rules. | ☒ |
|---|---|---|

I certify that I am an officer of the above-named reporting entity, that I have examined the foregoing report and to the best of my knowledge, information and belief, all statements of fact contained in this Worksheet are true, that said Worksheet is an accurate statement of the affairs of the above-named company for the quarter and that the projections of gross-billed revenues represent a good-faith estimate based on company procedures and policies.

| 122 | Signature | |
|---|---|---|
| 123 | Printed name of officer | First ARAM   MI   Last TER-MARTIROSYAN |
| 124 | Position with reporting entity | CIO |
| 125 | Email of officer   || Required if available || | aram@connectto.com |
| 126 | Date | 02/15/11 |
| 127 | This filing is: | ☒ Original filing   ☐ Revised filing  [revisions due within 45 days of original filing deadline] |

Do not mail checks with this form.   Send this form to:  Form 499 Data Collection Agent c/o USAC 2000 L Street, N.W. Suite 200 Washington DC, 20036
For additional information regarding this worksheet contact:  Telecommunications Reporting Worksheet Info: (888) 641-8722 or via e-mail: Form499@universalservice.org

PERSONS WILLFULLY MAKING FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. §1001

*Save time, avoid problems – file electronically at*   **http://forms.universalservice.org**

FCC Form 499-Q
February 2010

EXHIBIT "C"



**ConnectTo Communications, Inc.**
555 Riverdale Dr. Suite A
Glendale, CA 91204
Tel: 818.546.4600
Fax: 818.546.4617
E-mail: info@ConnectTo.com
Web: www.ConnectTo.com

VIA EMAIL: HCLI-IndustrySupport@usac.org

January 31, 2011

Letter of Appeal
High Cost Low Income Division
Universal Service Administrative Company
2000 L Street NW, Suite 200
Washington, DC 20036

Dear HCLI Appeals Department:

Please be advised that ConnectTo Communications, Inc. is disputing finding of the In-Depth Data Validation (IDV SAC 549007) for the following reasons.

First, the proposed $1.58 ($1.90 minus 17% wholesale discount of $0.32) charge of TLS by AT&T is for the AT&T Resell Wholesale Contract and not for the Local Wholesale Complete (LWC) contract, which ConnectTo Communications utilizes with AT&T and Local Wholesale Advantage contract that ConnectTo Communications is utilizing with Verizon. Since none of our customers are on the AT&T resell contract the $1.58 is not applicable to us and cannot be used.

Second, AT&T and Verizon Local Wholesale Contracts that we are utilizing don't have exclusive charges which discreetly identify TLS, whereas any change we make to the account is being charged as a change order. As we have submitted AT&T LWC and Verizon WC contracts, both don't include any specific charge for TLS and any change we make to the account, TLS such as changing long distance company, removing long distance company and as such all are being charged as change orders. Also in both AT&T and Verizon cases, we have two different pricing for change orders. The change order that we submit as automatic which would have been charged $7.50 in about 30% of time would require human interference from AT&T or Verizon in which case we get charged much higher rates for submitting the change. Again we have no control over it if the change will be automated or mechanized (handled by an employee from the carrier side), since we submit all orders the same way and it is not clear why 30% of the orders are handled by a underlying carrier representative. This problem is not only TLS related, as any change order, or new service order we enter is randomly charged at a much higher rate than the

equivalent automated order would cost us.  New service orders are $18.88 automated, and in some cases it might cost as us much as $1321, which again we have no control over.

Third, we have calculated the average cost of submitting change orders for $36.00 and we apply that to TLS for reimbursement.  We have not included any of our costs associated with setting up TLS service which on average is approximately $2.50 taking into account our representative time to answer the call and submit the order to the underlying carrier.  We are only charging the average change order cost that we incurred from carriers for the wholesale contract that we use and not the resell contract which we are not using.

Fourth, the invoices specifically requested were for March 2010. Since underlying carriers charge upfront, March invoices will only have some of the change order charges for the actual month of March. Most of them will be in April and even in May again depending on the invoice date and when the actual change order took place.  So it will be incorrect to look in March orders and only for AT&T and try to find TLS service since it is not identified as separate charges and not all the charges will be included in the specific month's invoice.

In conclusion, we are disputing IDV findings, since the AT&T resell cost of $1.58 does not apply to us, ConnectTo Communications, Inc. doesn't have any customers on the AT&T resell contract and it is incorrect to use that amount for TLS in ConnectTo Communications, Inc.'s case.  We have submitted for IDV our actual contracts from AT&T and Verizon which include the change order charges. We have also demonstrated that on average our change order charges are $36.00.  As it is our cost to provide TLS, we are entitled and are allowed to claim the $36.00 for providing TLS service.

Please take into consideration our appeal, and will gladly provide any additional information required for demonstration of our average cost incurred for TLS by underlying carriers.  Thank you and I look forward to a response at your earliest convenience.

