BARRY R. GORE, ESQ. SBN 143278
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A Professional Law Corporation
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone: (310) 542-0111
Facsimile: (310) 214-7254

Attorneys for ConnectTo Communications, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>**ConnectTo Communications, Inc.<br>a Nevada corporation,**<br><br>Debtor in Possession. | Case No. 2:10-bk-19227-VZ<br><br>Chapter 11<br><br>**STIPULATION REDUCING AND ALLOWING PROOF OF CLAIM FILED BY PACIFIC BELL TELEPHONE COMPANY D/B/A/ AT&T CALIFORNIA (CLAIM NO. 12), AND ALLOWING SETOFF BY AT&T**<br><br>Hearing Date:<br>Date:  May 31, 2011<br>Time: 11:00 a.m.<br>Ctrm: 1368 |

This Stipulation Reducing and Allowing Proof of Claim filed by Pacific Bell Telephone Company d/b/a AT&T California (Claim No. 12), and Allowing Setoff by AT&T, is made and is entered into by and between Chapter 11 Debtor and Debtor in Possession, ConnectTo Communications, Inc., (the "Debtor") on one hand, and Pacific Bell Telephone Company d/b/a AT&T California ("AT&T"), on the other hand, who filed Claim No. 12 (defined below) in the amount of $957,323.03, by and through their respective undersigned counsel, to allow Claim No. 12 only as a general unsecured claim in the amount of $830,000.00, and allowing AT&T to setoff a pre-petition deposit against Claim No. 12. This Stipulation is made with reference to the

following facts:

A. The Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on March 12, 2010. The Schedules and Statement of Financial Affairs were filed on March 12, 2010. An Amended Schedule F was filed on March 26, 2010.

B. The Debtor's Amended Schedule F lists AT&T as a creditor with a disputed claim in the amount of $886,062.93.

C. This Court established claims bar date of August 1, 2010 by an "Order Granting Motion Setting Deadlines for Filing Proofs of Claim and Interest" entered on May 6, 2010.

D. AT&T filed a Proof of Claim on July 14, 2010, in the amount of $957,323.03, asserting that their claim was subject to a set-off ("Claim No. 12").

E. The Debtor filed a Claim Objection ("Claim Objection") to Claim No. 12 on October 29, 2010, with a hearing set for November 30, 2010.

F. At the hearing the Court set the following deadlines for parties to resolve the Claim Objection: (i) Discovery to be completed by March 21, 2011, (ii) Mediation to be completed by May 2, 2011, and (iii) a hearing on the Claim Objection on May 31, 2011 at 11:00 a.m.

G. After extensive evaluation of the underlying records and negotiations between the Parties, the Parties agree that Claim No. 12 shall be allowed only as a general unsecured claim in the amount of $830,000.00, and otherwise disallowed.

H. The Parties also agree that AT&T currently holds a pre petition deposit in the amount of $65,000.00 which AT&T is entitled to set-off against AT&T's pre petition claim reducing AT&T's claim to $765,000.00.

**STIPULATION**

**NOW, THEREFORE,** the Parties hereto hereby stipulate and agree as follows, subject to approval of the Court:

1. Claim No. 12 filed by AT&T against the Debtor shall be allowed in the reduced

amount of $830,000.00 (the "AT&T Allowed Claim").

2. AT&T is entitled to immediately set-off its security deposit against the AT&T Allowed Claim, and the AT&T Allowed Claim shall be further reduced by the amount set-off by AT&T.

3. In the event Debtor assumes one or more executory contracts with AT&T pursuant to Section 365, the Parties reserve all rights regarding allocation of the AT&T Allowed Claim to the Debtor's various accounts with AT&T.

4. The Claim Objection is hereby withdrawn, and the May 31, 2011 hearing on the Claim Objection, at 11:00 a.m., shall be taken off calendar.

**IT IS SO STIPULATED.**

Dated: April 11, 2011

**SMITH CAMPBELL CLIFFORD KEARNEY GORE**
**A Professional Law Corporation**

By: _/s/ Christine M. Fitzgerald_
Barry R. Gore
Christine M. Fitzgerald
Counsel to ConnectTo Communications, Inc., Chapter 11 Debtor and Debtor in Possession

Dated: April 8, 2011

**PACIFIC BELL TELEPHONE COMPANY D/B/A/ AT&T CALIFORNIA**

By: _/s/ Mark D. Houle_
Mark D. Houle
Counsel for Pacific Bell Telephone Company d/b/a/ AT&T California

3    Stipulation Regarding Proof of Claim filed by AT&T
(Claim No. 12)

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson St., Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described as **STIPULATION REDUCING AND ALLOWING PROOF OF CLAIM FILED BY PACIFIC BELL TELEPHONE COMPANY dba AT&T CALIFORNIA (CLAIM NO. 12) AND ALLOWING SETOFF BY AT&T** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 11, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **April 11, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 11, 2011 | Brenda L. Campos | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                 **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

### SECTION I

**Served via NEF by the Court**
### Office of the US Trustee
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
Dare Law   dare.law@usdoj.gov

### Attorney for Creditor Universal Service Admin. Compnay
Gina M Barbieri   gbarbieri@mirickoconnell.com
Christine E Devine   cdevine@mirickoconnell.com
Nada I Shamonki   nshamonki@mintz.com, docketing@mintz.com

### Attorney for Debtor
Christine M Fitzgerald   cfitzgerald@scckg.com

### Attorney for Creditor AT&T
Mark D Houle   mark.houle@pillsburylaw.com
David Tabibian   david.tabibian@pillsburylaw.com

### Attorney for Creditor Hi-Tech Gateway, Inc
Sean Keshishyan   troxelllaw@dslextreme.com

### Attorney for Creditor Wells Fargo
Edward J Miller   emiller@dfflaw.com

### Attorney for Creditor US Colo, LLC
Mark Wray   mwray@markwraylaw.com

### Attorney for Wilshire State Bank
John H Choi   johnchoi@kpcylaw.com

### Other interested party
Eve A Marsella   emarsella@lawcgm.com

### SECTION II

**Served via US Mail**

### JUDGE
Honorable Vincent P. Zurzolo
255 E. Temple St. Suite 1360
Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                    **F 9013-3.1.PROOF.SERVICE**

Main Document      Page 6 of 6

## SECTION II CONTINUED

### Served via US Mail

### DEBTOR
ConnectTo Communications, LLC
555 Riverdale, Suite A
Glendale, CA 91204

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE