1 | Barry R. Gore, Esq. (SBN 143278)
2 | Christine M. Fitzgerald, Esq. (SBN 259014)
  | Smith | Campbell | Clifford | Kearney | Gore
3 | A Professional Law Corporation
  | 3424 Carson Street, Suite 350
4 | Torrance, California 90503
  | Telephone: (310) 542-0111
5 | Facsimile: (310) 214-7254

6 | Counsel for ConnectTo Communications, Inc.
  | Chapter 11 Debtor and Debtor In Possession
7 | .

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA,

10 | LOS ANGELES DIVISION

| In Re | Case No. 2:10-bk-19227-VZ |
|---|---|
| CONNECTTO COMMUNICATIONS, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | AMENDED NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 PLAN |
| | OLD DATE<br>Date:  May 28, 2011<br>Time:  1:30 p.m.<br>Ctrm:  1368 |
| | NEW DATE<br>Date:  May 26, 2011<br>Time:  1:30 p.m.<br>Ctrm:  1368 |

**PLEASE TAKE NOTICE** that the hearing date on the Debtor's Disclosure Statement has been changed from May 28, 2011 at 1:30 p.m. in courtroom 1368 located at 255 E. Temple Street, Los Angeles, CA, 90012, to May 26, 2011 at 1:30 p.m. in courtroom 1368 located at 255 E. Temple Street, Los Angeles, CA 90012.

///

1    Amended Notice of Hearing on DS and Plan

1  Dated: April 29, 2011           SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
2                                  A Professional Law Corporation
3                                  By: /s/ Christine M. Fitzgerald
4                                  Christine M. Fitzgerald
                                   Counsel to ConnectTo Communications, Inc.,
5                                  Chapter 11 Debtor and Debtor in Possession
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as **AMENDED NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 29, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **April 29, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 29, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2011 | Nina Narag | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                           F 9013-3.1.PROOF.SERVICE

# SERVICE LIST

## SECTION I
## Served via NEF by the Court

### Office of the US Trustee
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Dare Law    dare.law@usdoj.gov

### Attorney for Creditor Universal Service Admin. Compnay
Gina M Barbieri    gbarbieri@mirickoconnell.com
Christine E Devine    cdevine@mirickoconnell.com
Nada I Shamonki    nshamonki@mintz.com, docketing@mintz.com

### Attorney for Debtor
Christine M Fitzgerald    cfitzgerald@scckg.com

### Attorney for Creditor AT&T
Mark D Houle    mark.houle@pillsburylaw.com
David Tabibian    david.tabibian@pillsburylaw.com

### Attorney for Creditor Hi-Tech Gateway, Inc
Sean Keshishyan    troxelllaw@dslextreme.com

### Attorney for Creditor Wells Fargo
Edward J Miller    emiller@dfflaw.com

### Attorney for Creditor US Colo, LLC
Mark Wray    mwray@markwraylaw.com

### Attorney for Wilshire State Bank
John H Choi    johnchoi@kpcylaw.com

### Other interested party
Eve A Marsella    emarsella@lawcgm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

**Section II**

**Served via US Mail**

**DEBTOR**
ConnectTo Communications, LLC
555 Riverdale, Suite A
Glendale, CA 91204

**LANDLORD**
Yoram Levy
dba Riverdale Business Center
P.O. Box 260313
Encino, CA 91426

**TOP 20 CREDITORS**
Araksiya Nadjarian
555 Riverdale Dr. Suite A
Glendale, CA 91204

Equant LLC
Yakimanskaya nab., 4
Building 4
Moscow Russia 119180

Global Crossing Tel Cable
Attn: David Gagliardi
225 Kenneth Dr.
Rochester, NY 14623

Cedar Point
Attn: Joseph G. Santiago/Corp. Controller
16 Route 111 Building 3
Derry, NH 03038

Solix/Attn: Thomas Carroll
30 Lanidex Plaza West
P.O. Box 685
Parsippany, NJ 07054

U.S. Collocation, LLC
601 Wilshire Blvd. Suite 900
Los Angeles, CA 90017

**Section II Continued**

Emdeon Business Services
Attn: Bill Roberts
3055 Lebanon Pike
Nashville, TN 37214

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                    F 9013-3.1.PROOF.SERVICE

Ethos
Attn: Josh Ploude
728 Cypress Ave
Hermosa Beach, CA 90254

Verizon Business
Attn: Natalie Bannister
6929 N. Lakewood Ave. MD5.4317I
Tulsa, OK 74117

East West Bank
Attn: Doug Krause Agent for Service of Process
135 N. Los Robles Ave 7th Floor
Pasadena, CA 91101

Verizon Business
Attn: Stephanie Dunn/Bankruptcy Dept.
500 Technology Dr. Suite 870
Weldon Springs, MO 63304

Verizon
William M. Vermette
Assistant General Counsel
22001 Loudoun County Parkway
E1-3-115
Ashburn, VA 20149

Pac-West
Attn: Pauline Wickstrom
4210 Coronado Ave.
Stockton, CA 95204

Billsoft Services
Attn: Joe Wolf
10100 W. 87th St. Suite 200
Overland Park, KS 66212

Rocket Internetworking
Attn: Brian Hinds
P.O. Box 1301
Gardena, CA 90249

**Section II continued**

MM Internet
Attn: Brian Hinds
200 Oceangate Suite 800

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                         F 9013-3.1.PROOF.SERVICE

Long Beach, CA 90802

Check-O-Matic
P.O. Box 2141
Monroe, NY 10949

TelePacific Communications
MPower Communicatios
Attn: Erich Everbach
515 S. Flower St. 4th Floor
Los Angeles, CA 90071

Verisign
Attn: Jackie Bauer
4501 Intelco Loop SE
Lacey, WA 98503

HCI Inc.
1806 Orange Tree Lane Suite C
Redlands, CA 92375

**SECURED CREDITORS**
Landmark Financial Corp.
c/o Irwin Wittlin
Hemar Rousso & Heald LLP
15910 Ventura Blvd. 12th Floor
Encino, CA 91436

Nat'l City Commercial Capital
c/o Marshall F. Goldberg
2177 Oxnard St Suite 430
Woodland Hills, CA 91367

Nat'l City Commercial Capital
P.O. Box 931034
Cleveland, OH 44193

**Section II Continued**

**OTHER CREDITORS**
Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                F 9013-3.1.PROOF.SERVICE

IRS
P.O. Box 21126
Philadelphia, PA 19114

L.A. County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

State of California
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036

California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                          F 9013-3.1.PROOF.SERVICE