```
 1  BARRY R. GORE, ESQ. SBN 143278
    CHRISTINE M. FITZGERALD, ESQ. SBN 259014
 2  SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
    A Professional Law Corporation
 3  3424 Carson Street, Suite 350
    Torrance, California 90503
 4  Telephone:  (310) 542-0111
    Facsimile:  (310) 214-7254
 5
    Attorneys for ConnectTo Communications, Inc.
 6
```



FILED & ENTERED

MAY 27 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY queen      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re | Case No.  2:10-bk-19227-VZ |
| **ConnectTo Communications, Inc.**<br>         **a Nevada corporation,** | Chapter 11 |
| Debtor in Possession. | **ORDER APPROVING STIPULATION REDUCING AND ALLOWING PROOF OF CLAIM FILED BY THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CLAIM NO. 23) AND ALLOWING SET-OFF** |
| | <u>Hearing Date:</u><br>Date:  May 31, 2011<br>Time:  11:00 a.m.<br>Ctrm:  1368 |

   The Court having read and considered the Stipulation Reducing and Allowing Proof of Claim Filed by the California Public Utilities Commission (Claim NO. 23) and Allowing Set-Off entered into by Debtor and Debtor in Possession, ConnectTo Communications, Inc. ("Debtor"), on the one hand, and the California Public Utilities Commission (the "CPUC"), on the other hand (together the "Parties") and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that:

1. The Stipulation is approved;

2. Claim No. 23, filed by the CPUC against the Debtor shall be allowed in the reduced amount of $556,076.00 (the "Allowed Claim");

3. The CPUC shall be allowed to set off $237,919.00 against its Allowed Claim, reducing it to a total of $318,157.80;

4. The Parties may file another stipulation, as they deem necessary, to amend Claim No. 23 and the pre-petition amount owed to the CPUC; and

5. Debtor's objection to Claim No. 23 shall be withdrawn, and the hearing on that objection scheduled for May 31, 2011, at 11:00 a.m., shall be taken off calendar.

###

DATED: May 27, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3424 Carson Street, Suite 350
Torrance, CA  90503**

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION REDUCING AND ALLOWING PROOF OF CLAIM FILED BY THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CLAIM NO. 23) AND ALLOWING SET-OFF BY CPUC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐                                                                                    Service information continued on attached page

II. **SERVED BY ~~U.S. MAIL~~ OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On *May 25, 2011* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Vincent P. Zurzolo
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

☐                                                                                    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐          Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 May 25, 2011     Brenda L. Campos                              /s/ Brenda L. Campos
 *Date                         Type Name                                    Signature*

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION REDUCING AND ALLOWING PROOF OF CLAIM FILED BY THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CLAIM NO. 23) AND ALLOWING SET-OFF BY CPUC** as entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *May 25, 2011* the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒                                                            Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐                                                            Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached service list**

☒                                                            Service information continued on attached page

**SERVICE LIST**

**SECTION I**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**Office of the US Trustee**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Dare Law    dare.law@usdoj.gov

**Attorney for Creditor Universal Service Admin. Compnay**
Gina M Barbieri    gbarbieri@mirickoconnell.com
Christine E Devine    cdevine@mirickoconnell.com
Nada I Shamonki    nshamonki@mintz.com, docketing@mintz.com

**Attorney for Debtor**
Christine M Fitzgerald    cfitzgerald@scckg.com

**Attorney for Creditor AT&T**
Mark D Houle    mark.houle@pillsburylaw.com
David Tabibian    david.tabibian@pillsburylaw.com

**Attorney for Creditor Hi-Tech Gateway, Inc**
Sean Keshishyan    troxelllaw@dslextreme.com

**Attorney for Creditor Wells Fargo**
Edward J Miller    emiller@dfflaw.com

**Attorney for Creditor US Colo, LLC**
Mark Wray    mwray@markwraylaw.com

**Attorney for Wilshire State Bank**
John H Choi    johnchoi@kpcylaw.com

**Other interested party**
Eve A Marsella    emarsella@lawcgm.com

**Section III**

**TO BE SERVED BY U.S. MAIL BY THE LODGING PARTY**

**Debtor**
ConnectTo Communications, LLC
555 Riverdale Suite A
Glendale, CA 91204

**Claimant No. 23**
California Public Utilities Commission
Attn: Peter Fairchild
505 Van Ness Ave.
San Francisco, CA 94102