JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HYE JIN JANG (SBN 272463)
hjang@jhindslaw.com
HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd.
Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for ConnectTo Communications, Inc.,
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CONNECTTO COMMUNICATIONS, INC.,<br><br>Debtor and Debtor-in-Possession. | CASE NO. 2:10-BK-19227-VZ<br><br>(Chapter 11)<br><br>**STIPULATION TO CONTINUE HEARING ON RENEWED MOTION BY THE UNIVERSAL ADMINISTRATIVE COMPANY FOR ENTRY OF AN ORDER (I0 ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPELLING COMPLIANCE WITH REPORTING REQUIREMENTS**<br><br>DATE:    July 19, 2011<br>TIME:    11:00 a.m.<br>PLACE:    CTRM #1368<br><br><u>Proposed Continued Hearing Date:</u><br><br>DATE:    August 15, 2011<br>TIME:    11:00 a.m.<br>PLACE:    CTRM #1368 |

    This stipulation is entered into by and between the Chapter 11 Debtor and Debtor-In-Possession, ConnectTo Communications, Inc. (hereinafter referred to as the "Debtor"),

1.

---

STIPULATION TO CONTINUE HEARING ON RENEWED MOTION BY THE UNIVERSAL ADMINISTRATIVE
COMPANY FOR ENTRY OF AN ORDER (I0 ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF
UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPELLING
COMPLIANCE WITH REPORTING REQUIREMENTS

1  and creditor Universal Service Administrative Company (hereinafter referred to as the
2  "USAC"), with reference to the following facts:
3      1.    On March 12, 2010, the Debtor filed a petition for relief under the Title 11 of
4  the United States Code (the "Bankruptcy Code"). The Debtor has been and remains the
5  Debtor-In-Possession in this case with all the powers reserved under 11 U.S.C. §§ 1107
6  and 1108.
7      2.    USAC asserts that its holds an administrative expense claim against the
8  Debtor. On February 28, 2011, USAC files its Motion for Entry of and Order (I) Allowing
9  and Directing the Immediate Payment of Universal Service Fees Accrued and Accruing
10 Post-Petition and (II) Compelling Compliance with Reporting Requirements. (See Docket
11 Item # 215.) On March 22, 2011, the Debtor files its Opposition to the USAC Motion.
12 (See Docket Item # 222.) USAC filed its Reply on March 29, 2011. (See Docket Item #
13 223.) On April 6, 2011, this Court entered its Order denying USAC's Motion. (See
14 Docket Item # 230.)
15     3.    On June 24, 2011, USAC files its Renewed Motion for Entry of and Order (I)
16 Allowing and Directing the Immediate Payment of Universal Service Fees Accrued and
17 Accruing Post-Petition and (II) Compelling Compliance with Reporting Requirements.
18 (See Docket Item # 273.) On June 20, 2011, the Debtor files its Opposition to the USAC
19 Renewed Motion. (See Docket Item # 274.) USAC filed its Reply on March 29, 2011.
20 (See Docket Item # 276.)
21     4.    Since the filing of the USAC Renewed Motion the Debtor has exchanged
22 data with USAC and its counsel. The parties believe that serious progress has been
23 made in resolving the issues raised in the USAC Renewed Motion. Resolution of the
24 issue related to the USAC Renewed Motion will have an impact on the Debtor's
25 prospects of reorganization. If the resolution of the USAC Motion is unfavorable to the
26 Debtor, the Debtor may not be able to reorganize.
27     5.    The parties believe it will be in their best interests, the best interest of the
28

2.

Debtor's bankruptcy Estate, and the interest of judicial economy for the hearing on the USAC Renewed Motion to be continued for approximately three-weeks so that the parties settlement discussions can ripen and conclude.

6. In light of the foregoing, the parties further believe that cause exists to continue the hearing on the USAC Renewed Motion approximately three-weeks to the first available date on the Court's calendar on or after August 15, 2011.

**NOW THEREFORE**, in consideration of the foregoing recitals, the Debtor and USAC submit to Court the following stipulation.

The Debtor and USAC hereby stipulate and agree through their respective undersigned counsel to continue the July 19, 2011-hearing on the USAC Renewed Motion for approximately three-weeks to the first available date on the Court's calendar on or after August 15, 2011, with no other or further briefing required.

**IT IS SO STIPULATED.**

Dated: July 18, 2011

JAMES ANDREW HINDS, JR.
HINDS & SHANKMAN, LLP

By: /s/ James Andrew Hinds, Jr.
JAMES ANDREW HINDS, JR.
Counsel to ConnectTo Communications, Inc., Chapter 11 Debtor and Debtor-in-Possession

Dated: July 18, 2011

GINA M. BARBIERI
MIRICK O'CONNELL DEMALLIE & LOUGEE, LLP

By: [signature]
GINA M. BARBIERI
Counsel for creditor Universal Service Administrative Company

3.

STIPULATION TO CONTINUE HEARING ON RENEWED MOTION BY THE UNIVERSAL ADMINISTRATIVE COMPANY FOR ENTRY OF AN ORDER (I0 ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPELLING COMPLIANCE WITH REPORTING REQUIREMENTS