JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HYE JIN JANG (SBN 272463)
hjang@jhindslaw.com
HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd.
Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

[Proposed] Attorneys for ConnectTo Communications, Inc.,
Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CONNECTTO COMMUNICATIONS, INC.,<br><br>Debtor and Debtor-in-Possession. | CASE NO. 2:10-bk-19227-VZ<br><br>(Chapter 11)<br><br>**DEBTOR AND DEBTOR-IN-POSSESSION'S STATEMENT OF READINESS TO FILE REVISED AND AMENDED PLAN AND DISCLOSURE STATEMENT AND NOTICE OF FILING STIPULATION WITH MAJOR CONSTITUENCIES AND DECLARATION IN SUPPORT**<br><br>DATE:    August 25, 2011<br>TIME:    1:30 p.m.<br>PLACE:   CTRM #1368 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:**

1.  On March 12, 2010, the Debtor filed a petition for relief under the Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor has been and remains the

///

1.

1. Debtor-In-Possession in this case with all the powers reserved under 11 U.S.C. §§ 1107 and 1108.

2. On May 11, 2010, the Court entered an order setting the hearing for the Debtor's Disclosure Statement and Plan for February 24, 2011, at 1:30 p.m. On May 5, 2011, the Debtor filed its Plan and Disclosure Statement proposing in good faith a method and means of dealing with all of its financial problems.

3. By Order entered by this Court on June 6, 2011, this Court denied approval of the Debtor's Disclosure Statement and set a continued OSC date of August 25, 2011, which may also be used as a disclosure statement hearing date. (See Docket Item # 257.)

4. On October 6, 2010, the CPUC filed a proof of claim in the amount of $561,663.00, Claim No. 23. The Debtor disputed the CPUC Claim. On May 27, 2011, this Court entered its Order approving the Stipulation between the Debtor and the CPUC allowing the CPUC Claim in a reduced amount, allowing set off of a part of the Allowed Claim, and further allowing the Debtor and the CPUC to further amend Claim No. 23 and the pre-petition amount owed to the CPUC. (See Docket Item # 251.) The Debtor and the CPUC have agreed to submit the issue of the reimbursement and related recoupment to mediation. The Debtor and the CPUC require additional time to obtain a hearing date for the mediation. It is currently believed that the mediation will take place in San Francisco.

5. Resolution of the issues of reimbursement and related recoupment of the CPUC Claim will have a significant impact on the Debtor's prospects of reorganization. The Debtor's ability to reorganize hinges on the result of the resolution of these issues. If the resolution of the CPUC claims is unfavorable to the Debtor, the Debtor may not be able to reorganize.

6. The Debtor and AT&T have over the past 45-days sought to determine which of the executory contracts by and between the Debtor and AT&T can (or should)

2.

be assumed and how to fix the cure amount on any assumed AT&T contract(s). Discussions between the Debtor and AT&T continue. (See Declaration of James Andrew Hinds, Jr. at ¶ 4.)

7. On June 24, 2011, Universal Service Administrative Company (hereinafter referred to as "USAC") filed its Renewed Motion for Entry of an Order: (I) Allowing and Directing the Immediate Payment of Universal Service Fees Accrued and Accruing Post-Petition and (II) Compelling Compliance with Reporting Requirements (the "USAC Motion"). At a hearing held on July 19, 2011, this Court continued the hearing on the USAC Motion to August 23, 2011.

8. On June 15, 2011, the Debtor retained Hinds & Shankman, LLP as replacement chapter 11 counsel in this matter. The change in counsel resulted from the elevation of primary counsel for the Debtor, Scott Clarkson, Esq. of Clarkson, Gore & Marsella, APLC, to the bench as a United States Bankruptcy Judge for the Central District of California, and the movement of other counsel associated with the matter, Eve A. Marsella, Esq. and Christine M. Fitzgerald, to be Clerks of the United States Bankruptcy Court for the Central District of California. (See Hinds Dec. at ¶ 3.)

9. Since its retention in this case Hinds & Shankman, LLP has tried to come up to speed on the various aspects of this complex chapter 11 case and to understand the issues which are described in the Debtor's Plan and Disclosure Statement. Hours have been spent in conferences with the principals of the Debtor, in meetings with the lawyers for the major constituencies in the case, AT&T, CPUC, and USAC (and others) to work out the issues and problems which resulted in the rejection of the Debtor's Plan and Disclosure Statement by this Court. (See Hinds Dec. at ¶ 4.)

10. Progress has been made in addressing these issues. A mediation is to be set with the CPUC in San Francisco in the next two-weeks to iron out the reimbursement and related recoupment issues. A continued hearing is set on the USAC issues. And

/ / /

3.

1  discussions with AT&T on assumption of some or all of their contracts and the means for
2  curing any assumed contracts are ongoing. (See Hinds Dec. at ¶¶ 3, 4 and 5.)
3     11.    On July 20, 2011, the Debtor filed with this Court its Stipulation to Continue
4  Hearing on Debtor's Amended Disclosure Statement and Plan.
5     12.    The Debtor believes that and Amended Plan and related Disclosure
6  Statement can be filed in this case. However, the Debtor and its counsel believe that
7  filing same on the timetable established by this Court is problematic. Thus, the Debtor
8  respectfully requests that the filing deadline on the Amended Plan and related Disclosure
9  Statement be continued for 30-days and the hearing on the Court's Order to Show Cause
10 (Docket Item ## 258 and 259) be continued for 30-days. (See Hinds Dec. at ¶ 6.)

DATED: July 20, 2011

Respectfully submitted,
JAMES ANDREW HINDS, JR.
PAUL R. SHANKMAN
HINDS & SHANKMAN, LLP


By: /s/ James Andrew Hinds, Jr.
JAMES ANDREW HINDS, JR.
[Proposed] Attorneys for the Chapter 11 Debtor and
Debtor-in- Possession

4.

