JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HYE JIN JANG (SBN 272463)
hjang@jhindslaw.com
HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd.
Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

[Proposed] Attorneys for ConnectTo Communications, Inc.,
Debtor-in-Possession

**FILED & ENTERED**

AUG 01 2011

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CONNECTTO COMMUNICATIONS, INC.,<br><br>Debtor and Debtor-in-Possession. | CASE NO. 2:10-bk-19227-VZ<br><br>(Chapter 11)<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON RENEWED MOTION BY THE UNIVERSAL ADMINISTRATIVE COMPANY FOR ENTRY OF AN ORDER (I) ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPELLING COMPLIANCE WITH REPORTING REQUIREMENTS**<br><br>DATE:    July 19, 2011<br>TIME:    11:00 a.m.<br>PLACE:   CTRM #1368<br><br><u>Proposed Continued Hearing Date:</u><br><br>DATE:    August 23, 2011<br>TIME:    11:00 a.m.<br>PLACE:   CTRM #1368 |

1
**ORDER GRANTING APPLICATION OF CONNECTTO COMMUNICATIONS, INC. TO EMPLOY HINDS & SHANKMAN**

The United States Bankruptcy Court having reviewed and considered the Stipulation to Continue Hearing on Renewed Motion by the Universal Administrative Company for Entry of an Order (I) Allowing and Directing the Immediate Payment of Universal Service Fees Accrued and Accruing Post-Petition and (II) Compelling Compliance with Reporting Requirements and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation is **APPROVED**.

2. The hearing on the Renewed Motion by the Universal Administrative Company for Entry of an Order (I) Allowing and Directing the Immediate Payment of Universal Service Fees Accrued and Accruing Post-Petition and (II) Compelling Compliance with Reporting Requirements is continued from July 19, 2011 to August 23, 2011.

3. No other briefing is required.

**# # #**

DATED: August 1, 2011

_____
United States Bankruptcy Judge

| In re: ConnectTo Communications, Inc.<br>  Debtor and Debtor-In-Possession. | Chapter 11<br>Case No.: 2:10-bk-19227-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: HINDS & SHANKMAN, LLP, 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503

The foregoing document described as: ORDER APPROVING STIPULATION TO CONTINUE HEARING ON RENEWED MOTION BY THE UNIVERSAL ADMINISTRATIVE COMPANY FOR ENTRY OF AN ORDER (I) ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPELLING COMPLIANCE WITH REPORTING REQUIREMENTS will be served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On     , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 18, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Vincent P. Zurzolo (Federal Express)
255 E. Temple Street Suite 1360
Los Angeles, CA 90012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　X  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on     , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐  Service information continued on

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 18, 2011 | RODABA SADOZAI | /s/ RODABA SADOZAI |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Served Via U.S. Mail:**

ConnectTo Communications, LLC
555 Riverdale Suite A
Glendale, California 91204

**NOTE TO USERS OF THIS FORM:**

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled: ORDER APPROVING STIPULATION TO CONTINUE HEARING ON RENEWED MOTION BY THE UNIVERSAL ADMINISTRATIVE COMPANY FOR ENTRY OF AN ORDER (I) ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPELLING COMPLIANCE WITH REPORTING REQUIREMENTS was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July , 2011 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses listed below:

- Gina M. Barbieri    gbarbieri@mirickoconnell.com
- John H. Choi    johnchoi@kpcylaw.com
- Christine E. Devine    cdevine@mirickoconnell.com
- Christine M. Fitzgerald    cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
- James Andrew Hinds, Jr.    jhinds@jhindslaw.com
- Mark D. Houle    mark.houle@pillsburylaw.com
- Sean Keshishyan    troxelllaw@dslextreme.com
- Dare Law    dare.law@usdoj.gov
- Eve A. Marsella    emarsella@lawcgm.com
- Edward J. Miller    emiller@dfflaw.com
- Melanie C. Scott    Melanie.Scott@usdoj.gov
- Nada I. Shamonki    nshamonki@mintz.com, docketing@mintz.com
- Paul R. Shankman    pshankman@jhindslaw.com
- David Tabibian    david.tabibian@pillsburylaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Mark Wray    mwray@markwraylaw.com

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐    Service information continued on attached page

**ORDER GRANTING APPLICATION OF CONNECTTO COMMUNICATIONS, INC. TO EMPLOY HINDS & SHANKMAN**