Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
Sarah J. Robertson (SBN: 243364)
MINTZ LEVIN COHN FERRIS GLOVSKY AND
  POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: (310) 586-3200
Fax:   (310) 586-3202
email: hsaferstein@mintz.com; nshamonki@mintz.com;
       srobertson@mintz.com

-and-

Joseph H. Baldiga *(Admitted pro hac vice)*
Christine E. Devine *(Admitted pro hac vice)*
Gina M. Barbieri *(Admitted pro hac vice)*
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502
email: jbaldiga@mirickoconnell.com; cdevine@mirickoconnell.com;
       gbarbieri@mirickoconnell.com

Attorneys for Creditor
UNIVERSAL SERVICE ADMINISTRATIVE COMPANY

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ConnectTo Communications, Inc.,<br>a Nevada Corporation,<br><br>                Debtor. | Case No. 2:10-bk-19227-VZ<br><br>Chapter 11<br><br>**STIPULATION REGARDING (I) PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPLIANCE WITH REPORTING REQUIREMENTS**<br><br>**DATE:** August 23, 2011<br>**TIME:** 11:00 A.M.<br>**COURTROOM:** 1368 |

1

{Practice Areas\CORP\18306\00077\A4168785.DOCX} [Ver: 2]}

This Stipulation Regarding (I) Payment of Universal Service Fees Accrued and Accruing Post-Petition and (II) Compliance with Reporting Requirements (the "Stipulation") is entered into by and between ConnectTo Communications, Inc. (the "Debtor") and Universal Service Administrative Company ("USAC"; together with the Debtor, the "Parties") based on the following information:

## I.    RECITALS.

A.    On March 12, 2010 (the "Petition Date"), the Debtor filed its voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its assets as debtor-in-possession;

B.    USAC is a not-for-profit Delaware corporation that administers the federal Universal Service Fund (the "USF") pursuant to the rules and under the oversight of the Federal Communications Commission (the "FCC"). The USF[1] is funded through mandatory contributions from all U.S. telecommunications carriers based on, <u>inter alia</u>, a percentage of their interstate and international end-user telecommunication revenues. Funds deposited into the USF are available for distribution to eligible recipients of universal service support programs pursuant to FCC rules;

C.    Prior to the Petition Date, the Debtor periodically submitted revenue information to USAC on a quarterly and annual basis as directed by the FCC. Upon receiving and reviewing the Debtor's quarterly revenue reports (each, a "Form 499-Q" or a "Quarterly Revenue Report"), USAC calculated the Debtor's quarterly USF contribution obligation for the upcoming quarter and invoiced the Debtor for its required contribution to the USF in three monthly installments, as directed by the FCC. In April each year, the Debtor was required to submit a form reporting annual revenue data for the prior calendar year (the "Form 499-A" or the "Annual Revenue Report"), which USAC then used to perform a "true-up" by comparing the annual revenue reports to the previously-filed quarterly revenue reports (the "Annual True-Up");

---

[1]    Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Renewed Administrative Claim Motion.

2

D. After filing its 2009 Annual Revenue Report, the Debtor failed to timely file its Quarterly Revenue Reports due for November 2009, February 2010, May 2010, August 2010, November 2010, and February 2011. The Debtor also failed to timely file its 2010 Annual Revenue Report. Accordingly, through and including the month of June 2011, USAC assessed USF Obligations and issued monthly invoices to the Debtor based on available information, including historical revenue, as it is permitted to do pursuant to Federal regulations;

E. Since the Petition Date, the Debtor has made no payments to USAC toward its outstanding, past-due USF Obligations;

F. On or about March 22, 2011, the Debtor submitted to USAC its 2010 Annual Revenue Report, reporting actual revenue for calendar year 2009;

G. On or about April 1, 2011, the Debtor submitted to USAC its 2011 Annual Revenue Report, reporting actual revenue for calendar year 2010;

H. USAC processed the Debtor's 2010 and 2011 Annual Revenue Reports and conducted the revised 2010 Annual True-Up and the 2011 Annual True-Up based on the actual 2009 and 2010 revenue set forth therein;

