Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
Sarah J. Robertson (SBN:  243364)
MINTZ LEVIN COHN FERRIS GLOVSKY AND
    POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: (310) 586-3200
Fax:    (310) 586-3202
email: hsaferstein@mintz.com; nshamonki@mintz.com
         srobertson@mintz.com

-and-

Joseph H. Baldiga MA BBO# 549963 *(Admitted pro hac vice)*
Christine E. Devine MA BBO# 566990 *(Admitted pro hac vice)*
Gina M. Barbieri MA BBO# 670596 *(Admitted pro hac vice)*
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502
email:  jbaldiga@mirickoconnell.com; cdevine@mirickoconnell.com;
         gbarbieri@mirickoconnell.com

Attorneys for Creditor
UNIVERSAL SERVICE ADMINISTRATIVE COMPANY

**FILED & ENTERED**

**AUG 18 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY queen    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

ConnectTo Communications, Inc.,
a Nevada Corporation,

                     Debtor.

Case No. 2:10-bk-19227-VZ

Chapter 11

**ORDER APPROVING STIPULATION REGARDING (I) PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPLIANCE WITH REPORTING REQUIREMENTS**

**DATE:      August 23, 2011**
**TIME:        11:00 A.M.**
**COURTROOM:     1368**

1

The United States Bankruptcy Court having reviewed and considered the Stipulation Regarding (I) Payment Of Universal Service Fees Accrued and Accruing Post-Petition and (II) Compliance With Reporting Requirements and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**.

### # # #

DATED: August 18, 2011

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **ORDER APPROVING STIPULATION REGARDING (I) PAYMENT OF UNIVERSAL SERVICE FEES ACCRUED AND ACCRUING POST-PETITION AND (II) COMPLIANCE WITH REPORTING REQUIREMENTS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 16, 2011,** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Gina M Barbieri on behalf of Creditor Universal Service Administrative Company
gbarbieri@mirickoconnell.com

Christine E Devine on behalf of Creditor Universal Service Administrative Company
cdevine@mirickoconnell.com

James Andrew Hinds on behalf of Debtor ConnectTo Communications, Inc.
jhinds@jhindslaw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Eve A Marsella on behalf of Debtor ConnectTo Communications, Inc.
emarsella@lawcgm.com

Melanie C Scott on behalf of U.S. Trustee United States Trustee (LA)
Melanie.Scott@usdoj.gov

Nada I Shamonki on behalf of Creditor Universal Service Administrative Company
nshamonki@mintz.com, docketing@mintz.com

Paul R Shankman on behalf of Debtor ConnectTo Communications, Inc.
pshankman@jhindslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

NONE

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

{Practice Areas\CORP\18306\00077\A4145046.DOC}This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                **F 9021-1.1.NOTICE.ENTERED.ORDER**