| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JAMES ANDREW HINDS, JR. (SBN 71222)<br>jhinds@jhindslaw.com<br>PAUL R. SHANKMAN (SBN 113608)<br>pshankman@jhindslaw.com<br>HYE JIN JANG (SBN 272463)<br>hjang@jhindslaw.com<br>HINDS & SHANKMAN, LLP<br>21515 Hawthorne Blvd.<br>Suite 1150<br>Torrance, California 90503<br>Telephone: (310) 316-0500<br>Facsimile: (310) 792-5977<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  ConnectTo Communications, Inc., Debtor-in-Possession | **FILED & ENTERED**<br><br>SEP 02 2011<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jle         DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**<u>LOS ANGELES</u>   DIVISION**

| In re:<br>ConnectTo Communications, Inc.<br><br><br><br><br><br><br><br><br>                                                                                 Debtor(s). | CASE NO.: 2:10-BK-19227-VZ<br>CHAPTER: 11<br><br>**ORDER:**<br>☒ **GRANTING MOTION TO CONTINUE HEARING ON DISCLOSURE STATEMENT AND CONTINUE RELATED FILING DEADLINES**<br><br>☒ **DENYING APPLICATION, AS MOOT, FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion To Continue (1) Deadline To File Amended Disclosure Statement And Plan Of Reorganization For Connectto Communications, Inc.; And (2) Hearing For Debtor To Show Cause Why Chapter 11 Case Should Not Be Converted Or Dismissed

   b. *Date of filing of motion*: __8/31/2011__

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009* | Page 1 | **F 9075-1.2.ORDER**

a.  *Date of filing of Application:* 8/31/2011

3. Based upon the court's review of the application, **IT IS ORDERED THAT**:

   a. ☒  **The Application is denied as moot because the underlying motion is being granted without a hearing.**

b. ☒    **The underlying motion is granted without a hearing.**

####

DATED: September 2, 2011

*[signature: Vincent P. Zurzolo]*
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                             Page 2                             **F 9075-1.2.ORDER**

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED  NOTICE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 31, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

*Gina M Barbieri    gbarbieri@mirickoconnell.com*
*John H Choi    johnchoi@kpcylaw.com*
*Christine E Devine    cdevine@mirickoconnell.com*
*Christine M Fitzgerald    cfitzgerald@scckg.com*
*James Andrew Hinds    jhinds@jhindslaw.com*
*Mark D Houle    mark.houle@pillsburylaw.com*
*Sean Keshishyan    troxelllaw@dslextreme.com*
*Dare Law    dare.law@usdoj.gov*
*Eve A Marsella    emarsella@lawcgm.com*
*Edward J Miller    emiller@dfflaw.com*
*Nada I Shamonki    nshamonki@mintz.com, docketing@mintz.com*
*David Tabibian    david.tabibian@pillsburylaw.com*
*United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
*Mark Wray    mwray@markwraylaw.com*

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*    Page 3    **F 9075-1.2.ORDER**