1 | Tamar Terzian (CA Bar No. 254148)
tamar@terzlaw.com
2 | **TERZIAN LAW GROUP, APC**
315 W. Arden Avenue, Suite #28
3 | Glendale, CA 91203
Telephone: (818) 242-1100
4 | Facsimile: (818) 242-1012
Bankruptcy Counsel for Connect to
5 | Communications
Debtor and Debtor in Possession

**FILED & ENTERED**

**JUN 21 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO. 2:10-bk-19227-VZ |
| **CONNNECT TO COMMUNICATIONS, INC.,** | Chapter 11 |
| Debtor. | **ORDER ON MOTION BY DEBTOR TO RE-OPEN CASE AND REQUESTING PERMISSION TO FILE A NEW CHAPTER 11 BANKRUPTCY CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ARAKSIYA NADJARIAN IN SUPPORT THEREOF** |
| | DATE: July 29, 2014<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 1368<br>U.S. Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

On July 7, 2014, Connect to Communications, Inc. (the "Debtor") filed a "Motion by Debtor to Re-Open Case and Requesting Permission to File a New Chapter 11 Bankruptcy Case; Memorandum of Points and Authorities; Declaration of Araksiya Nadjarian in Support Thereof" (the "Motion"), filed in the above-captioned chapter 11 case, came on for

Having considered the Motion, the representations of counsel made at the hearing, the facts and circumstances of this matter, and good cause appearing therefor,

**IT IS ORDERED** as follows:

1. The Motion is denied;

###

Date: June 21, 2018

Vincent P. Zurzolo
United States Bankruptcy Judge