Kind regards,

Aram Ter-Martirosyan
ConnectTo Communications, Inc.
Aram@ConnectTo.com
555 Riverdale Dr. Suite A
Glendale, CA 91204
Tel. 818-546-4601
Fax. 818-546-4617

## Christine Fitzgerald

| | |
|---|---|
| **From:** | Araksiya Nadjarian [arax@connectto.com] |
| **Sent:** | Tuesday, March 08, 2011 11:42 PM |
| **To:** | Christine Fitzgerald |
| **Subject:** | FW: ConnectTo USAC IDV Appeal |

Araksiya

-----Original Message-----
From: HCLI Industry Support [mailto:HCLI-IndustrySupport@usac.org]
Sent: Wednesday, March 02, 2011 12:01 PM
To: Araksiya Nadjarian
Cc: Pamela Gallant; Robert Binder
Subject: RE: ConnectTo USAC IDV Appeal

We have received your appeal letter and request that you send copies of any documents that you refer to in the letter of appeal.
If we do not receive the supporting documentation, USAC cannot confirm the costs that are referenced in the appeal.

Thanks.

-----Original Message-----
From: Araksiya Nadjarian [mailto:arax@connectto.com]
Sent: Wednesday, March 02, 2011 2:30 PM
To: HCLI Industry Support
Cc: Araksiya@ConnectTo.com
Subject: ConnectTo USAC IDV Appeal
Importance: High

Please refer to the attached Letter of Appeal for In-Depth Data Validation (IDV SAC 549007).
Thank you.

Araksiya Nadjarian
ConnectTo Communications
http://www.ConnectTo.com
555 Riverdale Drive Suite A
Glendale, CA 91204
Araksiya@ConnectTo.com
tel 818.546.4602

fax 818.546.4617

EXHIBIT "D"

**Christine Fitzgerald**

| | |
|---|---|
| **From:** | Barbieri, Gina M. [gbarbieri@mirickoconnell.com] |
| **Sent:** | Friday, March 11, 2011 11:30 AM |
| **To:** | Christine Fitzgerald |
| **Cc:** | Devine, Christine E. |
| **Subject:** | RE: ConnectTo: USAC Letter of Appeal |

Hi Christine,

Thank you for sending the Appeal Letter. We'll pass it on to USAC and will let you know of any (expedited) response.

USAC has double checked its system and has no record of the Debtor having filed its 2010 Form 499-A. Please ensure that the Debtor is making arrangements to file its 2010 Form 499-A along with its 2011 Form 499-A.

Regarding the past-due Quarterly Revenue Reports-- the Debtor must file its Quarterly Revenue Reports due November 1, 2010 and February 1, 2011, as the revenue reported on the Q Forms is prospective (i.e. estimating 2011 revenues). If the Debtor files its 2010 and 2011 Annual Revenue Reports, it does not need to file its other past due Quarterly Revenue Reports (e.g. August 2010, May 2010).

In light of the April 5 hearing date, the Debtor should make every effort to get these reports in as soon as possible. If you let us know when they are filed, we can alert USAC to expedite its review/processing of the Debtor's forms.

Please let me know if you have any questions or would like to discuss this further.

Thanks--

Best,
Gina


GINA M. BARBIERI | Associate
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive | Westborough | MA | 01581-3941
t 508.860.1483
f 508.983.6276
gbarbieri@mirickoconnell.com

Please visit our website:
www.mirickoconnell.com

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as <u>**DEBTOR'S OPPOSITION TO MOTION BY THE UNIVERSAL SERVICE ADMISISTRATIVE COMPANY FOR ENTRY OF ORDER; (1) ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (2) COMELLING COMPLIANCE WITH REPORTING REQUIREMENTS**</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>**March 22, 2011**</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

<u>**See attached service list**</u>

☒  Service information continued on attached page

II. <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**</u>(indicate method for each person or entity served)**:**
On <u>**March 22, 2011**</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<u>**See attached service list**</u>

☒  Service information continued on attached page

III. <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**</u> (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 22, 2011 | Brenda L. Campos | _(signature)_ |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**Section I**
**Served by the Court Via NEF**

**Office of the US Trustee**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Dare Law    dare.law@usdoj.gov

**Attorney for Creditor Universal Service Admin. Compnay**
Gina M Barbieri    gbarbieri@mirickoconnell.com
Christine E Devine    cdevine@mirickoconnell.com
Nada I Shamonki    nshamonki@mintz.com, docketing@mintz.com

**Attorney for Debtor**
Christine M Fitzgerald    cfitzgerald@scckg.com

**Attorney for Creditor AT&T**
Mark D Houle    mark.houle@pillsburylaw.com
David Tabibian    david.tabibian@pillsburylaw.com

**Attorney for Creditor Hi-Tech Gateway, Inc**
Sean Keshishyan    troxelllaw@dslextreme.com

**Attorney for Creditor Wells Fargo**
Edward J Miller    emiller@dfflaw.com

**Attorney for Creditor US Colo, LLC**
Mark Wray    mwray@markwraylaw.com

**Attorney for Wilshire State Bank**
John H Choi    johnchoi@kpcylaw.com

**Other interested party**
Eve A Marsella    emarsella@lawcgm.com

**Section II**

**Served via US Mail**

**JUDGE**
Honorable Vincent P. Zurzolo
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9013-3.1.PROOF.SERVICE**

**Section II Continued**

**Served via US Mail**

**DEBTOR**
ConnectTo Communications, LLC
555 Riverdale, Suite A
Glendale, CA 91204

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                    **F 9013-3.1.PROOF.SERVICE**