# DECLARATION OF JAMES ANDREW HINDS, JR.

I, James Andrew Hinds, Jr., declare and state as follows:

1.   I am an attorney duly licensed to practice law before all of the courts of the State of California and am admitted to practice law before this United States Bankruptcy Court. I am a founding partner of Hinds & Shankman, LLP, proposed replacement counsel for ConnectTo Communications, Inc., the Debtor and Debtor-in-Possession herein. I am one of the attorneys who is principally responsible for the representation of ConnectTo. I make this declaration as part of the Debtor's attached Statement of Readiness to File Revised and Amended Plan and Disclosure Statement and Notice of Filing Stipulation with Major Constituencies. The matters set forth hereinbelow are made of my own personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.   I have reviewed the Debtor's attached Statement of Readiness and the matters therein are true and correct to be best of my knowledge, information, and belief.

3.   On June 15, 2011, the Debtor retained Hinds & Shankman, LLP as replacement chapter 11 counsel in this matter. The change in counsel resulted from the elevation of primary counsel for the Debtor, Scott Clarkson, Esq. of Clarkson, Gore & Marsella, APLC, to the bench as a United States Bankruptcy Judge for the Central District of California, and the movement of other counsel associated with the matter, Eve A. Marsella, Esq. and Christine M. Fitzgerald, to be Clerks of the United States Bankruptcy Court for the Central District of California.

4.   Since our retention in this case my staff has tried to come up to speed on the various aspects of this complex chapter 11 case and to understand the issues which are described in the Debtor's Plan and Disclosure Statement. Hours have been spent in conferences with the principals of the Debtor, in meetings with the lawyers for the major constituencies in the case, AT&T, CPUC, and USAC (and others) to work out the issues and problems which resulted in the rejection of the Debtor's Plan and Disclosure

5.

1  Statement by this Court. Discussions between the Debtor and AT&T, CPUC, and USAC
2  continue.
3      5.    Progress has been made in addressing these issues. A mediation is to be
4  set with the CPUC in San Francisco in the next two-weeks to iron out the reimbursement
5  and related recoupment issues. A continued hearing is set on the USAC issues. And
6  discussions with AT&T on assumption of some or all of their contracts and the means for
7  curing any assumed contracts are ongoing. On July 20, 2011, the Debtor filed with this
8  Court its Stipulation to Continue Hearing on Debtor's Amended Disclosure Statement and
9  Plan.
10      6.    Cause exists to extend the filing deadline and hearing date on the Debtor's
11  Amended Plan and related Disclosure Statement and the Court's Order to Show Cause
12  (Docket Item ## 258 and 259) for a period of 30-days.
13
14  I declare under the penalty of perjury and the laws of the United States of America
15  and the State of California that the foregoing is true and correct.
16  Executed on this 20th day of July 2011 at Torrance, California.
17
18                  /s/ James Andrew Hinds, Jr.
                  JAMES ANDREW HINDS, JR.
19
20
21  Response on Plan .7.20.11.wpd

6.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER: (1) SETTING HEARING ON STATUS OF CHAPTER 11 CASE; AND (2) REQUIRING REPORT ON STATUS OF CHAPTER 11 CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July, 18, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Capistrano Terrace Ltd
23792 Rockfield Boulevard, Suite 100
Lake Forest, CA  92630

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

| In re:<br>ConnectTo Communications, Inc., Debtor and Debtor in Possession. | CHAPTER 11<br>CASE NO. 2:10-bk-19227-VZ |
|---|---|

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21515 Hawthorne Blvd., Ste. 115, Torrance, CA 90503.  A true and correct copy of the foregoing document described as: DEBTOR AND DEBTOR-IN-POSSESSION'S STATEMENT OF READINESS TO FILE REVISED AND AMENDED PLAN AND DISCLOSURE STATEMENT AND NOTICE OF FILING STIPULATION WITH MAJOR CONSTITUENCIES AND DECLARATION IN SUPPORT **will** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 20, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Gina M Barbieri    gbarbieri@mirickoconnell.com
- John H Choi    johnchoi@kpcylaw.com
- Christine E Devine    cdevine@mirickoconnell.com
- Christine M Fitzgerald    cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
- James Andrew Hinds    jhinds@jhindslaw.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Sean Keshishyan    troxelllaw@dslextreme.com
- Dare Law    dare.law@usdoj.gov
- Eve A Marsella    emarsella@lawcgm.com
- Edward J Miller    emiller@dfflaw.com
- Melanie C Scott    Melanie.Scott@usdoj.gov
- Nada I Shamonki    nshamonki@mintz.com, docketing@mintz.com
- Paul R Shankman    pshankman@jhindslaw.com
- David Tabibian    david.tabibian@pillsburylaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Mark Wray    mwray@markwraylaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On July 20, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              **F 9013-3.1**

| In re:<br>ConnectTo Communications, Inc., Debtor and Debtor in Possession. | CHAPTER 11 |
|---|---|
| | CASE NO. 2:10-bk-19227-VZ |

overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo (VIA Federal Express)
255 E. Temple Street Suite 1360
Los Angeles, CA 90012

**<u>VIA FIRST CLASS MAIL:</u>**

Mr. Araksiya Nadjarian
Chief Executive Officer
ConnectTo Communications, Inc.
555 Riverside Dr., Ste. A
Glendale, CA 91204

                                                          X    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

    ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 20, 2011<br>Date | RODABA SADOZAI<br>Type Name | /s/ Rodaba Sadozai<br>Signature |
|---|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1