I. The Debtor timely submitted to USAC its Quarterly Revenue Report for May 2011, and USAC will use the revenue information set forth therein to quantify the Debtor's USF Obligations for July, August, and September, 2011;

J. On June 24, 2011, USAC filed its *Renewed* Motion for Entry of an Order (I) Allowing and Directing the Immediate Payment of Universal Service Fees Accrued and Accruing Post-Petition and (II) Compelling Compliance with Reporting Requirements (the "Renewed Administrative Claim Motion") [Dkt. No. 273], in which it sought: (a) allowance and payment of its Administrative Claim in the outstanding amount of $60,135.22 as of June 24, 2011 or, alternatively, allowance and payment of (i) its 2010 Administrative Claim in the amount of $27,767.72 and (ii) its 2011 Administrative Claim in the outstanding amount of $32,367.50 as of June 24, 2011; (b) an order directing the Debtor to timely pay all subsequent USF Obligations to

3

{Practice Areas\CORP\18306\00077\A4168785.DOCX} [Ver: 2]}

1 USAC as invoiced; and (c) an order directing the Debtor to timely submit to USAC all subsequent Quarterly Revenue Reports and Annual Revenue Reports as they become due;

    K.    On July 5, 2011, the Debtor filed its Opposition to the Renewed Administrative Claim Motion (the "Opposition") [Dkt. No. 274];

    L.    On July 12, 2011, USAC filed its Reply in Support of its Renewed Administrative Claim Motion (the "Reply") [Dkt. No. 276];

    M.    On July 18, 2011, the Parties filed a Stipulation to continue the hearing on USAC's Renewed Administrative Claim Motion, in order to give the Parties additional time to consider a possible resolution and, following an appearance by the Parties on July 26, 2011, this Court continued the hearing until August 23, 2011;

    N.    The Debtor agrees that USAC's 2010 Administrative Claim is $27,767.72;

    O.    As of the date hereof, USAC asserts that its 2011 Administrative Claim is $34,520.15;

    P.    The Debtor has submitted to USAC the Declaration of Araksiya Nadjarian in the form attached hereto as <u>Exhibit A</u> addressing issues related to (a) the Debtor's November 2010 Form 499-Q (projecting revenue for the first quarter of 2011) and (b) the Debtor's February 2011 Form 499-Q (projecting revenue for the second quarter of 2011); and

    Q.    The Parties, via counsel, have entered into discussions regarding the Debtor's USF Obligations and resolution of USAC's Renewed Administrative Claim Motion, and the Parties now wish to resolve the issues raised in USAC's Renewed Administrative Claim Motion scheduled to be heard by this Court on August 23, 2011. Upon the Court's entry of the Order approving this Stipulation, USAC will withdraw its Renewed Administrative Claim Motion.

## II.    <u>STIPULATION.</u>

**A.    <u>USAC's 2010 Administrative Claim.</u>**

    1.    USAC's 2010 Administrative Claim is allowed and granted in the amount of $27,767.72 pursuant to 11 U.S.C. § 503(b)(1)(A).

Main Document    Page 5 of 18

2. The Debtor shall pay USAC's 2010 Administrative Claim in full within 45 days of the Order approving this Stipulation becoming final and non-appealable.

3. To the extent that the Debtor submits any revised Annual Revenue Report that impacts USAC's 2010 Administrative Claim, USAC shall perform a revised true-up and issue credits or adjustments in accordance with applicable regulations. In the event that a revised Annual True-Up impacting the 2010 Administrative Claim results in the issuance of adjustments to the Debtor's post-petition USF Obligations, the Debtor shall be obligated to pay those adjustments and shall pay those adjustments when due. In the event that a revised Annual True-Up impacting the 2010 Administrative Claim results in the issuance of credits toward the Debtor's USF Obligations, the Debtor shall be entitled to the full value of those credits except, however, USAC shall first apply any such credits to the Debtor's unpaid USF Obligations, which credits shall be allocated between the pre-petition period and/or post-petition period as applicable.

**B.    USAC's 2011 Administrative Claim.**

4. The Debtor shall make an interim payment of $20,017.21 toward USAC's 2011 Administrative Claim within 90 days of the Order approving this Stipulation becoming final and non-appealable.

5. After the interim payment of $20,017.21, the remaining balance of USAC's asserted 2011 Administrative Claim (i.e., $14,502.94) shall remain outstanding pending the 2012 Annual True-Up.

6. The Debtor acknowledges that USAC retains the right to assert penalties for non-payment of the remaining balance of USAC's asserted 2011 Administrative Claim pending the 2012 Annual True-Up.

7. On or before the deadline of April 1, 2012, the Debtor (or, if reorganized, its successor) shall complete, execute, and submit to USAC the 2012 Annual Revenue Report (also known as the 2012 Form 499-A).

8. USAC shall process the 2012 Form 499-A in accordance with the process and procedures required by applicable Federal law, regulations, and policies as prescribed by the

5

Federal Communications Commission in order to complete the 2012 annual "true-up" of the Debtor's 2011 telecommunications revenue (the "2012 Annual True-Up"). In the event that the 2012 Annual True-Up (or any subsequent revised 2012 Annual True-Up) results in the issuance of adjustments to the Debtor's post-petition USF Obligations, the Debtor shall be obligated for those adjustments and shall pay them when due. In the event that the 2012 Annual True-Up results in the issuance of credits toward the Debtor's USF Obligations, the Debtor shall be entitled to the full value of those credits except, however, that USAC shall first apply any such credits to the Debtor's unpaid USF Obligations, which credits shall be allocated between the pre-petition period and/or post-petition period as applicable.

### C. The Debtor's Payment and Reporting Obligations.

9. The Debtor shall timely submit to USAC when due all Quarterly Revenue Reports.

10. The Debtor shall timely pay all USF Obligations to USAC monthly as invoiced.

### D. Reservation of Rights.

11. Nothing in this Stipulation shall prohibit, alter or limit USAC's rights to (a) audit the Debtor's reported contributor revenues, including with respect to pre-sale and pre-petition periods, (b) assess and invoice any USF Obligations resulting from such audit, (c) pursue all of USAC's rights related to such audit including, without limitation, amending previously-filed claims against the Debtor, and (d) assess, invoice, and collect the Debtor's USF Obligations, generally.

12. Nothing in this Stipulation shall prohibit, alter or limit USAC's rights (a) to audit the Debtor's Toll Limitation Services support claims, or other support claims, including with respect to pre-sale and pre-petition periods, (b) regarding the pending audit of the Debtor's Toll Limitation Services or its determinations issued in connection therewith,

13. Notwithstanding any previously-established bar dates, nothing herein shall be deemed to limit or restrict USAC's right to (a) amend or supplement its 2010 Administrative Claim or its 2011 Administrative Claim or (b) file any additional request for payment of its administrative claims, in the event that (a) the Debtor (or any successor to the Debtor) submits

6

upwardly revised revenue to USAC and/or (b) USAC determines through audit or otherwise that the Debtor's revenue must be upwardly revised, or for any other reason.

| UNIVERSAL SERVICE ADMINISTRATIVE COMPANY | CONNECTTO COMMUNICATIONS, INC. |
|---|---|
| By its counsel: *[signature]* | By its counsel: *[signature]* |
| Joseph H. Baldiga MA BBO #549963<br>Christine E. Devine MA BBO #566990<br>Gina M. Barbieri MA BBO #670596<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: 508.791.8500<br>Fax:    508.791.8502 | James Andrew Hinds, Jr. (SBN 71222)<br>Hinds & Shankman, LLP<br>21515 Hawthorne Blvd.<br>Suite 1150<br>Torrance, CA 90503<br>Phone: 310-316-0500<br>Fax:    310-792-5977 |

-and-

Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
Sarah J. Robertson (SBN: 243364)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: (310) 586-3200
Fax:   (310) 586-3202

5480657v.1

7

{Practice Areas\CORP\18306\00077\A4168785.DOCX} [Ver: 2]}

# EXHIBIT A

## DECLARATION OF ARAKSIYA NADJARIAN

I, Araksiya Nadjarian, declare as follows:

1. ConnectTo Communications, Inc. (the "Debtor") is a Chapter 11 debtor in the bankruptcy proceeding pending before the United States Bankruptcy Court for the Central District of California, Case No. 2:10-BK-19227-VZ.

2. The Debtor is currently operating its business as a debtor-in-possession in its Chapter 11 bankruptcy proceeding.

3. I am currently the President and owner of the Debtor and have held that title since December 2004.

4. I am familiar with the business operations of the Debtor including, without limitation, information related to telecommunications revenue.

5. I am familiar with the requirements of the Federal Communications Commission in connection with the Debtor's operations as a telecommunications carrier. I am also familiar with the revenue reporting requirements imposed upon telecommunications carriers regarding the Universal Service Fund (the "USF") and the Universal Service Administrative Company ("USAC").

6. The Debtor failed to timely prepare and submit to USAC, among other reports, (a) its Form 499-Q Telecommunications Reporting Worksheet due November 1, 2010 (the "November 2010 Form 499-Q"), which reported, among other things, the Debtor's projected telecommunications revenue for the first quarter of 2011, and (b) its Form 499-Q Telecommunications Reporting Worksheet due February 1, 2011 (the "February 2011 Form 499-Q"; together with the November 2010 Form 499-Q, the "Late Forms 499-Q"), which reported, among other things, the Debtor's projected telecommunications revenue for the second quarter of 2011.

7. I understand that, due to the Debtor's failure to timely submit the Late Forms 499-Q, USAC calculated the Debtor's USF Obligations for the relevant periods based on the Debtor's

historical revenue, including the revenue included in the Debtor's 2009 Form 499-A Telecommunications Reporting Worksheet.

8. I am aware that the Debtor will be required to submit to USAC a 2012 Form 499-A Telecommunications Reporting Worksheet (the "2012 Form 499-A") that will report, among other things, actual telecommunications revenue for the calendar year 2011.

9. I am aware that submission to USAC of the 2012 Form 499-A by the Debtor may result in certain credits of USF Obligations if the Debtor's failure to file the Late Forms 499-Q caused USAC to reply upon historical revenue projections that exceeded the actual revenue generated by the Debtor during the first and second quarters of 2011.

10. I believe and hereby represent to USAC that the 2012 Form 499-A will result in credits of the USF Obligations currently due and owing to USAC.

11. The Debtor or its representative will file or make arrangements to file the 2012 Form 499-A when due.

12. I have reviewed the Debtor's May 2011 Form 499-Q and the Debtor's August 2011 Form 499-Q, true and correct copies of which are attached hereto as Schedule 1 and Schedule 2, respectively. I hereby certify that the historical revenue information contained in Block 3 ("Contributor Historical and Projected Revenue Information") is true and correct and that (a) the historical revenue information set forth in the Debtor's May 2011 Form 499-Q accurately reflects the Debtor's actual revenue for the first quarter of 2011 and (b) the historical revenue information set forth in the Debtor's August 2011 Form 499-Q accurately reflects the Debtor's actual revenue for the second quarter of 2011.

13. I, and the Debtor, acknowledge and agree that:

    i. USAC will review the historical revenue information set forth in the May 2011 Form 499-Q and the August 2011 Form 499-Q for the sole purpose of determining whether to enter into a Stipulation regarding the Renewed Motion by the Universal Service Administrative Company for Entry of an Order: (I) Allowing and Directing the Immediate Payment of Universal

Service Fees Accrued and Accruing Post-Petition and (II) Compelling Compliance with Reporting Requirements (i.e., the Renewed Administrative Claim Motion);

ii. USAC has accepted as filed the May 2011 Form 499-Q and the August 2011 Form 499-Q in accordance with federal regulations and solely for purposes permitted pursuant to federal regulations, and USAC has not accepted the May 2011 Form 499Q or the August 2011 Form 499-Q for the purpose of "revising" any previously-filed Form 499-Q; and

iii. USAC has neither waived any deadlines nor compromised any claims related to the USF or to the Debtor's USF filing requirements.

I declare under penalty of perjury that the above is true and correct.

Executed this 16th date of August 2011, in Glendale, California.

_____
Araksiya Nadjarian

5480662v.2

{Practice Areas\CORP\18306\00077\A4168785.DOCX} {Ver: 2}

**Exhibit A**
**10**

# Schedule 1

RECEIVED MAY 25 2011

| FCC Form 499-Q  Telecommunications Reporting Worksheet | Approval by OMB |
|---|---|
| Quarterly Filing for Universal Service Contributors  >>> Please read instructions before completing <<< | 3060-0855 |

**Block 1:** Contributor Identification Information | 101 | Filer 499 ID | 826243

| 102 | Legal name of reporting entity | CONNECTTO COMMUNICATIONS, INC. |
|---|---|---|
| 103 | IRS employer identification number | 56-2460926 |
| 104 | Name telecommunications provider is doing business as | CONNECTTO COMMUNICATIONS, INC. |
| 105 | Holding company [All affiliated companies should show same name here.] | |
| 106 | FCC Registration Number (FRN) | 0013-9216-14 |
| 107 | Complete mailing address of reporting entity's corporate headquarters | 555 RIVERDALE DR., STE A  GLENDALE, CA 91204 |

**Block 2:** Contact Information

| 108 | Person who completed this worksheet | First ARAM  M R  Last TER-MARTIROSYAN |
|---|---|---|
| 109 | Telephone number of this person | (818) 546-4601 |
| 110 | Fax number of this person | (818) 546-4601 |
| 111 | Email of this person | ARAM@CONNECTTO.COM |
| 112 | Billing address and billing contact person: [Bills for Universal Service contributions will be sent to this address.] | ARAM TER-MARTIROSYAN  555 RIVERDALE DR., STE A  GLENDALE, CA 91204 |

**Block 3:** Contributor Historical and Projected Revenue Information

| 113 | Year of historical revenue information | 2010 - 2011 |
|---|---|---|

| 114 | Indicate which quarterly filing this represents | Filing due | Historical revenues for | Projected revenues for |
|---|---|---|---|---|
| | | ☐ February 1 | October 1 - December 31 (prior year) | April 1 - June 30 |
| | | ☒ May 1 | January 1 - March 31 | July 1 - September 30 |
| | | ☐ August 1 | April 1 - June 30 | October 1 - December 31 |
| | | ☐ November 1 | July 1 - September 30 | January 1 - March 31 (following calendar year) |

| | Historical billed revenues with no allowance or deductions for uncollectibles. See instructions. | Total Revenues (a) | Interstate Revenues (b) | International Revenues (c) |
|---|---|---|---|---|
| 115 | Telecommunications provided to other universal service contributors for resale as telecommunications or as interconnected VoIP | $118,854.17 | $118,854.17 | |
| 116 | End-user telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | $478,824.50 | 42,745 | 3,961.67 |
| 117 | All other goods and services | $64,568.00 | Column (b) and (c) not requested for Lines 117 and 118 | |
| 118 | Gross-billed revenues from all sources [sum of above] | $662,246.67 | | |
| 119 | Projected gross-billed end-user interstate and international telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | | 43,000 | 4,000 |
| 120 | Projected collected end-user interstate and international telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | | 43,000 | 4,000 |

**Block 4: CERTIFICATION:** to be signed by an officer of the reporting entity

121 I certify that the revenue data contained herein are privileged and confidential and that public disclosure of such information would likely cause substantial harm to the competitive position of the company. I request nondisclosure of the revenue information contained herein pursuant to sections 0.459, 52.17, 54.711 and 64.604 of the Commission's Rules. ☒

I certify that I am an officer of the above-named reporting entity, that I have examined the foregoing report and to the best of my knowledge, information and belief, all statements of fact contained in this Worksheet are true, that said Worksheet is an accurate statement of the affairs of the above-named company for the quarter and that the projections of gross-billed revenues represent a good-faith estimate based on company procedures and policies.

| 122 | Signature | [signature] |
|---|---|---|
| 123 | Printed name of officer | First ARAM  M  Last TER-MARTIROSYAN |
| 124 | Position with reporting entity | CIO |
| 125 | Email of officer  ‖ Required if available ‖ | aram@connectto.com |
| 126 | Date | 05/20/11 |
| 127 | This filing is: | ☒ Original filing  ☐ Revised filing [revisions due within 45 days of original filing deadline] |

Do not mail checks with this form. Send this form to: Form 499 Data Collection Agent c/o USAC 2000 L Street, N.W. Suite 200 Washington DC, 20036
For additional information regarding this worksheet contact: Telecommunications Reporting Worksheet Info: (888) 641-8722 or via e-mail: Form499@universalservice.org

PERSONS WILLFULLY MAKING FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. §1001

*Save time, avoid problems – file electronically at*   http://forms.universalservice.org   FCC Form 499-Q  February 2010

Exhibit A

# Schedule 2

# FCC Form 499-Q  Telecommunications Reporting Worksheet
Quarterly Filing for Universal Service Contributors  >>> Please read instructions before completing <<<

Approval by OMB 3060-0855

### Block 1: Contributor Identification Information

| | | |
|---|---|---|
| 101 | Filer 499 ID | 826243 |
| 102 | Legal name of reporting entity | ConnectTo Communications, Inc. |
| 103 | IRS employer identification number | 56-2460926 |
| 104 | Name telecommunications provider is doing business as | ConnectTo Communications, Inc. |
| 105 | Holding company [All affiliated companies should show same name here.] | |
| 106 | FCC Registration Number (FRN) | 0013-9216-14 |
| 107 | Complete mailing address of reporting entity's corporate headquarters | Street 1: 555 Riverdale Drive; Street 2: Suite A; City: Glendale; St: CA; Zip: 91204 |

### Block 2: Contact Information

| | | |
|---|---|---|
| 108 | Person who completed this worksheet | First: Aram; Last: Ter-Martirosyan |
| 109 | Telephone number of this person | (818) 546-4601 |
| 110 | Fax number of this person | (818) 546-4617 |
| 111 | Email of this person | aram@connectto.com |
| 112 | Billing address and billing contact person [Bills for Universal Service contributions will be sent to this address.] | Street1: 555 Riverdale Drive; Street2: Suite A; City: Glendale; St: CA; Zip: 91204; First: Aram; Last: Ter-Martirosyan; Ph. 818 546-4601; E-Mail: aram@connectto.com; Fax 818 546-4601 |

### Block 3: Contributor Historical and Projected Revenue Information

113 Year of historical revenue information: 2011

114 Indicate which quarterly filing this represents:
- [ ] February 1 — Historical revenues for October 1 – December 31 (prior year); Projected revenues for April 1 – June 30
- [ ] May 1 — January 1 – March 31; July 1 – September 30
- [✓] August 1 — April 1 – June 30; October 1 – December 31
- [ ] November 1 — July 1 – September 30; January 1 – March 31 (following calendar year)

| | Historical billed revenues with no allowance or deductions for uncollectibles. See instructions. | Total Revenues (a) | Interstate Revenues (b) | International Revenues (c) |
|---|---|---|---|---|
| 115 | Telecommunications provided to other universal service contributors for resale as telecommunications or as interconnected VoIP | $27,584.86 | $0.00 | $0.00 |
| 116 | End-user telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | $460,722.42 | $40,336.50 | $3,987.00 |
| 117 | All other goods and services | $164,673.32 | Column (b) and (c) not requested for Lines 117 and 118 | |
| 118 | Gross-billed revenues from all sources [sum of above] | $652,980.60 | | |
| 119 | Projected gross-billed end-user interstate and international telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | | $40,337.00 | $4,000.00 |
| 120 | Projected collected end-user interstate and international telecommunications revenues including any pass-through charges for universal service contributions, but excluding international-to-international revenues | | $37,000.00 | $3,600.00 |

### Block 4: CERTIFICATION: to be signed by an officer of the reporting entity

121 I certify that the revenue data contained herein are privileged and confidential and that public disclosure of such information would likely cause substantial harm to the competitive position of the company. I request nondisclosure of the revenue information contained herein pursuant to sections 0.459, 52.17, 54.711 and 64.604 of the Commission's Rules. [✓]

I certify that I am an officer of the above-named reporting entity, that I have examined the foregoing report and to the best of my knowledge, information and belief, all statements of fact contained in this Worksheet are true, that said Worksheet is an accurate statement of the affairs of the above-named company for the quarter and that the projections of gross-billed and collected revenues represent a good-faith estimate based on company procedures and policies.

| | | |
|---|---|---|
| 122 | Signature | |
| 123 | Printed name of officer | First: Aram; Last: Ter-Martirosyan |
| 124 | Position with reporting entity | CIO |
| 125 | Email of officer  ‖ Required if available ‖ | aram@connectto.com |
| 126 | Date | 07/20/2011 |
| 127 | This filing is: | [✓] Original filing   [ ] Revised filing [revisions due within 45 days of original filing deadline] |

Do not mail checks with this form. Send this form to: Form 499 Data Collection Agent c/o USAC 2000 L Street, N.W. Suite 200 Washington DC, 20036
For additional information regarding this worksheet contact Telecommunications Reporting Worksheet Info: (888) 641-8722 or via e-mail: Form499@universalservice.org

PERSONS WILLFULLY MAKING FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. §1001

Save time, avoid problems – file electronically at   http://forms.universalservice.org

FCC Form 499-Q
February 2010

**Exhibit A**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2029 Century Park East, Suite 1370, Los Angeles, California 90067

A true and correct copy of the foregoing document described as ***STIPULATION REGARDING (I) PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPLIANCE WITH REPORTING REQUIREMENTS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***August 16, 2011,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ***August 16, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL (FEDERAL EXPRESS):**
Chambers, Hon. Vincent P. Zurzolo
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 16, 2011 | Jazmin Leon | /s/ Jazmin Leon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION** (if needed):

**VIA NEF:**

Gina M Barbieri on behalf of Creditor Universal Service Administrative Company
gbarbieri@mirickoconnell.com

John H Choi on behalf of Interested Party Courtesy NEF
johnchoi@kpcylaw.com

Christine E Devine on behalf of Creditor Universal Service Administrative Company
cdevine@mirickoconnell.com

Christine M Fitzgerald on behalf of Interested Party Courtesy NEF
cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com

James Andrew Hinds on behalf of Debtor ConnectTo Communications, Inc.
jhinds@jhindslaw.com

Mark D Houle on behalf of Creditor AT&T California
mark.houle@pillsburylaw.com

Sean Keshishyan on behalf of Creditor HI-TECH GATEWAY, INC.
troxelllaw@dslextreme.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Eve A Marsella on behalf of Debtor ConnectTo Communications, Inc.
emarsella@lawcgm.com

Edward J Miller on behalf of Creditor Wells Fargo Bank
emiller@dfflaw.com

Melanie C Scott on behalf of U.S. Trustee United States Trustee (LA)
Melanie.Scott@usdoj.gov

Nada I Shamonki on behalf of Creditor Universal Service Administrative Company
nshamonki@mintz.com, docketing@mintz.com

Paul R Shankman on behalf of Debtor ConnectTo Communications, Inc.
pshankman@jhindslaw.com

David Tabibian on behalf of Creditor AT&T California
david.tabibian@pillsburylaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Mark Wray on behalf of Creditor U.S. Colo, LLC
mwray@markwraylaw.com


**VIA U.S. MAIL:**
ConnectTo Communications, Inc.
555 Riverside Dr., Ste. A
Glendale, CA 91204

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**